# EXHIBIT 03

**Subject:** Call next week
**From:** Heidi Brown <heidimparis@gmail.com>
**Date:** 13/04/2024 14:29
**To:** Arnaud Paris <aparis@sysmicfilms.com>, Arnaud Paris <arnaud@skyvr.com>

Arnaud,

The girls have been missing having me in their lives on a regular basis as well as their American family and friends so we decided to go back to the US.

I will have the girls call you next week on Tuesday, between 6 and 8pm.

Heidi

EXHIBIT 03 - PAGE 1 OF 1