# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| In re the Matter of J.P. and E.P.: | Civil Action No. 1:24-cv-00648-AA |
| ARNAUD PARIS, | |
| Petitioner, | ORDER FOR UNSUPERVISED AND DIRECT COMMUNICATION WITH FATHER |
| and | |
| HEIDI MARIE BROWN, | |
| Respondent. | |

**ORDER FOR UNSUPERVISED AND DIRECT COMMUNICATION WITH FATHER IS:**

( ) GRANTED

( ) DENIED

IT IS SO ORDERED.

DATED this ___ day of April, 2024

_____

THE HONORABLE ANN L. AIKEN

UNITED STATES DISTRICT COURT JUDGE

Submitted by:
Arnaud PARIS, Pro Per

*[signature]*

13 rue Ferdinand Duval
75004 Paris, FRANCE
+33.6.88.28.36.41

## VERIFICATION

I, Arnaud Paris, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNED AND DATED this 19th day of April, 2024, in Paris, France.

*[signature]*

Arnaud Paris