# EXHIBIT 04



hier

04:24  **Appel entrant**
2 minutes



EXHIBIT 04 - PAGE 1 OF 1