FILED 24 MAY 6 13:32 USDC-ORM

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Oregon

Case Number: 1:24-CV-00648-AA

Plaintiff:
**ARNAUD PARIS**

vs.

Defendant:
**HEIDI MARIE BROWN**

For:

Received by ACP Investigations on the 6th day of May, 2024 at 12:51 pm to be served on **HEIDI MARIE BROWN, SENT VIA EMAIL, heidimparis@gmail.com.**

I, **ACP INVESTIGATIONS (JESSICA MORTON)**, being duly sworn, depose and say that on the **6th day of May, 2024 at 1:11 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, CIVIL COVER SHEET, PETITION FOR RETURN OF CHILDREN UNDER THE HAGUE CONVENTION ON THE CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION AND REQUEST FOR SHOW CAUSE ORDER (pgs 1-14), EXHIBIT 1- JUDGMENT rendu le 21 avril 2023 (pgs 1-25), EXHIBIT 2- JUDGMENT ISSUED AUGUST 25, 2023 (pgs 1- 7), EXHIBIT 3- EMAIL, EXHIBIT 4 - REQUEST FOR THE RETURN OF ABDUCTED CHILDREN PURSUANT TO THE HAGUE CONVENTION OF 25 OCTOBER 1980 (pgs 1-6), OPINION AND ORDER (pgs 1-3)** with the date and hour of service endorsed thereon by me, to: **HEIDI MARIE BROWN** at the address of: **SENT VIA EMAIL, heidimparis@gmail.com**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury that the above statement is true and correct.

OFFICIAL STAMP
**SEAN THOMAS SOUZA**
NOTARY PUBLIC-OREGON
COMMISSION NO. 1008618
MY COMMISSION EXPIRES FEBRUARY 09, 2026

Subscribed and Sworn to before me on the 6th day of May, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

**ACP INVESTIGATIONS (JESSICA MORTON)**
Process Server

ACP Investigations
P.O. Box 1624
1616 W. Main Street
Medford, OR 97501
(541) 772-3107

Our Job Serial Number: ANV-2024000653

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Proof of Service and Affidavit from ACP Investigations** on the following party:

Heidi Marie Brown
2256 Abbott Ave
Ashland, OR 97520
heidimparis@gmail.com
Respondent, Pro Se

By the following method or methods:

\_\_\_\_ by **mailing** full, true, and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the attorneys(s) as shown above, the last known office address of the attorney(s), and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

**X** by **emailing** full, true, and correct copies thereof to the pro se party at the email address shown above, which is the last known email address for the respondent on the date set forth below.

\_\_\_\_ by **faxing** full, true, and correct copies thereof to the attorney(s) at the fax number(s) shown above, which is the last known fax number for the attorney(s) office, on the date set forth below. The receiving fax machines were operating at the time of service and the transmission was properly completed.

\_\_\_\_ by selecting the individual(s) listed above as a service contact when preparing this electronic filing submission, thus causing the individual(s) to be served by means of the **court's electronic filing system**.

DATED this 6th day of May, 2024, in Paris, France.

By: /s/
ARNAUD PARIS, Petitioner

ARNAUD PARIS
13 rue Ferdinand Duval
75004 PARIS, FRANCE
Telephone: +33688283641
Email: aparis@sysmicfilms.com

**PROOF OF SERVCE – CERTIFICATE OF SERVICE**
Page 1 of 1                 Case No. 1:24-cv-00648-AA



ACP Investigations Inc. <acpinvestigations3@gmail.com>

---

## 1:24-CV-00648-AA

**ACP Investigations Inc.** <acpinvestigations3@gmail.com>  Mon, May 6, 2024 at 1:11 PM
To: "heidimparis@gmail.com" <heidimparis@gmail.com>

Heidi:

My name is Jessica and I am with ACP Investigations and I am **serving** you your court documents via email. Attached you will see Judges signed ORDER, and your court documents:

**Docs Attached:**
SUMMONS, CIVIL COVER SHEET , PETITION FOR RETURN OF CHILDREN UNDER THE HAGUE CONVENTION ON THE CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION AND REQUEST FOR SHOW CAUSE ORDER (pgs 1-14), EXHIBIT 1- JUDGMENT rendu le 21 avril 2023 (pgs 1-25), EXHIBIT 2- JUDGMENT ISSUED AUGUST 25, 2023 (pgs 1- 7), EXHIBIT 3- EMAIL, EXHIBIT 4 - REQUEST FOR THE RETURN OF ABDUCTED CHILDREN PURSUANT TO THE HAGUE CONVENTION OF 25 OCTOBER 1980 (pgs 1-6), OPINION AND ORDER (pgs 1-3)

Thank you for your business,

~ ~ ~ Jessica Morton ~ ~ ~ PI-ID:85971

# ACP

Investigations & Process Serving
1616 W Main/ PO Box 1624
   Medford OR 97501
   (541) 772-3107
https://www.acpinvestigationsinc.com/

Confidentiality Notice:  This communication (including any attachments) may contain privileged or confidential information intended for a specific individual and purpose, and is protected by law.  If you are not the intended recipient, please have notice that any disclosure, copying or distribution of this communication, or the taking of any action based on it, is strictly prohibited.

---

2 attachments

📎 **ORDER HEIDI BROWN.pdf**
   105K

📎 **HEIDI BROWN DOCS TO SERVE.PDF**
   20825K