UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

In re the Matter of J.P. and E.P.:

ARNAUD PARIS,

                Petitioner,

and

HEIDI MARIE BROWN,

                Respondent.

Civil Action No. 1:24-cv-00648-AA

**ORDER FOR UNSUPERVISED AND DIRECT COMMUNICATION OF THE CHILDREN WITH FATHER**

**ORDER FOR UNSUPERVISED AND DIRECT COMMUNICATION OF CHILDREN WITH FATHER BY VIDEO CALLS IS AT PROPER FRENCH HOURS:**

( ) GRANTED

( ) DENIED

IT IS SO ORDERED.

DATED this ___ day of May, 2024

                                                        THE HONORABLE ANN L. AIKEN

                                                        UNITED STATES DISTRICT COURT JUDGE

Case 1:24-cv-00648-AA   Document 14-1   Filed 05/07/24   Page 2 of 2

Submitted by:
Arnaud PARIS, Pro Per

_(signature)_

13 rue Ferdinand Duval
75004 Paris, FRANCE
+33.6.88.28.36.41

## VERIFICATION

I, Arnaud Paris, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNED AND DATED this 6th day of May, 2024, in Paris, France.

_(signature)_

Arnaud Paris

ORDER FOR UNSUPERVISED AND DIRECT
COMMUNICATION WITH FATHER   –
Page 2 of 2             Case No. 1:24-cv-00648-AA