# EXHIBIT 04



**18 avril 2024**

**04:24  Appel entrant**
2 minutes

    

Favoris    Récents    Contacts    Clavier    Messagerie

EXHIBIT 04 - PAGE 1 OF 1