# EXHIBIT 05

**Subject:** Direct contact with the girls **From:**
Arnaud Paris <aparis@sysmicfilms.com> **Date:**
04/26/2024 2:46 p.m. **To:**
Heidi Paris <heidimparis@gmail.com>

Heidi, it's been almost 3 weeks since you kidnapped our girls from France to the USA by violating the IST.

I haven't been able to speak to them once directly, and you try to supervise any dialogue with them like when you called on speakerphone in your car on April 18 at 4 a.m. French time... You hung up after a minute because it is obvious that you fear that they will tell me compromising things about your illegal exit from France and Europe.

Your headlong flight will come to nothing, the truth will come out about the crime you committed. Don't involve the girls any further in your lies and this illegal escape from Europe.

You make them suffer even more by depriving them of this precious dialogue with their father for three weeks which they must miss terribly given that I had full custody and that they were counting on finding me at the end of their week of vacation with you to finish their school year normally in Paris. You just ripped them out in the middle of the school year, how could you do such a thing? You clearly don't have our daughters' best interests in mind Heidi.

I ask you to reestablish a direct link without supervision as I asked you in my previous emails by giving them back their connected watch and their iPad dedicated to parental communication and by organizing sufficient speaking time at decent times French time.

So thank you for offering me 3 slots at decent French times tomorrow Saturday and Sunday so that I can communicate with them each in turn, live without supervision from you or anyone.

Arnaud

EXHIBIT 05 - PAGE 1 OF 1

**Subject:** Contact direct avec les filles
**From:** Arnaud Paris <aparis@sysmicfilms.com>
**Date:** 26/04/2024 14:46
**To:** Heidi Paris <heidimparis@gmail.com>

Heidi, cela fait près de 3 semaines que tu as kidnappé nos filles de France vers les USA en violant l'IST.

Je n'ai pas pu leur parler une seule fois en direct, et tu essayes de superviser tout dialogue avec elles comme lorsque tu avais appelé sur haut parleur dans ta voiture le 18 avril à 4 heure du matin heure française... Tu avais raccroché au bout d'une minute car il est évident que tu crains qu'elles ne me raccontent des choses compromettantes sur ta sortie illégale de la France et de l'Europe.

Ta fuite en avant n'aboutira à rien, la vérité va resortir sur le crime que tu as commis. Ne mêle pas les filles plus encore à tes mensonges et à cette fuite illégale d'Europe.

Tu les fais souffrir encore plus en les privant de ce dialogue précieux avec leur père depuis trois semaine qui doit leur manquer terriblement étant donné que j'avais la garde complète et qu'elles comptaient sur le fait de me retrouver à l'issue de leur semaine de vacances avec toi pour finir leur année scolaire normalement à Paris. Tu viens de les arracher en plein milieu d'année scolaire, comment as tu pu faire une chose pareille? Tu n'as clairement pas l'intérêt de nos filles en tête Heidi.

Je te demande de rétablir un lien direct sans supervision comme je te l'avais demandé dans mes précédents emails en leur rendant leur montre connectée et leur ipad dédié à la communication parentale et en organisant des temps de parole suffisants à des horaires décents heure française.

Merci donc de me proposer 3 créneaux à des heures françaises décentes sur demain samedi et dimanche pour que je puisse communiquer avec elles chacune à leur tour, en direct sans supervision de ta part ou de qui que ce soit.

Arnaud

EXHIBIT 5 - PAGE 2 OF 2