# EXHIBIT 06



**Heidi Brown**

jeu. 18 avr.
mer. 24 avr.

Heidi there is no way out for you in this and this is incredibly traumatic for the children, please come back with the girls to Paris immediately so that they can resume their school and I'll consider finishing the mediation we started in France with everything that was already on the table
Modifié 12:28

dim. 28 avr.

**Appel vocal manqué**
Appuyez pour rappeler
04:33

**Appel vocal manqué**
Appuyez pour rappeler
04:34

EXHIBIT 06 - PAGE 1 OF 1