# EXHIBIT 07

**Subject:** Direct contact with the children on Facetime without supervision
**From:** Arnaud Paris <aparis@sysmicfilms.com>
**Date:** 01/05/2024 21:26
**To:** Heidi Paris <heidimparis@gmail.com>

Heidi, I asked you in the email below before the weekend to set up proper times for me to speak with the girls over the weekend on Facetime directly without any supervision from your part and you didn't.

It's been nearly a month since you took our daughters from France to the USA in violation of the French judgments and particularly the one forbidding you to take the kids outside of France because you were a high risk of kidnapping.

I've not been able to speak directly with the girls even once without supervision, and you continue to try to oversee any dialogue which is extremely improper and concerning. Like when you called on speakerphone in your car on April 18th at 4 AM French time... You hung up after a minute because it's clear you fear they might reveal details about your illegal exit from France and Europe.

Your continued escape and fugitive run will achieve nothing Heidi, the truth about the crimes you've committed will come out. Please do not further involve the girls in your lies and in this illegal escape from Europe.

You are causing the girls even more suffering by depriving them of this precious dialogue with their father. It's been nearly a month now since they've had any direct contact with me, which they must be terribly missing given that I had full custody in Paris for the entire school year and they were looking forward to reuniting with me after their holiday week with you to celebrate my birthday and enjoy some vacation time with me and my parents on the French Riviera, before going back to their classmates to finish their school year normally in Paris. You've taken them out of school in the middle of the year, how could you do such a thing? This is so disruptive and it doesn't make any sense. It's clear you do not have our daughters' best interests in mind, Heidi. I'm really shocked about all this behavior and the extreme trauma you're causing on our children.

I am asking you to restore direct communication without supervision as I have requested in my previous emails, by returning their smartwatch and their iPad dedicated to parental communication and organizing adequate Facetimes sessions at reasonable French hours several times a week, the same way I was doing it for you while they were with me in France all these months.

Please propose three time slots at decent French hours for the next few days so that I can speak with each of them in turn, in private, directly and without your supervision or anyone else's.

Thanks,

Arnaud

On 26/04/2024 14:46, Arnaud Paris wrote:
> Heidi, cela fait près de 3 semaines que tu as kidnappé nos filles de France vers les USA en violant l'IST.
>
> Je n'ai pas pu leur parler une seule fois en direct, et tu essays de superviser tout dialogue avec elles comme lorsque tu avais appelé sur haut parleur dans ta voiture le 18 avril à 4 heure du matin heure française... Tu avais raccroché au bout d'une minute car il est évident que tu crains qu'elles ne me raccontent des choses compromettantes sur ta sortie illégale de la France et de l'Europe.
>
> Ta fuite en avant n'aboutira à rien, la vérité va resortir sur le crime que tu as commis. Ne mêle pas les filles plus encore à tes mensonges et à cette fuite illégale d'Europe.
>
> Tu les fais souffrir encore plus en les privant de ce dialogue précieux avec leur père depuis trois semaine qui doit leur manquer terriblement étant donné que j'avais la garde complète et qu'elles comptaient sur le fait de me retrouver à l'issue de leur semaine de vacances avec toi pour finir leur année scolaire normalement à Paris. Tu viens de les arracher en plein milieu d'année scolaire, comment as tu pu faire une chose pareille? Tu n'as clairement pas l'intérêt de nos filles en tête Heidi.

EXHIBIT 07 - PAGE 1 OF 2

Je te demande de rétablir un lien direct sans supervision comme je te l'avais demandé dans mes précédents emails en leur rendant leur montre connectée et leur ipad dédié à la communication parentale et en organisant des temps de parole suffisants à des horaires décents heure française.

Merci donc de me proposer 3 créneaux à des heures françaises décentes sur demain samedi et dimanche pour que je puisse communiquer avec elles chacune à leur tour, en direct sans supervision de ta part ou de qui que ce soit.

Arnaud

EXHIBIT 07 - PAGE 2 OF 2