Katelyn D. Skinner, OSB No. 105055
Email: kds@buckley-law.com
Katrina Seipel, OSB No. 164793
Email: kas@buckley-law.com
Buckley Law, P.C.
5300 Meadows Rd #200
Lake Oswego, OR 97035
Telephone: 503-620-8900
Fax: 503-620-4878
Of Attorneys for Respondent Heidi Brown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

Medford Division

| | |
|---|---|
| In re the Application of:<br><br>ARNAUD PARIS,<br><br>Petitioner,<br><br>and<br><br>HEIDI MARIE BROWN,<br><br>Respondent. | Case No.: 1:24-cv-00648-AA<br><br>NOTICE OF APPEARANCE OF COUNSEL FOR RESPONDENT |

The Convention on the Civil Aspects of International Child Abduction,
Done at the Hague on 25 Oct 1980
International Child Abduction Remedies Act, 22 USC § 9001 *et seq.*

TO: The Clerk of the Court and all parties of record

NOTICE is hereby given that I, Katelyn Skinner, am admitted and otherwise authorized to practice in this court, and I appear in this case with Katrina Seipel, and the law firm of Buckley Law, P.C., as counsel of record on behalf of Respondent Heidi Brown.

Attorney Katelyn Skinner will be the trial attorney for the Respondent in this matter, which has not yet been scheduled. Both myself, Katelyn Skinner, at kds@buckley-law.com

and Katrina Seipel at kas@buckley-law.com request to be added to the ECF service list for this case.

Copies of all further filings, notices, and correspondence herein shall should be directed to the undersigned.

Respectfully submitted this 10th day of May, 2024.

Katelyn Skinner, OSB No. 105055
Email: kds@buckley-law.com
Katrina Seipel, OSB No. 164793
Email: kas@buckley-law.com
Buckley Law, PC
5300 Meadows Road, Ste. 200
Lake Oswego, OR 97035
Tel: 503-620-8900
Of Attorneys for Respondent

CERTIFICATE OF SERVICE

I certify that this document was served by e-mail first-class U.S. mail upon Petitioner Arnaud Paris, to aparis@sysmicfilms.com, and to his last known address of 13 rue Ferdinand Duval, 75004 Paris, France on this 10th day of May, 2024.

Katelyn Skinner, OSB No. 105055
Of Attorneys for Respondent
kds@buckley-law.com