UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| In re the Matter of J.P. and E.P.: | |
|---|---|
| ARNAUD PARIS, | Civil Action No. 1:24-cv-00648-AA |
| Petitioner, | EX PARTE ORDER FOR CHILDREN WELLFARE CHECK AND DIRECT UNSUPERVISED DAILY COMMUNICATION WITH FATHER |
| and | |
| HEIDI MARIE BROWN, | |
| Respondent. | |

**ORDER FOR CHILDREN WELLFARE CHECK AND DIRECT UNSUPERVISED DAILY COMMUNICATION WITH FATHER:**

( ) GRANTED

( ) DENIED

IT IS SO ORDERED.

DATED this ___ day of May, 2024

_____

THE HONORABLE ANN L. AIKEN

UNITED STATES DISTRICT COURT JUDGE

Submitted by:
Arnaud PARIS, Pro Per

_____
13 rue Ferdinand Duval
75004 Paris, FRANCE
+33.6.88.28.36.41

## VERIFICATION

I, Arnaud Paris, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNED AND DATED this 14th day of May, 2024, in Paris, France.

_____
Arnaud Paris