# EXHIBIT 04



### 18 avril 2024

**04:24  Appel entrant**
2 minutes


Favoris


Récents


Contacts


Clavier


Messagerie

EXHIBIT 04 - PAGE 1 OF 1