# EXHIBIT 09



EXHIBIT 09 - PAGE 1 OF 1