# EXHIBIT 10

## Attestation de témoin

(Articles 200 à 203 du code de procédure civile, article 441-7 du code pénal)

### Votre identité :

☒ Madame     ☐ Monsieur

Votre nom de famille (nom de naissance) : __Dumines__

Votre nom d'usage (exemple : nom d'époux / d'épouse) : ____

Vos prénoms : __Keira__

Vos date et lieu de naissance : |1|2|/|2|1|/|0|2|0|0|3|

à __Farmington, New Mexico, USA__

Votre profession : __Au pair__

Votre adresse : __2310 E Garfield St__

Complément d'adresse : __Unit A10__

Code postal |8|2|0|7|0|  Commune __Laramie, Wyoming__

Pays : __USA__

Lien de parenté, d'alliance, de subordination, de collaboration ou de communauté d'intérêts avec les parties :   Oui ☒     non ☐

Si oui, précisez lequel : __Au Pair__

---

Sachant que l'attestation sera utilisée en justice et connaissance prise des dispositions de l'article 441-7 du code pénal réprimant l'établissement d'attestation faisant état de faits matériellement inexacts ci-après rappelés :

« Est puni d'un an d'emprisonnement et de 15000 euros d'amende le fait d'établir une attestation ou un certificat faisant état de faits matériellement inexacts ».

(cette phrase doit être écrite, ci-dessous, entièrement de votre main)

_Est puni d'un an d'emprisonnement et 15000 euros d'amende le fait d'établir une attestation ou un certificat faisant état de faits matériellement inexacts._

Indiquez ci-dessous les faits auxquels vous avez assisté ou que vous avez constatés personnellement :

This testimony is in direct reference to the last one I gave. If this testimony is to be used, I request that every word of it be used. The last one I had given was pieced together to create a story that I did not entirely tell, and I would not like my words to be used this way. I have a contract with Mr. Paris to be an au pair, and per our contract, I am tasked with taking care of the children. This is standard for most if not all au pairs. Some that I have spoken with are required more hours than I, which is 25 hours a week. This is considered a part time job as far as I am concerned. Mr. Paris is/was not an absent father in his children's lives. There were days where he was incredibly busy, for dealing with legal formalities to try and protect his rights to his twin daughters. He saw them everyday unless he was on a business trip, which I have already addressed in a separate testimony. I often took weekend trips myself, where I would leave Friday afternoon and come back Monday morning. Mr. Paris would pick them up from school and take them to their afterschool activities on Friday. On the weekends, there were always fun activities arranged. From waterparks to sleepovers, to visiting grandparents, there was always something. On Mondays, he would help the girls get ready and take them to school. Only then would I take over after school. On Wednesdays, we had assumed the roles of me being responsible for getting Juliette to her activities while Eva would be with Mr. Paris running errands. Sometimes, I would come to see them playing a video game together. An absent father isn't the same thing as a busy father. My position here, in France, is/was not to replace a parental figure. My role is/was to help aid the parental figures. Which, when Ms. Brown came to Paris to visit the girls, I did help her as well.

Indiquez ci-dessous les faits auxquels vous avez assisté ou que vous avez constatés personnellement :

even though I'm not contracted with both parents, only Ms. Paris. Before she had come the most recent time, Eva was reluctant to agree to stay the night at the AirB.B that Ms. Brown had arranged. This was for multiple reasons. Both of the girls were having reoccurring nightmares about their mother forcibly taking them from Paris. We tried our best to talk to Eva and tell her that the French judgment protected them from that happening. So, to ease Eva's concerns, Ms. Paris invested in an Apple Watch so that they could have easy contact with him. The most recent time that Ms. Brown had visited, her behavior was completely normal, she did not seem as though she was planning to take the kids back with her. Since she has taken them, my life has been greatly negatively impacted. I haven't spoken with them once. Their father has only spoken with them once in a call that was so short, they were hardly able to talk. When the girls were in Paris, Ms. Brown had regular contact with multiple video calls a week.

Pièce à joindre :

• Un original ou une photocopie d'un document officiel justifiant de votre identité et comportant votre signature.

**ATTESTATION SUR L'HONNEUR**
Je soussigné(e) (prénom, nom) _Keira Dummer_
certifie sur l'honneur que les renseignements portés sur ce formulaire sont exacts.

Fait à : _Paris, France_ Le 12/04/2024

Signature

_Keira Dummer_

La loi n°78-17 du 6 janvier 1978 relative aux fichiers nominatifs garantit un droit d'accès et de rectification des données auprès des organismes destinataires de ce formulaire.