IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

In re the Matter of J.P. and E.P:

ARNAUD PARIS,                                    Civ. No. 1:24-cv-00648-AA

               Petitioner,                    **ORDER**

     v.

HEIDI MARIE BROWN,

               Respondent.

_____

AIKEN, District Judge.

     On May 14, 2024, Petitioner filed an ex parte motion captioned "Ex Parte Petitioner's Emergency Motion and Declaration for Child Welfare Check and Direct Unsupervised Daily Communication with Father." ECF No. 17.

     The motion was improperly filed ex parte. "Ex parte motions are [generally] disfavored" and are permitted only in a narrow set of circumstances. *See Ayestas v. Davis*, 584 U.S. 28, 40-41 (2018) (listing specific circumstances when ex parte motions are either statutorily allowed or otherwise procedurally appropriate); *see also United States v. Real Prop. Located at 22 Santa Barbara Drive*, 264 F.3d 860, 870 (9th Cir. 2001) (citing *In re Intermagnetics Am., Inc.*, 101 B.R. 191, 193-94 (C.D. Cal. 1989) (providing a comprehensive assessment of why ex parte motions are disfavored and should rarely be allowed). Counsel for Respondent has appeared in the case, ECF

No. 16, and will be permitted to respond to the motion.  The Court therefore directs

the Clerk's Office to unseal Petitioner's motion, ECF No. 17.

It is so ORDERED and DATED this _____16th_____ day of May 2024.


 /s/Ann Aiken                                              
ANN AIKEN
United States District Judge