# EXHIBIT 02

**Subject:** Cease and Desist
**From:** Heidi Brown <heidimparis@gmail.com>
**Date:** 24/04/2024 16:09
**To:** Arnaud Paris <aparis@sysmicfilms.com>

Arnaud,

You are henceforth prohibited from contacting my place of work, my family members and the children's school. The contacts you have made with my work, my family and the children's school over the past week have led me to believe that there is a serious risk to my physical safety as well as that of my family and the children.

Any further attempts at contacting anyone related to me, my place of work or the children's school in any manner, including, but not limited to telephone, text message, e-mail, or in-person will result in the pursuit of criminal remedies to protect myself, my family and the children.

Specifically, any further phone calls, e-mails or text messages from you, or any person on your behalf, to threaten me, determine my whereabouts, or gather information about me will result in the pursuit of a protective order and additionally will constitute the crime of telephonic harassment pursuant to Oregon Revised Statute 166.090.

This is your first and final warning to immediately cease and desist. We will report any continuing threats to the appropriate authorities.

As a reminder, per the attached judgment, the court orders that I have no duty to provide my "exact home address, or her home, work, and mobile telephone number to Father, except as she chooses."

Per the attached judgment, you are not to "receive the benefit of the provisions included in ORS 107.154 i.e. the rights generally available to noncustodial parents in the State of Oregon." This means that you no longer have the right "To inspect and receive school records and to consult with school staff concerning the child's welfare and education, to the same extent as the custodial parent may inspect and receive such records and consult with such staff;"

Additionally, per the attached judgment, "Father is restricted from contacting mother by phone, email or other written communication, or in person unless through a lawyer of this state unless it is in direct relation to parenting time, or medical, dental orthodontics insurance, treatment or appointments. Except to exchange the children as set out by the parenting plan, Father is not allowed to appear without the consent of Mother at Mother's home, place of work or any other location where Father is aware Mother will be present unless previously arranged in writing via email with both Father and Mother agreeing."

EXHIBIT 02 - PAGE 1 OF 2

Heidi

—Attachments:—————————————————————————————

SIGNED_Limited_Judgment_Regarding_Custody_Parenting_Time_And_Child_    8.4 MB
Support_and_Money_Awards.pdf

EXHIBIT 02 - PAGE 2 OF 2