# EXHIBIT 00

**De :** Noémie ASSUIED HODARA
**Envoyé :** Wednesday, July 20, 2022 9:58:37 AM
**À :** Samantha D. Malloy <SMalloy@samanthadmalloy.com>
**Cc :** Heidi Paris <heidimparis@gmail.com>
**Objet :** Heidi's commitment

Dear Samantha,

I hope this email finds you well.

First of all Heidi and I thank you for your urgent help yesterday.

Our meeting with Arnaud's lawyer lasted until 9PM and I was unable to get back to you before this morning.

**We have reached an agreement that allows Heidi to move to Ashland with the girls.**

You will find attached my official letter to Arnaud's lawyer and her official reply.

Under French law, this official letters exchange seals the parties' agreement.

EXHIBIT 00 - PAGE 1 OF 5



separation

2 of 18

**We have reached an agreement that allows Heidi to move to Ashland with the girls.**

You will find attached my official letter to Arnaud's lawyer and her official reply.

Under French law, this official letters exchange seals the parties' agreement.

We would have loved to consult with you before committing to the terms of the attached letter but the timing was of essence : I sensed that, if Arnaud did not commit to let Heidi travel to the US last night, he would simply never accept it.

The main point of the agreement is that, for Heidi to be entitled to move to the US with the girls, she must meet a certain number of conditions by August 22nd (signing a house lease, making sure Arnaud gets medical insurance in the US, etc...).

I made sure that, as described in the letter, the said conditions can be met (for instance, we refused to condition the validation of the move upon the Aupair getting her US visa because this condition was not under Heidi's hands).

On top of that, Arnaud made it clear that the only way he would accept moving the residence of the family to the USA is if **Heidi commits to going back to France after one school year.**

He really left her no choice.

EXHIBIT 00 - PAGE 2 OF 5

Case 1:24-cv-00648-AA    Document 23-1    Filed 06/20/24    Page 4 of 6

He really left her no choice.

214

Our strategy is the following : while accepting this clause, we added that, every year, the girls's residence will change : year 1 USA – year 2 France – year 3 USA...

12

The point of this clause is to make it seem totally irrelevant to the girls' interest so that an Oregon court would have no trouble accepting that Heidi does not comply with it in September 2024 when she will remain stateside.

Indeed, Heidi's plan is to remain in Oregon at the end of the upcoming school year and to tell Arnaud, once Oregon courts have acquirred jurisdiction (within 6 months -- by January 2023), that she does not plan to move back to France with the girls.

If he is unhappy with that change, he will have to file in Oregon courts and to obtain a decision allowing him to move back to France with the girls.

In this possible dispute, Heidi will argue that the interest of the girls is not to move from one place to another each year, that this is too much for her and that this plan does not let them adapt to an evironment, etc...

I used the following wording in the agreement letter :

« La résidence des enfants sera ensuite transférée en France à la rentrée de septembre 2023, puis de nouveau aux Etats-Unis en septembre 2024.

Les parents s'engagent à poursuivre cette alternance d'une année sur l'autre, sous réserve que cela soit dans l'intérêt des enfants. »

EXHIBIT 00 - PAGE 3 OF 5

I used the following wording in the agreement letter :

« La résidence des enfants sera ensuite transférée en France à la rentrée de septembre 2023, puis de nouveau aux Etats-Unis en septembre 2024.

Les parents s'engagent à poursuivre cette alternance d'une année sur l'autre, **sous réserve que cela soit dans l'intérêt des enfants.** »

TRANSLATION :

"The children's residence will then be transferred to France at the start of the school year in September 2023, then back to the United States in September 2024.

Parents undertake to continue this alternation from one year to the next, **provided that this is in the interest of the children.** »

Can you tell us what value would be given to Heidi's commitment to move back to France after spending 8-9 months in Oregon and taking into consideration the following new circumstances (that arguably Heidi could not have foreseen…) :

- The parental separation ;
- The girls being super happy and integrated in Oregon ;
- Heidi having a new job in the US that does not allow her to work abroad.

EXHIBIT 00 - PAGE 4 OF 5



Heidi would also be able to argue that Arnaud is not present in the daily lives of the girls because he is travelling all the time (you will see a trace of this in my letter).

Let us know if you need to set up a meeting to discuss that.

I am sorry that we had to move forward without getting your detailed view on the above but, once again, timing was essential.

Kind regards

**MAÎTRE NOÉMIE ASSUIED HODARA**

EXHIBIT 00 - PAGE 5 OF 5