# EXHIBIT 01

EXHIBIT 01

# CHRONOLOGY ABDUCTION FROM FRANCE

Abduction of Eva and Juliette on April 8th, 2024 by their Mother, Heidi Brown, in France in complete violation of two French judgments in full force and effect on French soil and while the girls were on the arlert system at all european borders since the second French Judgment said the girls couldn't leave France. Mother didn't have any US order registered in France when she abducted children. Mother should have filed for a Hague Action in France last summer if she thought children were abducted.

### April 21st, 2023
French Judgment granting custody of the children to Father in Paris with visitation rights for Mother every school vacation (Mother only asked to the French judge for custody in Oregon, not in Paris).

### July 21st, 2023
Father obtains confirmation from the Oregon lawyers and from the French Consulate that the Oregon Status Quo has no validity anymore and that the French Judgment properly registered in Oregon superseedes the Oregon Status Quo order.

### July 25th, 2023
Mother and her counsel lie to the French authorities presenting a falsified document from the Jackson County court that they asked afterwards to be signed to Judge Bloom who denied their request.

### September 15th, 2023
Mother asks the FBI to have abduction charges pressed against Father, the US AO denies because of the French judgment. BUT Mother doesn't start Hague Action in France.

**ABDUCTION**
From France on April 8

### May, 9th 2023
Registration of the French Judgment in Oregon on May 9th served to Mother on May 10th and she objects to it on May 31st, but this remains the only custodial determination existing in Oregon or anywhere in the world about Eva and Juliette Paris.

### July 23rd, 2023
Eva and Juliette return to France with approval of French and US authorities that deemed that the Status Quo order from Oregon was not valid anymore by operation of law (the French judgment having voided it), French consul present.

### July 29th, 2023
Mother ask the Medford DA to press charges for child abduction, the DA refuses because of the French judgment. Mother asks the French Police to press charges, also denied.

### December 28th, 2023
Mother asks Judge Orr to make an order to the FBI for an arrest of Father and children in France and their extraditiion to the US. Judge Orr denies because he says he doesn't have jurisdiction over the children in France.

EXHIBIT 01 - PAGE 1 OF 1