# EXHIBIT 02

## Noémie Assuied Hodara
### Attorney at Law, New York and Paris Bars

**Audrey GADOT**
Attorney at Law
15 Boulevard du Sud Est
92000 Nanterre

Paris, July 19, 2022

**Case:** Heidi BROWN / Arnaud PARIS
**By email:** gadotaudreyavocat@gmail.com

Dear colleague,

I hereby officially confirm the terms of the agreement reached by our clients, Mrs. Heidi BROWN and Mr. Arnaud PARIS, to wit:

- Departure of Heidi to Ashland with Eva and Juliette, their daughters, as of July 20, 2022 for the summer vacation.

  Return on August 23, 2022 if the conditions required for the family's move to Ashland were not met by August 22,

- Joint lifting of opposition to leaving the country (OST) by parents on July 20, 2022.

- Relocation of the family to Ashland for the 2022/2023 school year in accordance with the school calendar of the school to which the children will be assigned, subject to the following conditions being met by August 22, 2022:

  - Arnaud's medical care:

    o Heidi and Arnaud agree to take all necessary steps to obtain permanent medical insurance coverage for Arnaud's condition—Biermer's disease—(public or private) as of today (July 19, 2022).
    o If Arnaud is ineligible for OHP (Oregon Health Plan), Heidi and Arnaud agree to purchase permanent private insurance.
    o Arnaud agrees to sign said insurance contract before August 22, 2022, even if it does not take effect until September 1, 2022..

EI – Membre d'un centre de gestion agrée – 50 Avenue Marceau 75008 Paris
Tel. : + 33 1 84 06 58 88   /   +33 6 17 40 35 85
SIRET 822 800 926 00021 – TVA intracommunautaire : FR 43822800926
Toque : E0114 – Email : nah@family-law.fr

EXHIBIT 02 - PAGE 1 OF 6

Please note that, in the context of this coverage, the unreimbursed medical expenses will have to be within the limit of Heidi's financial capacity (which excludes any recourse to a bank loan).

- A medical appointment in principle for Arnaud with a gastroenterologist in the state of Oregon was made in mid-October

- House: signing of a lease for a 3-bedroom house + 1 office;

- Heidi's office: signing of a lease for an office (or subscription to a coworking space)

- Au pair:

    o Confirmation by Elisa that she will arrive in Ashland by September 30, 2022;
    o Alternatively: recruitment of a nanny and a French tutor for the girls.

If the above conditions are met by August 22, 2022:

➢ **La The children's residence will be set in Ashland for the 2022/2023 school year;**

➢ The children's residence will then be transferred to France in September 2023 and back to the United States in September 2024.

The parents agree to continue this alternation of residency from one year to the next, provided that it is in the best interest of the children.

➢ Arnaud will travel to the United States to live from August 23 to September 3, 2022. He will then temporarily return to France, including for surgery, on October 3, 2022.

However, should Arnaud's medical prognosis following surgery on October 3, 2022 require further emergency hospitalization (as per a statement from his treating physician):

- Heidi will have to establish that an American doctor of the same level as the one who follows Arnaud in France will be able to immediately take over his medical follow-up in Oregon;
- Otherwise, the family will return to France.

El – Membre d'un centre de gestion agréé – 50 Avenue Marceau 75008 Paris
Tel. : + 33 1 84 06 58 88  /  +33 6 17 40 35 85
SIRET 822 800 926 00021 – TVA intracommunautaire : FR 43822800926
Toque : E0114 – Email : nah@family-law.fr

EXHIBIT 02 - PAGE 2 OF 6

In view of the family's move, the parties have detailed their future monthly budget hereunder as an estimate:

| Expense | Monthly amount in USD |
|---|---:|
| Phone (both parents) | 100 |
| Housing | 3500 |
| Car insurance | 90 |
| GAZ | 200 |
| Utilities (water, electricity, gaz) | 200 |
| Internet | 50 |
| Food | 800 |
| Au Pair | 2000 |
| Clothing | 400 |
| Leisure (family time) | 500 |
| Girls' extracurricular activities | 100 |
| Flights (Arnaud's trips) | 1500 |
| Hygiene (haidresser, phamarcy, etc...) | 150 |
| Real estate mortgage | 2000 |
| Car leasing | 900 |
| **TOTAL** | **12490** |

The parties specify that:

- They will each contribute half of these expenses;
- In addition, Heidi will pay Arnaud's medical expenses (medical coverage and remaining expenses) as previously discusse.

\*\*\*

Ms. BROWN's agreement is conditional upon Mr. PARIS' agreement to all of these provisions, which I would be grateful if you could confirm to me through the official channels.

Yours faithfully.

Noémie ASSUIED HODARA
*Attorney at law at the Paris and New York Bars*



El – Membre d'un centre de gestion agrée – 50 Avenue Marceau 75008 Paris
Tel. : + 33 1 84 06 58 88   /   +33 6 17 40 35 85
SIRET 822 800 926 00021 – TVA intracommunautaire : FR 43822800926
Toque : E0114 – Email : nah@family-law.fr

EXHIBIT 02 - PAGE 3 OF 6

**Noémie Assuied Hodara**
Avocat aux Barreaux de New York et de Paris

---

**Audrey GADOT**
Avocat à la Cour
15 Boulevard du Sud Est
92000 Nanterre

Paris, le 19 juillet 2022

**Aff. :** Heidi BROWN / Arnaud PARIS
**Par mail :** gadotaudreyavocat@gmail.com

Mon Cher Confrère,

Je vous confirme, par la présente, de manière officielle, les termes de l'accord auquel sont parvenus nos clients, Madame Heidi BROWN et Monsieur Arnaud PARIS, à savoir :

- Départ de Heidi pour Ashland avec Eva et Juliette, leurs filles, à compter du 20 juillet 2022 pour les vacances d'été.

