# EXHIBIT 05

# BRADLEY C. LECHMAN-SU
ATTORNEY AT LAW - INTERNATIONAL FAMILY LAW

July 21, 2023

by email to: Christelle Samson, Vice-consul
SAMSON Christelle <christelle.samson@diplomatie.gouv.fr>

Re: Arnaud Paris; Oregon Judgment No. 23DR08269

Dear Ms. Samson:

This letter follows my letter to you of yesterday, July 20, 2023. Please recall I represent Arnaud Paris, and this now second letter further refers to the status of the Oregon judgment No. 23DR08269. The question is what effect the filing of an objection has on the status of the filed judgment?

It has no effect on the judgment until the court hears the objection, and then, and only then, will the court decide whether the objection has any merit. In the meantime, the judgment is an official, registered judgment entitled to full recognition and enforcement.

Please let me know if you have any further questions.

Respectfully,

Bradley C. Lechman-Su

Bradley Lechman-Su, Attorney at Law

---

1000 SW BROADWAY SUITE 2300, PORTLAND OR 97205
PH: 503-984-1350    EM: BRADLEY@BRADLEYLECHMANSU.COM

EXHIBIT 05 - PAGE 1 OF 1