# EXHIBIT 06

**Subject:** RE: TR: Procedure de La Haye – Paris/Brown
**From:** REYNES Olivier-Antoine <olivier-antoine.reynes@diplomatie.gouv.fr>
**Date:** 07/08/2023 19:37
**To:** 'Arnaud Paris' <aparis@sysmicfilms.com>
**CC:** Frederic JUNG <frederic.jung@diplomatie.gouv.fr>, HENON Clémentine <clementine.henon@diplomatie.gouv.fr>, Christelle SAMSON <christelle.samson@diplomatie.gouv.fr>, 'BEDOUSSAC Anthony' <anthony.bedoussac@diplomatie.gouv.fr>, admin-francais.san-francisco-fslt@diplomatie.gouv.fr

Dear Sir,

As you know, we made our decision to issue the passes for your daughters not without having first checked its merits, in particular with our central administration. Witness our many exchanges that we have had since you informed us of the removal of your daughters by their mother.

In support of your request, you presented yourself with a court decision confirming that you exercise parental authority over your two daughters and determining their habitual residence with you, in France. This decision is also registered in Oregon. From then on, nothing stood in the way of the issue of French titles for your daughters.

In addition, the American authorities, the only ones competent to decide on entry and exit on their territory, have decided to let you board for France after having reconsidered their initial refusal on the basis of the ban on leaving the territory requested by the mother of your daughters. I have no doubt that these authorities made their decision to dismiss the reporting of the children by their mothers after a thorough analysis of their situation.

For our part, I can assure you that our decision to issue passes was made knowingly, in the best interests of your daughters as stated by the French judge.

Sincerely,

**Olivier-Antoine REYNES**
**Gérant**
*Acting Consul General*

**Consulat général**
*Consulate General*
**San Francisco**

07/08/2023 10:49

EXHIBIT 06 - PAGE 1 OF 2

**Subject:** RE: TR: Procedure de La Haye – Paris/Brown
**From:** REYNES Olivier-Antoine <olivier-antoine.reynes@diplomatie.gouv.fr>
**Date:** 07/08/2023 19:37
**To:** 'Arnaud Paris' <aparis@sysmicfilms.com>
**CC:** Frederic JUNG <frederic.jung@diplomatie.gouv.fr>, HENON Clémentine <clementine.henon@diplomatie.gouv.fr>, Christelle SAMSON <christelle.samson@diplomatie.gouv.fr>, 'BEDOUSSAC Anthony' <anthony.bedoussac@diplomatie.gouv.fr>, admin-francais.san-francisco-fslt@diplomatie.gouv.fr

Cher Monsieur,

Comme vous le savez, nous avons pris notre décision de délivrer les laisser-passer pour vos filles non sans avoir, au préalable, vérifié son bienfondé, notamment avec notre administration centrale. En témoignent nos nombreux échanges que nous avons eu depuis que vous nous avez informés du déplacement de vos filles par leur mère.

A l'appui de votre demande, vous vous êtes présenté avec une décision de justice confirmant que vous avez l'exercice de l'autorité parentale sur vos deux filles et fixant leur résidence habituelle chez vous, en France. Cette décision est par ailleurs enregistrée dans l'Oregon. Dès lors, rien ne s'opposait à la délivrance de titres français pour vos filles.

De plus, les autorités américaines, seules compétentes pour décider des entrées et sorties sur leur territoire, ont décidé de vous laisser embarquer pour la France après être revenues sur leur refus initial pris sur la base de l'interdiction de sortie du territoire sollicitée par la mère de vos filles. Je ne doute pas que ces autorités ont pris leur décision d'écarter le signalement des enfants par leur mère après une analyse approfondie de leur situation.

De notre côté, je peux vous assurer que notre décision de délivrer des laisser-passer a été prise en connaissance de cause, dans l'intérêt supérieur de vos filles tel qu'il a été dit par le juge français.

Très cordialement,

**Olivier-Antoine REYNES**
**Gérant**
*Acting Consul General*

**Consulat général**
*Consulate General*
**San Francisco**

**De :** Arnaud Paris [mailto:aparis@sysmicfilms.com]
**Envoyé :** lundi 7 août 2023 07:44
**À :** REYNES Olivier-Antoine <olivier-antoine.reynes@diplomatie.gouv.fr>; BEDOUSSAC Anthony <anthony.bedoussac@diplomatie.gouv.fr>; admin-francais.san-francisco-fslt@diplomatie.gouv.fr
**Objet :** Fwd: TR: Procedure de La Haye - Paris/Brown

***[EMETTEUR EXTERNE]** : Ne cliquez sur aucun lien et n'ouvrez aucune pièce jointe à moins qu'ils ne proviennent d'un expéditeur fiable, ou que vous ayez l'assurance que le contenu provient d'une source sûre***.

Bonjour, je pense que quelqu'un au consulat qui était présent les jours précédents notre départ et qui aurait