EXHIBIT 07

[Translator's note: The two email below were both originally written in English and were automatically translated into French by Gmail. Since this French translation is the only copy Ms. Farrugia has agreed to furnish, we have no choice but to retranslate them back into English.]

Gmail – Subject: [EXTERNAL EMAIL] – Confirmation

| Gmail | This message has been automatically translated: English –> French. | Heidi Brown <heidimparis@gmail.com> |

## Subject: [EXTERNAL EMAIL] – Confirmation

**Tapara Simmons <TSIMMMONS3@fbi.gov>**          Tue, Sep 26, 2023 at 8:11 AM
To: Heidi Paris <hindimparis@gmail.com>

Heidi,

The FBI has now closed its investigation into this case. The decision to close the case in no way diminishes the important contribution that you made to the investigation. Your help and cooperation were greatly appreciated. The investigation was closed because the United States Attorney's Office (USAO) declined to prosecute. For more information, please contact the USAO.

If you have additional questions, please contact us by email.

Respectfully yours,                                    [Stamp:]
TaPara Simmons Jr.                                     Sandrine FARRUGIA
Special agent                                          Attorney of the court
Portland Division                                      Exhibit 87
VCAC/VIC

-----Original message-----
From: Heidi Paris <hindimparis@gmail.com>
Sent: Saturday, September 16, 2023 at 2:47 pm
To: Tapara Simmons Jr. (PD) (FBI) <TSIMMMONS3@fbi.gov>
Subject: [EXTERNAL EMAIL] – Confirmation

Hello Mr. Simmons,

Could you send me an email confirming that the FBI will not be filing child abduction charges against Mr. Paris?

Thank you,

Heidi

9/26/23, 9:02 AM                                      Gmail - Objet : [EMAIL EXTERNE] – Confirmation

   This message has been automatically                     Heidi Brown
                       translated: English -> French.                    <heidimparis@gmail.com>

## Objet : [EMAIL EXTERNE] – Confirmation

**Tapara Simmons <TSIMMONS3@fbi.gov>**                                   Tue, Sep 26, 2023 at 8:11 AM
To: Heidi Paris <heidimparis@gmail.com>

Heidi,

À l'heure actuelle, le FBI a clôturé son enquête sur cette affaire. La décision de clore cette affaire ne diminue en rien l'importante contribution que vous avez apportée à l'enquête. Votre aide et votre coopération ont été grandement appréciées. L'enquête a été close parce que le bureau du procureur des États-Unis (USAO) a refusé d'engager des poursuites. Pour plus d'informations, veuillez contacter l'USAO.

Si vous avez des questions supplémentaires, veuillez nous contacter par e-mail.

Avec respect,

TaPara Simmons Jr
Agent spécial
Division de Portland
VCAC/VIC



-----Message original-----
De : Heidi Paris < heidimparis@gmail.com >
Envoyé : samedi 16 septembre 2023 à 14h47
À : Simmons, Tapara Jr. (PD) (FBI) < TSIMMONS3@fbi.gov >
Objet : [EMAIL EXTERNE] - Confirmation

Bonjour M. Simmons,

Pourriez-vous m'envoyer un e-mail confirmant que le FBI ne portera pas d'accusations liées à l'enlèvement d'enfants contre M. Paris ?

Merci,

Heidi