# EXHIBIT 09

IN THE SUPREME COURT OF THE STATE OF OREGON

HEIDI MARIE BROWN,
Petitioner-Adverse Party,

v.

ARNAUD PARIS,
Respondent-Relator.

Jackson County Circuit Court
22DR17285

S070246

## ORDER DENYING PETITION FOR PEREMPTORY WRIT OF MANDAMUS AND DENYING MOTION TO VACATE

Upon consideration by the court.

The petition for peremptory writ of mandamus is denied without prejudice.

The emergency motion to vacate the trial court's October 11, 2022, status quo order is denied as moot.

MEAGAN A. FLYNN
CHIEF JUSTICE, SUPREME COURT
7/11/2023  4:28 PM

### DESIGNATION OF PREVAILING PARTY AND AWARD OF COSTS

Prevailing party: Adverse Party.                                [ X ] No costs allowed.

c: George W Kelly
   Arnuad Paris
   Hon. David J Orr

jjr

**ORDER DENYING PETITION FOR PEREMPTORY WRIT OF MANDAMUS AND DENYING MOTION TO VACATE**

REPLIES SHOULD BE DIRECTED TO: State Court Administrator, Records Section,
Supreme Court Building, 1163 State Street, Salem, OR 97301-2563
Page 1 of 1

EXHIBIT 09 - PAGE 1 OF 1