# EXHIBIT 17

RG 24-05513 Interim ruling Ch 3 - 3 Heidi BROWN v. Arnaud PARIS

**From:** Jean ROOY <jean.rooy@esperem.org>
**Sent:** Friday, May 3, 2024, 1:46 pm
**To:** Mariella LUXARDO <Mariella.Luxardo@justice.fr>
**Cc:** Terence.richoux@trx-legal.com; farrugiaavocat@gmail.com; mediation familiale <mediation.familiale@esperem.org>; Marina Barte <marina.barte@esperem.org>; Agathe Beaupère <agathe.beaupere@yahoo.fr>
**Subject:** RG 24-05513 Interim ruling Ch 3 - 3 Heidi BROWN v. Arnaud PARIS

Madame President:

I'm contacting you again with regard to the above-mentioned case, subsequent to the interlocutory hearing held on April 3, 2024, at the end of which I provided information about family mediation to Ms. Heidi BROWN and Mr. Arnaud PARIS.

Having received this information, Ms. BROWN and Mr. PARIS decided by mutual agreement to initiate a family mediation process.

A first joint session took place at our offices the following day, i.e. on April 4, 2024.

At the end of this meeting, it was agreed that the subsequent mediation sessions would take place by video conference, given the imminent departure of Ms. BROWN for Perpignan with her children before her return to the United States.

But the second joint mediation session, initially scheduled for Thursday April 11, 2024, could not be held because Ms. BROWN failed to honor the appointment, did not log in, and did not respond to our calls.

In a joint e-mail, I then proposed a postponement of this session to Tuesday April 16, 2024 without any response from Ms. BROWN. We have in the meantime been informed by Mr. PARIS that the children may possibly have been taken to the United States.

Under these conditions, we are forced to suspend family mediation.

We are ready to resume the process, however, if requested.

Given the circumstances of this case, we wanted to keep you informed of these elements.

Sincerely yours,
Family Mediation Service
**Jean ROOY (0663221230)**
Agathe BEAUPERE
Valérie CHIPAULT
Géraldine TOLEDANO
Marina BARTE
Jean ROOY

Phone: 01.40.35.81.60
www.mediation-familiale-75.fr
190 rue Lafayette 75010 Paris



June 8, 2024 9:46 pm

EXHIBIT 17 - PAGE 1 OF 2

**De :** Jean ROOY <jean.rooy@esperem.org>
**Envoyé :** vendredi 3 mai 2024 13:46
**À :** LUXARDO Mariella <Mariella.Luxardo@justice.fr>
**Cc :** terence.richoux@trx-legal.com; farrugiaavocat@gmail.com; mediation familiale <mediation.familiale@esperem.org>; Marina Barte <marina.barte@esperem.org>; Agathe Beaupère <agathe.beaupere@yahoo.fr>
**Objet :** RG 24-05513 Référé Ch 3-3 BROWN Heidi-PARIS Arnaud

Madame le Président,

Je reviens vers vous dans le dossier visé en référence, suite à l'audience en référé qui s'est tenue le 3 avril 2024 et au terme de laquelle j'ai délivré une information sur la médiation familiale à Madame Heidi BROWN et à Monsieur Arnaud PARIS.

À l'issue de cette information, Madame BROWN et Monsieur PARIS ont décidé, d'un commun accord, de démarrer un processus de médiation familiale.

Une première séance commune s'est tenue en nos locaux, le lendemain, soit le 4 avril 2024.

À l'issue de celle-ci, il a été convenu que les séances de médiation suivantes se tiendraient en visio-conférences, compte-tenu du départ imminent de Madame BROWN à Perpignan avec ses enfants, avant son retour aux Etats-Unis.

Néanmoins, la deuxième séance de médiation commune, initialement fixée le jeudi 11 avril 2024, n'a pu se tenir, Madame BROWN n'ayant pas honoré le rendez-vous, ne s'étant pas connectée et n'ayant pas répondu à nos appels.

J'ai ensuite proposé, dans le cadre d'un mail commun, un report de cette séance au mardi 16 avril 2024, sans réponse de la part de Madame BROWN. Nous avons été, dans le même temps, informés par Monsieur PARIS que les enfants auraient été déplacés aux Etats-Unis.

Dans ces conditions, nous sommes contraints de suspendre cette médiation familiale.

Cependant si la demande nous en était faite, nous sommes prêts à reprendre le processus.

Compte-tenu des circonstances du dossier, nous souhaitions vous tenir informée de ces éléments.

Je vous prie de croire, Madame le Président, à l'assurance de ma considération respectueuse.

Le Service de Médiation Familiale

**Jean ROOY (0663221230)**

Agathe BEAUPERE

Valérie CHIPAULT

Géraldine TOLEDANO

Marina BARTE

Jean ROOY

Tél : 01.40.35.81.60
www.mediation-familiale-75.fr
190 rue Lafayette 75010 Paris