# EXHIBIT 20

OREGON JUDGMENT CONDITIONS FOR FATHER TO SEE HIS CHILDREN

EXHIBIT 20

| CONDITION | DETAIL OF WHAT FATHER MUST DO | POSSIBLE TO MEET? | FATHER'S BASIC RIGHTS VIOLATED? |
|---|---|---|---|
| Registration and Enforcement of Oregon Judgment in France | The final Oregon Custody and Parenting Time judgment must be registered and enforced in France, as well as in all other states and counties where you registered the French custody judgment. Also, there should be no other duplicative or frivolous custody proceedings initiated by you in France, Oregon, or any other jurisdiction. | IMPOSSIBLE LEGALLY, FRENCH LAW SIMPLY DOESN'T ALLOW A JUDGMENT MADE WITHOUT A PARTY ALLOWED TOP DEFEND OR TO BE REPRESENTED BY HIS LAWYER | YES, SINCE THIS CONDITION IS IMPOSSIBLE TO MEET THEN THIS JUDGMENT SIMPLY VIOLATES THE FUNDAMENTAL RIGHT OF FATHER TO BE ABLE TO SEE HIS CHILDREN |
| Permanent Residence of Father in Oregon | Father must establish a permanent place of residence in Ashland, OREGON that can adequately and safely accommodate the children, including a separate bedroom for them in a safe environment. | NO, FATHER HAS MEDICAL COVERAGE FOR A LIFELONG CONDITION IN FRANCE AND HE WOULD LOSE IT IF HE ESTABLISHES HIS RESIDENCE IN THE USA, PLUS A HOME IN ASHLAND IS MINIMUM $3000 PER MONTH | YES, FOR FATHER TO MEET THIS CONDITION HE WOULD HAVE TO MOVE TO ASHLAND AND ESTABLISH A RESIDENCE THERE, CONSIDERING THE COST OF LIVING HE WOULD HAVE TO GIVE UP LIVING IN FRANCE, THIS IS VIOLATING FATHER'S FUNDAMENTAL RIGHT TO LIVE WHERE HE WANTS |
| Bond Posting of $150,000 by Father | Father must post a bond of $150,000, payable to the mother, in the event he takes the children out of Oregon in violation of the parenting plan. | NO, FATHER DOESN'T HAVE ANY FINANCIAL RESOURCE LEFT BECAUSE OF ONGOING LITIGATION IN OREGON IMPOSED BY MOTHER IN BAD FAITH FOR OVER 2 YEARS IN PARALLEL TO FRENCH ONE STARTED FIRST | YES, THIS VIOLATES THE FUNDAMENTAL RIGHT OF FATHER TO BE ABLE TO SEE HIS CHILDREN |
| Access to Activities and Events of the Children Forbidden | Father is not allowed to attend the children's school activities and athletic events. | YES, THOUGH UNCONSTITUTIONAL | YES, THIS VIOLATES THE FUNDAMENTAL RIGHT OF FATHER TO BE ABLE TO SEE HIS CHILDREN AND BE INVOLVED IN THEIR LIFE |
| Communication of Father with the Children bewteen 3m and 5am in France | Father may call the children on the telephone two times per week. The call shall last no more than 15 minutes and shall take place between 6 PM and 8 PM. | IMPOSSIBLE, FATHER LIVES IN FRANCE AND THIS TIME IS BETWEEN 3 AM AND 5 AM, HOW CAN FATHER SLEEP AND WORK IF HE HAS TO BE UP EVERY NIGHT WAITING FOR A POSSIBLE PHONE CALL OF HIS CHILDREN? | YES, THIS VIOLATES THE FUNDAMENTAL RIGHT OF FATHER TO BE ABLE TO COMMUNICATE WITH HIS CHILDREN SINCE HE LIVES IN FRANCE AND CAN'T MOVE TO ASHLAND |
| Notification Requirement of Father's New Partner | If Father has a new female partner, he must inform the Mother in writing at least 30 days prior to any intended introduction of this new partner to the children. This notification must include the partner's full name, birth date, and current address. | CONSIDERING THE HISTORY OF MOTHER HARASSING FATHER BOTH JUDICIALLY AND IN HIS WORK THIS COULD LEAD TO MOTHER PREVENTING FATHER FROM HAVING ANY PERSONNAL RELATIONSHIP ANYMORE | YES, THIS VIOLATES THE FUNDAMENTAL RIGHT OF FATHER TO HAVE A PARTNER IN HIS LIFE |
| Psychological Evaluation of Father's New Partner | The new partner must undergo a psychological evaluation by a licensed psychologist in Jackson County, Oregon, to determine that she poses no risk to the children. This evaluation must be confirmed by the court before the partner can be introduced to or spend time with the children. | IT SEEMS UNLIKELY A NEW PARTNER WOULD WANT TO BE ENTERING INTO A RELATIONSHIP WITH FATHER IF THEY HAVE TO BE PSYCHOLOGY EVALUATED | YES, THIS VIOLATES THE FUNDAMENTAL RIGHT OF FATHER TO HAVE A PARTNER IN HIS LIFE |
| Court Approval of Father's New Partner contact with the Children | All contact between the new partner and the children must be approved by the court. The court may impose additional conditions or restrictions on the contact as it deems appropriate to ensure the children's safety and well-being. | IT SEEMS UNLIKELY A NEW PARTNER WOULD WANT TO BE ENTERING INTO A RELATIONSHIP WITH FATHER IF THEY HAVE TO BE INVOLVED WITH A US COURT | YES, THIS VIOLATES THE FUNDAMENTAL RIGHT OF FATHER TO HAVE A PARTNER IN HIS LIFE |
| No Overnight Stays of Father's Partner | Father isn't permitted to have a member of the opposite sex, who is not related to Father by blood or marriage, stay overnight during Father's parenting time with the children. | IT SEEMS UNLIKELY A NEW PARTNER WOULD WANT TO BE ENTERING INTO A SERIOUS RELATIONSHIP WITH FATHER IF THEY HAVE TO BE MARRIED TO EVEN GET TO KNOW HIS CHILDREN | YES, THIS VIOLATE THE FUNDAMENTAL RIGHT OF THE PARTNER TO NOT WANT TO BE MARRIED, THIS ALSO VIOLATES THE FUNDAMENTAL RIGHT OF FATHER TO HAVE A PARTNER IN HIS LIFE |

EXHIBIT 20 - PAGE 1 OF 1