# EXHIBIT 25

**OREGON JUDICIAL DEPARTMENT - Online Records Search**         EXHIBIT 25

04/15/2024 Return - Mail ▾

Comment
Notice Ready for Trial - 1/3/24

04/18/2024 Notice - Withdrawal of Attorney

04/23/2024 Motion - Set Aside ▾

Comment
Limited JGM from 12.28.2023 and Emergency Hearing on Kidnapping

04/24/2024 Trial - Court ▾

Judicial Officer
Orr, David J.

Hearing Time
9:00 AM

Cancel Reason
Judgment

04/24/2024 Digitized Judgment Document ▾

Judicial Officer
Orr, David J.

04/24/2024 Notice - Judgment Entry

04/24/2024 Closed

EXHIBIT 25 - PAGE 1 OF 1