# EXHIBIT 26

# Terence RICHOUX
## Attorney-at-law

14 rue de l'Odéon
75006 PARIS

Paris Court of Appeal
Toque E 780

terence.richoux@trx-legalcom
Phone: 09 53 96 75 65

**Margaux Durand-Poincloux**
Associate attorney

7, rue Gustave Flaubert
75017 Paris

By email: mp@abpa-avocats.com



Paris, October 30, 2023

**OFFICIAL**

Verify at www.atanet.org/verify

Subject: Proposal of Mr. Arnaud PARIS

Dear Colleague,

I am writing back to you in this matter and request that you to intervene on behalf of Mr. Arnaud PARIS.

He has asked me to send you his proposal concerning his relationship with your client and the management of the ongoing litigation.

1) Mr. PARIS commits to give shared custody of the girls to Ms. BROWN if she moves to France.

2) This shared custody would be conditional on the termination of the proceedings in the United States, in particular:

   a. Ms. BROWN withdraws her objection to the registration of the second French IST [departure ban] ruling of August 25 in Portland, Oregon

   b. Ms. BROWN accepts the review of the Oregon appeal of the registration of the first French ruling of April 21, 2023

   c. Ms. BROWN does not object to any of the registrations of the two French rulings in the other US states

   d. Ms. BROWN abandons her custody proceedings before the Oregon judge and any similar proceedings

   e. Ms. BROWN agrees to sell to Mr. PARIS her share of the land they had jointly purchased in California, in order to recover the amount she had invested in it

SIRET 80220509600034
Member of an approved management association – Payment of fees by check is accepted

EXHIBIT 26 - PAGE 1 OF 4

3) Ms. BROWN could use Mr. PARIS's apartment in Paris with the children for a period of one month to permit her to locally make arrangements to find a new home.

4) Mr. PARIS agrees to drop all criminal proceedings for kidnapping and fraud against your client and all those involved in the case.

5) In return Ms. BROWN would likewise definitively withdraw from all criminal proceedings in the United States.

I propose that we arrange a mediation meeting at your convenience in order to find an amicable solution to this case.

If you have any further questions, please do not hesitate to contact me.

Sincerely yours,

Verify at www.atanet.org/verify

Terence RICHOUX
Attorney-at-law

[Signature]



Verify at www.atanet.org/verify

EXHIBIT 16 - PAGE 2 OF 4

# Terence RICHOUX
Avocat à la Cour

| 14 rue de l'Odéon | Cour d'appel de Paris | terence.richoux@trx-legal.com |
|---|---|---|
| 75006 PARIS | Toque E 780 | Tel : 09.53.96.75.65 |

**Margaux Durand-Poincloux**
Avocate associée

7, rue Gustave Flaubert
75017 Paris

Par courriel : **mp@abpa-avocats.com**

Paris, le 30 octobre 2023

**OFFICIEL**

Objet : Proposition de Monsieur Arnaud PARIS

Mon Cher Confrère,

Je reviens vers vous dans ce dossier et vous rappelle intervenir pour Monsieur Arnaud PARIS.

Ce dernier m'a sollicité afin de transmettre sa proposition en ce qui concerne ses relations avec votre cliente et la gestion du contentieux en cours.

1) Monsieur PARIS s'engage à donner la garde partagée des filles à Madame BROWN si cette dernière vient s'installer en France
2) Cette garde partagée serait conditionnée à l'arrêt des procédures aux Etats-Unis et notamment :
   a. Madame BROWN retire son objection à l'enregistrement du second jugement français d'IST du 25 aout à Portland dans l'Oregon
   b. Madame BROWN accepte la révision de la procédure d'appel dans l'Oregon de l'enregistrement du premier jugement français du 21 avril 2023
   c. Madame BROWN ne fait pas objection à aucun des enregistrements des deux jugements français dans les autres états des USA
   d. Madame BROWN abandonne sa procédure de demande de droit de garde devant son juge de l'Oregon ainsi que toute procédure analogue,
   e. Madame BROWN accepte de vendre à Monsieur PARIS sa part du terrain qu'ils avaient acheté en commun en Californie pour récupérer le montant qu'elle y avait mis,

SIRET 80220509600034
Membre d'une association de gestion agréée - Le règlement des honoraires par chèque est accepté

EXHIBIT 26 - PAGE 3 OF 4

3) Madame BROWN pourrait utiliser l'appartement de Monsieur PARIS dans la capitale avec les enfants sur une période d'un mois pour avoir la possibilité de s'organiser sur place pour trouver un nouveau logement,

4) Monsieur PARIS accepte d'abandonner toutes les procédures pénales pour enlèvement et escroquerie contre votre cliente et tous les intervenants du dossier,

5) En contrepartie Madame BROWN se désisterait également de toutes les procédures pénales aux USA de manière définitive

Je vous propose d'organiser une réunion de médiation à votre convenance afin de trouver une solution amiable à ce dossier.

Je reste naturellement à votre disposition pour toute question complémentaire.

Votre bien dévoué.

Terence RICHOUX
Avocat à la Cour

EXHIBIT 26 - PAGE 4 OF 4