# EXHIBIT 27

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR JACKSON COUNTY

| | |
|---|---|
| Heidi Marie Brown,<br><br>　　　　Petitioner,<br><br>v.<br><br>Arnaud Paris,<br><br>　　　　Respondent. | Case No. 22DR17285<br><br>**ORDER CASE ASSIGNMENT** |

This matter having come before the Court on 04/24/2024 on its own motion, hereby Orders that this case and any associated cases be assigned to another Civil Family Judge. All future hearings shall be heard by the assigned Judge.

SO ORDERED

Dated: 4·24·2024

_____
HONORABLE DAVID J. ORR
CIRCUIT COURT JUDGE

Page 1 -- ORDER CASE ASSIGNMENT

*Verified Correct Copy of Original 4/24/2024*