# EXHIBIT 28

**OREGON JUDICIAL DEPARTMENT - Online Records Search**

EXHIBIT 28

05/13/2024 Letter ▼

Comment
A183410 re: Corrected Amended Notice of Appeal

05/14/2024 Order - Recusal ▼

Judicial Officer
Barnack, Timothy

05/15/2024 Motion - Disqualify Judge

05/16/2024 Order - Denial ▼

Judicial Officer
Bloom, Benjamin M

05/28/2024 Hearing - Motion ▼

Judicial Officer
Bloom, Benjamin M

Hearing Time
9:00 AM

Comment
RSP's Motion to Disqualify

EXHIBIT 28 - PAGE 1 OF 1