# EXHIBIT 38

ARNAUD PARIS
13 rue Ferdinand Duval
75004, PARIS, FRANCE
Telephone: +33688283641
Email: aparis@sysmicfilms.com

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF JACKSON

In the Matter of:

HEIDI MARIE BROWN,

    Petitioner,

and

ARNAUD PARIS,

    Respondent, Pro Per.

Case No. 23CN05721

**MOTION FOR SPECIAL APPEARANCE WITHOUT WAIVING OBJECTION TO SERVICE AND JURISDICTION TO ASK FOR DISMISSAL OF THIS ENTIRE CONTEMPT CASE OR TO SET ASIDE WARRANT FOR RESPONDENT'S ARREST AS RELIEF THAT PETITIONER WAS SEEKING HAS HAPPENED – CHILDREN ARE WITH MOTHER IN OREGON AND DECLARATION IN SUPPORT**

*ORAL ARGUMENT REQUESTED WITH REMOTE APPEARANCE OF RESPONDENT WHO IS A PRO PER PARTY LIVING IN FRANCE*

1.    I, Arnaud Paris, Respondent Pro Per in the above-captioned case, moves this court under a motion for special appearance to set aside the warrant for my arrest issued by Judge Orr in this matter and to dismiss the entire case under ORCP21 since the relief that petitioner was seeking in this contempt remedial case has happened: children are in Oregon with their mother. Also this court had no jurisdiction over Respondent who was living in France in this matter and service was improperly done.

- 1 -

EXHIBIT 38 - PAGE 1 OF 3

2. I respectfully request this Honorable Court to allow me to explain remotely under Special Appearance why this remedial contempt matter has no reason to be especially since the relief Mother, Petitioner, was seeking was to have the children back in Oregon and the children are currently with Mother in Oregon.

3. This court also had no jurisdiction over me since I was living in France where I had returned with the children with the approval of French and US Authorities and I didn't agree to service by email, the Hague Convention doesn't allow this type of service in France, which makes service of this contempt case invalid. Therefore, the warrant for my arrest and the entire contempt case should be dismissed or at the very least the warrant for my arrest should be set aside as this warrant was part of a remedial case and the relief thought by Petitioner has already happened. Children are with Mother in Oregon.

4. By filing with the court this motion of special appearance and supporting declaration I do not waive my right to objecting to jurisdiction or service in this matter. I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury of the laws in the state of Oregon.

Respectfully,

Prepared and efiled on June 5th 2024 from Paris.

By: /s/

ARNAUD PARIS, Respondent, Pro Per
13 rue Ferdinand Duval, 75004, PARIS, FRANCE
Telephone: +33688283641 - Email: aparis@sysmicfilms.com

- 2 -

EXHIBIT 38 - PAGE 2 OF 3

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **MOTION FOR SPECIAL APPEARANCE WITHOUT WAIVING OBJECTION TO SERVICE AND JURISDICTION TO ASK FOR DISMISSAL OF THIS ENTIRE CONTEMPT CASE OR TO SET ASIDE WARRANT FOR RESPONDENT'S ARREST AS RELIEF THAT PETITIONER WAS SEEKING HAS HAPPENED – CHILDREN ARE WITH MOTHER IN OREGON AND DECLARATION IN SUPPORT** on the following party:

Heidi Marie Brown
2256 Abbott Ave
Ashland, OR 97520
heidimparis@gmail.com
Petitioner, Pro Per

By the following method or methods:

\_\_\_\_\_ by **mailing** full, true, and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the attorneys(s) as shown above, the last known office address of the attorney(s), and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

__X__ by **emailing** full, true, and correct copies thereof to the to the pro se party at the email address shown above, which is the last known email address for the Petitioner on the date set forth below.

\_\_\_\_\_ by **faxing** full, true, and correct copies thereof to the attorney(s) at the fax number(s) shown above, which is the last known fax number for the attorney(s) office, on the date set forth below. The receiving fax machines were operating at the time of service and the transmission was properly completed.

\_\_\_\_\_ by selecting the individual(s) listed above as a service contact when preparing this electronic filing submission, thus causing the individual(s) to be served by means of the **court's electronic filing system**.

Prepared in Paris, France on June 5th, 2024

By:\_\_\_
ARNAUD PARIS, Respondent Pro Per
13 rue Ferdinand Duval, 75004, PARIS, FRANCE
Telephone: +33688283641 - Email: aparis@sysmicfilms.com

- 3 -

EXHIBIT 38 - PAGE 3 OF 3