# EXHIBIT 45

Transcript July 12, 2023

*Excerpt of Proceedings - AM*

*Paris v Brown*

July 12, 2023

EXHIBIT 45 - PAGE 1 OF 3

IN THE CIRCUIT COURT OF THE STATE OF OREGON

IN AND FOR THE COUNTY OF JACKSON

BEFORE THE HONORABLE JUDGE BLOOM


| | |
|---|---|
| ARNAUD PARIS, | ) |
| Petitioner, | ) |
| v. | ) No. 23DR08269 |
| HEIDI MARIE BROWN, | ) |
| Respondent. | ) |
| ------------------------------- | ) |
| HEIDI MARIE BROWN, | ) |
| Petitioner, | ) |
| v. | ) No. 22DR17285 |
| ARNAUD PARIS, | ) |
| Respondent. | ) |

EXCERPT OF PROCEEDINGS

July 12, 2023


APPEARANCES:

For Petitioner Paris:   MR. ARNAUD PARIS, PRO PER

For Petitioner/Respondent Brown: MR. TAYLOR MURDOCH

For Respondent Paris: MR. THOMAS BITTNER


Transcribed
from audio by:   Arnaud PARIS

EXHIBIT 45 - PAGE 2 OF 3

Transcript July 12, 2023

11:21.00

**Tom Bittner:** I'd like to ask you when were you first contacted about representing Miss Brown?

**Noémie Huchet Tran:** Well I'm not representing Miss Brown, I'm just acting as an expert witness but I was contacted in February 2022, by huh…first I received a call from her French attorney, Clemence Brassens, and then she just turned to me to Ryan Carty her former US attorney.

B: Ok. So Miss Brown contacts as her lawyer, Mr Carty and her French lawyer, contacted you February 2022 about hiring your services.

HT: Yes, yes she called me to ask me if I would agree to be an expert witness. Yes

B: Ok, and are you familiar with the lawyer that contacted you?

HT: Clemence Brassens not really.

B: Ok alright, so that now that lawyer apparently at some point resigned from the case. Is that correct. Sorry now I got confused I though that Clemence Brassens represented Miss Brown at the March hearing, correct?

11:22:40

HT: Yeah, that's what the decision says, Clemence Brassens represented Miss Brown.

B: Well it is your testimony that Clemence Brassens, that she contacted you in February of the past year to be an expert witness for Miss Brown.

HT: Yeah let me check that… yes it was the 13 of february 2023, and then I was just in contact with Ryan the next day.

B: Ok. And you are positive that it was Clemence Brassens in February.

HT: Well. Yes but she didn't seem to know the case cause she told me that… well basically she said she didn't have the whole file yet. It was very brief, I don't know if she was officially retained or not in the case. She just told me I have a new case, could you intervene as an expert witness.

EXHIBIT 45 - PAGE 3 OF 3