# EXHIBIT 47

*Excerpt of Proceedings - AM*

*Paris v Brown*

July 24, 2023

EXHIBIT 47 - PAGE 1 OF 7

```
         IN THE CIRCUIT COURT OF THE STATE OF OREGON

              IN AND FOR THE COUNTY OF JACKSON

              BEFORE THE HONORABLE JUDGE BLOOM


         ARNAUD PARIS,              )
                                    )
              Petitioner,           )
                                    )
         v.                         ) No. 23DR08269
                                    )
         HEIDI MARIE BROWN,         )
                                    )
              Respondent.           )
         _____  )
                                    )
         HEIDI MARIE BROWN,         )
                                    )
              Petitioner,           )
                                    )
         v.                         ) No. 22DR17285
                                    )
         ARNAUD PARIS,              )
                                    )
              Respondent.           )


                    EXCERPT OF PROCEEDINGS

                       July 24, 2023

                    Monday, 9:00 - A.M.



APPEARANCES:

For Petitioner Paris:   MR. ARNAUD PARIS, PRO PER

For Petitioner/Respondent Brown: MR. TAYLOR MURDOCH

For Respondent Paris: MR. THOMAS BITTNER


Transcribed
from audio by:   Arnaud PARIS
```

EXHIBIT 47 - PAGE 2 OF 7

**THE COURT**
Ok. Excuse me? Ok. This is time place set for a status conference. Yeah, I have to refresh my calendar here in the matters of Heidi Brown versus Arnaud Paris and Arnaud Paris versus Heidi Brown the, to divorce matters. Who's on the telephone? Or video,

**MR. PARIS**
Mr Paris your honor.

**THE COURT**
Mr. Paris. Are you in Paris?

**MR. PARIS**
Near Paris, I mean, in the suburbs, your honor.

**THE COURT**
Ok. All right. And who else is it, Mr Bittner, are you on the telephone?

**MR. BITTNER**
I am appearing by Webex on a video, perhaps you can see me in the courtroom. Perhaps not, but I'm here your honor.

**THE COURT**
I can, I can see you, if I turn my head, cause for whatever reason my computer doesn't work, anyways, so I can see you there, and I see Mr. Paris, I see Mr. Murdoch. All right.

**MR. MURDOCH**
Good morning, your honor.

**THE COURT**
Good morning. Who wants to go first? Mr. Murdoch?

**MR. MURDOCH**
Your honor. This is, thank you, your honor. This is a status check set at our request. Your honor. I emailed the court this morning as the court may be aware the parties in this proceeding are in the middle of a evidentiary hearing on Mr Paris's motion to dismiss which was filed through his attorney Mr Bittner, and there's also an evidentiary hearing ongoing with regard to Mr Paris's or the objection rather than Mr Paris's registration of a foreign court order in the state of Oregon.

**THE COURT**
Right, I'm familiar with that.

**MR. MURDOCH**
Ok. Thank you. And your honor just I am on Webex. So I want to note that I found the only time in my office for this hearing. That's the reason for the, if the court is looking at me right now. It was not the time.