  Retour au 23 août 2022 si les conditions requises pour le déménagement de la famille à Ashland n'étaient pas réunies d'ici le 22 août 2022.

- Levée conjointe de l'OST par les parents le 20 juillet 2022.

- Déménagement de la famille à Ashland pour l'année scolaire 2022/2023 conformément au calendrier scolaire de l'établissement dont les enfants dépendront, sous réserve de la réunion des conditions suivantes d'ici le 22 août 2022 :

  – Prise en charge médicale d'Arnaud :

    o Heidi et Arnaud s'engagent à entreprendre dès ce jour (le 19 juillet 2022) l'ensemble des démarches nécessaires à la souscription à une assurance médicale permanente prenant en charge sa pathologie – maladie de Biermer - (publique ou privée) pour Arnaud.
    o Si Arnaud est inéligible à l'OHP (l'assurance publique de l'Etat de l'Oregon), Heidi et Arnaud s'engagent à souscrire une assurance privée permanente.
    o Arnaud s'engage à signer ledit contrat d'assurance avant le 22 août 2022, y compris si celui-ci ne prend effet qu'à compter du 1$^{er}$ septembre 2022.

El – Membre d'un centre de gestion agrée – 50 Avenue Marceau 75008 Paris
Tel. : + 33 1 84 06 58 88   /   +33 6 17 40 35 85
SIRET 822 800 926 00021 – TVA intracommunautaire : FR 43822800926
Toque : E0114 – Email : nah@family-law.fr

EXHIBIT 02 - PAGE 4 OF 6

Précisons que, dans le cadre de cette prise en charge, les frais médicaux non remboursés devront entrer dans la limite de la capacité de financement d'Heidi (ce qui exclut tout recours à un prêt bancaire).

- Prise d'un rdv médical de principe mi-octobre pour Arnaud avec un gastro-entérologue dans l'Etat de l'Oregon

- Maison : signature d'un bail pour une maison de 3 chambres + 1 bureau ;

- Bureau Heidi : signature d'un bail pour un bureau (ou abonnement à un espace de coworking) ;

- Jeune fille au pair :

    o Confirmation par Elisa de son arrivée à Ashland au plus tard le 30 septembre 2022 ;
    o Alternativement : recrutement d'une nounou et d'un tuteur en français pour les filles.

Si les conditions ci-dessus sont réunies au 22 août 2022 :

➢ **La résidence des enfants sera fixée à Ashland pour l'année scolaire 2022/2023 ;**

➢ La résidence des enfants sera ensuite transférée en France à la rentrée de septembre 2023, puis de nouveau aux Etats-Unis en septembre 2024.

Les parents s'engagent à poursuivre cette alternance d'une année sur l'autre, sous réserve que cela soit dans l'intérêt des enfants.

➢ Arnaud voyagera aux Etats-Unis pour s'y installer du 23 août au 3 septembre 2022. Il rentrera ensuite temporairement en France, notamment pour y subir une opération chirurgicale, le 3 octobre 2022.

Cependant, si le pronostic médical à l'issue de l'opération d'Arnaud en date du 3 octobre 2022 nécessitait d'autres hospitalisations en urgence (conformément à un écrit du médecin qui le suit) :

- Heidi devra établir qu'un médecin américain du même niveau que celui qui suit Arnaud en France pourra reprendre immédiatement la main sur son suivi médical en Orégon ;
- A défaut, la famille rentrera en France.

El – Membre d'un centre de gestion agrée – 50 Avenue Marceau 75008 Paris
Tel. : + 33 1 84 06 58 88  /  +33 6 17 40 35 85
SIRET 822 800 926 00021 – TVA intracommunautaire : FR 43822800926
Toque : E0114 – Email : nah@family-law.fr

EXHIBIT 02 - PAGE 5 OF 6

Dans la perspective du déménagement de la famille, les parties ont tenu à détailler à titre indicatif leur budget mensuel à venir ci-dessous :

| Expense | Monthly amount in USD |
| --- | --- |
| Phone (both parents) | 100 |
| Housing | 3500 |
| Car insurance | 90 |
| GAZ | 200 |
| Utilities (water, electricity, gaz) | 200 |
| Internet | 50 |
| Food | 800 |
| Aupaire | 2000 |
| Clothing | 400 |
| Leisure (family time) | 500 |
| Girls' extracurricular activities | 100 |
| Flights (Arnaud's trips) | 1500 |
| Hygiene (haidresser, phamarcy, etc...) | 150 |
| Emprunt immo | 2000 |
| Leasing voiture | 900 |
| **TOTAL** | **12490** |

Les parties précisent que :

- Elles prendront en charge ces dépenses à concurrence de moitié chacune ;
- En outre, Heidi règlera les frais médicaux (couverture médicale et reste à charge) d'Arnaud comme vu précédemment.

\*\*\*

L'accord de Madame BROWN est conditionné par l'accord de Monsieur PARIS sur l'ensemble de ces dispositions, que je vous remercie de bien vouloir me confirmer par la voie officielle.

Votre bien dévouée.

Noémie ASSUIED HODARA
*Avocat aux Barreaux de Paris et de New York*



EI – Membre d'un centre de gestion agrée – 50 Avenue Marceau 75008 Paris
Tel. : + 33 1 84 06 58 88  /  +33 6 17 40 35 85
SIRET 822 800 926 00021 – TVA intracommunautaire : FR 43822800926
Toque : E0114 – Email : nah@family-law.fr

EXHIBIT 02 - PAGE 6 OF 6