**THE COURT**
Mr. Murdoch I'm impressed. Ok.

**MR. MURDOCH**
Ok.

**THE COURT**
It was quickly set, you look great, thank you.

**MR. MURDOCH**
Thank you, your honor,

**MR. BITTNER**
Your honor. I wasn't...

EXHIBIT 47 - PAGE 3 OF 7

**MR. MURDOCH**
So judge. This is a, this is a very relatively straightforward matter. What we're asking for is a letter from the court regarding the current proceedings, there was a Status Quo order that was signed by the court back in October of 2022. The court order provides that neither parties leave the state of Oregon with the minor Children. It provides that neither party is to leave or to hide or secret the minor Children, and it provides that the parties are to exercise approximately equal time that was signed by judge Orr back in October. It's what the parties have been following during the pendency of this proceeding. It's also been the order of the court, your honor. We are in the middle of this, this proceeding and there was a hearing set when judge Orr was unable or there was lack of judicial availability early last in the middle of last week rather, the court proceeding was reset to August 3rd and it was reset as well to August 15th as well.
Mr Paris, there was a hearing with another judge. I wasn't able to appear because it was by phone and I was driving through the past and wasn't aware of the hearing. But at that hearing, I understand that Mr Paris tried to overturn the status quo order and tried made some representations about trying to get the judge to do that. It wasn't overturned. The status quo order remains in effect.
Your honor. We received notice yesterday that Mr Paris has despite the court's order has left Oregon has left, went to California despite Miss Brown having the children's passports, took the Children to France. He has the Children with him in France, contrary to the court's order, what I've asked for judge is what I sent language for a proposed letter from judge Orr, for judge Orr rather in an email sent to Miss Allen this morning and what the parties need or rather what Miss Brown needs in this matter is a letter from the Circuit Court of the State of Oregon, a judge in the County of Jackson detailing the present status of the proceedings.
I understand this is unusual request. However, there's nothing that there's no basis to object to it simply because it's a request for the status of the proceedings.
On the first day of hearing, your honor was on the 12th of July, my client recollects that during that time, there was a reminder from the judge, judge Orr to the parties specifically that the Status Quo was in effect and it needs to be, remain in effect. I've had an opportunity to review the clerk's log, which was prepared by the court on the first day of hearing. I note that there was a period of time at 5:03 p.m. when the court addresses the parties regarding day two. I'm not sure if that's the exact point in time. But if the court has any questions about the representations that we've asked the court to include in the letter, that's what the court may refer to.
I understand you're not, the courts is not judge Orr, however, it's imperative that this court from Jackson County provides a letter to whom it may concern about the proceedings in France so that the order that was entered in October of 2022 regarding the minor Children remain in effect and be given full force in effect.
And that Mr Paris not be allowed to abscond the jurisdiction with the minor Children in contrary to the court's orders. So I provided that language. I'm happy to provide some edits to that language, given the fact that you are not judge Orr and the court is not personally familiar with many of the proceedings.
But as I indicated, there is an FTR we do have the clerk's log. And if the court has any questions about that, the court can refer those to counsel and me and if they can't be resolved through counsel, they can be resolved by the record. Thank you.

**THE COURT**
Thank you, Mr Bittner.

**MR. BITTNER**
Well, your honor, I,

**THE COURT**
I'm having a hard time hearing you.
...

**MR. BITTNER**
Can you hear me now, your honor?

**THE COURT**
That's better.

**MR. BITTNER**
Ok. So the objection is that, you know, the court of, that adjudicates motions and matters that are brought before it with some authority, what the other side is asking for essentially is for the court to become a witness in its own matter and asking for the court to essentially become an advocate of its order. It, I don't know how a court commenting on an order that it has issued makes it more or less enforceable.

EXHIBIT 47 - PAGE 4 OF 7

There is a Status Quo order, of course, it has been, it has been challenged. And if Mr Murdoch and his client wish to present that to any particular authority, they are free to do so. But asking the court to comment on the force of its order, I think particularly in light of the fact that the court's jurisdiction has been called into question and the court has to date not addressed its jurisdiction, notwithstanding that it was called to the court's attention on January 5th, that it lacked jurisdiction to enter such an order. And so I think that that you know, rushing in on, couple hours notice and say we want the court to sign a letter that says this, is not something that is authorized by Oregon Statutes or any other statute that I'm aware of. And I would say that, you know, any, anytime someone wants to file a motion for relief from the court, they need to file it, serve it, the other side has an opportunity to be heard.
And, so I think that that the court should not become embroiled in the situation. It's just not not appropriate. That's not the role of the court to become essentially an advocate for its own, its own order.

**MR. PARIS**
If I can say so something, your honor.

**THE COURT**
No, you can't, you can't, it's not evidentiary hearing. You can't say anything.

**MR. PARIS**
I'm a litigant. I'm a litigant. Your honor in case 23DR,

**THE COURT**
You cannot say anything. Ok. Thank you. You're represented by your attorney at this hearing. It's not evidentiary hearing...

**MR. PARIS**
I am not, I am not your honor. I'm Pro Per.

**MR. BITTNER,**
So your honor, if I, if I may explain...

**MR. MURDOCH**
Your honor actually to be clear, Mr, I'd like to alert the court. I've requested this hearing in case number 22DR in the 22DR case, Mr, the cases have not formally been consolidated that I'm aware, Mr Bittner is representing Mr Paris. In that case. Mr Paris is, is representing himself in a registration action that he filed. So the cases have not been consolidated, although the evidence you're hearing in those cases has been proceeding at the same time.

**MR. BITTNER**
If I may your honor...

**THE COURT**
Yeah Mr. Bittner, go ahead.

**MR. BITTNER**
Yeah, the the cases are being heard simultaneously and Mr. Paris is representing himself and in the other case and judge Orr has rightfully allowed him to advocate for himself. And

**THE COURT**
And I'm gonna let him, I'm gonna let him,... I was paying attention to the divorce. First one, where the two, you represent... but Mr. Paris you represent yourself go ahead.

**MR. PARIS**
Thank you your honor, I want to bring to the attention of the court that I have not taken these Children without an approval from the US government that was vetted by the border patrol. And it was also approved by the French consulate that referred to US authorities in making that decision to let the Children travel with me. The second point that I need to make is that Mr. Murdoch actually transmitted the letter that you're looking at already to the French police and to the French Judge. Claiming that this was already a letter from the court.
**MR. MURDOCH**
Your honor, I object to this, first of all, that's a representation, that's completely false representation. Secondly,

EXHIBIT 47 - PAGE 5 OF 7

**MR. PARIS**
I am a witness, Mr Murdoch, I was there when the police officer showed me your letter 12 hours ago and I was told that a judge in Oregon had written that letter and it was asked to me why I would have violated an order from a judge. And all the arguments that are in that letter were presented to me by Miss Brown's lawyer in the email that was provided to the police.
So how do we explain that a French judge and the French police are already considering that as evidence in a case, which to me sounds like misrepresentation frol Mr Murdoch and almost forgery at the expense of the Jackson County Court?

**THE COURT**
Thank you Mr. Paris. So I'm I'm gonna say if, the Status Quo is in effect and there are ways remedying that situation and the appropriate thing for the court to do is not to respond by letter, thereby inserting itself in these proceedings. But that the parties do that based upon the order of the court issues with that.

**MR. MURDOCH**
Well, if I may respond to Mr Bittner's argument too. So what we're, what we're looking for

**THE COURT**
You know Mr. Murdoch, I think it's really important that you let me speak.

**MR. MURDOCH**
Thank you your honor.

**THE COURT**
So I, I don't want to insert myself in there. I, I certainly believe that Judge Orr as I would, will take a dim view if there's a violation of the Status Quo order. And if there are representations made by judge Orr not to leave the jurisdiction and to remain here on the week, on week off schedule. I, I think that could be incredibly detrimental to Mr Paris, but that's a separate thing and the, the court is not going to engage, submit that letter that that's for the parties to do and, and the court will issue an order if there has been an alleged violation and it's established upon proper motion. So that's what the court will do in this matter, Mr Murdoch, is there anything further you want to say?

**MR. MURDOCH**
Thank you your honor. And I apologize for interrupting the court earlier. Judge, what I'd like to do then given the, the contentious nature of this proceedings, there needs to be a record of it. What I'm going to do is I'd like to create an order from this hearing about exactly what the court just said. And I would like to submit it to Mr Bittner expeditiously. And then I'd like to provide it to the court for signature.

**MR. BITTNER**
I guess my objection to that your honor is that there is not, there's not really truly a motion before the court. They've asked the court to sign a letter to help them in some regard. And now they're gonna to try to bootstrap an order denying that. And then the comments that the court made as to why it might for, for purposes that are, you know, it, it, it, it's like an end around that. There's, there's really nothing before the court and there was no motion and I don't think there needs to be an order.

**THE COURT**
Yeah Mr Murdoch, I don't want you to submit an order. There's been no motion.

**MR. MURDOCH**
Well, how about, well, your honor, as far as the record of these proceedings then, there needs to be...

**THE COURT**
There is a record, there is a record being made, what we're doing, but there's no motion.

**MR. MURDOCH**
Your honor. We need. I'm aware your honor. I know this is highly, this is, look, there's a, this matter has been pending before Judge Orr for a long time, there's a Status Quo order, the, this Status Quo order is going to be litigated after the conclusion of the jurisdictional issues. But I'd like there needs to be at least some written record of what happened here today Judge.

EXHIBIT 47 - PAGE 6 OF 7

**THE COURT**
Judge there is, it's what the transcript is but there's no motion and there's no order and I'm not gonna do a minute order. I'm not gonna sign an order.

**MR. MURDOCH**
Why not judge?

**THE COURT**
Because there's no motion.

**MR. MURDOCH**
I know judge.

**THE COURT**
That's why!

**MR. MURDOCH**
Then, I'm going to raise an oral motion right now Judge and I'd like you to deny it. Move, move the court to create a written record, draft a letter and at least note what the proceedings are in Oregon. This is a critical matter in order to for the party. There's a reason why Mr Mr Paris is appearing from, from France after abducting the Children to a foreign jurisdiction…

**MR. PARIS**
Objection, objection.

**MR. MURDOCH**
Judge, there needs to be a written record and if, judge, if the court isn't going to sign a minute order, I understand or isn't going to sign an order rather, but there needs to be a minute order, at least created that a request was made for on the oral motion of mother and that the motion was denied. And that's, that's all I'm asking for judge. I know it's a strange request. I know this whole, this whole thing is strange but the reason why it's strange is because the father took the children…

**THE COURT**
The request, the request for a letter. You can say that the court, denied the request for the letter.

**MR. BITTNER**
Thank you, your honor.

**MR. PARIS**
Thank you, your honor.

**THE COURT**
That's all gentlemen. Thank you.

**MR. BITTNER**
Thank you.

EXHIBIT 47 - PAGE 7 OF 7