# EXHIBIT 50

# French Code of Judicial Organization

## Article L111-12

**Version in force since August 1, 2011**

Legislative part (Articles L111-1 to L563-1)
TOME I: PROVISIONS COMMON TO ALL JUDICIAL JURISDICTIONS (Articles L111-1 to L141-3)
TITLE I: GENERAL PRINCIPLES (Articles L111-1 to L111-14)
Sole chapter (Articles L111-1 to L111-14)

**Article L111-12**                                    **Version in force since August 1, 2011**

**Modified by law no. 2011-803 of July 5, 2011 – Art. 1**

Without prejudice to the specific provisions of the Public Health Code, the Code of Criminal Procedure, and the Code on the Entry and Residence of Foreigners and the Right of Asylum, hearings before judicial jurisdictions may, by decision of the presiding judge, ex officio or at the request of a party, and with the consent of all parties, take place in several hearing rooms linked directly by an audiovisual means of telecommunication guaranteeing the confidentiality of the transmission.

One or more of these hearing rooms may be located outside the jurisdiction of the court hearing the case.

For public hearings, each courtroom is open to the public. For proceedings held in chambers, it is done without the presence of the public in each of the hearing rooms.

Photographs and sound recordings may not be recorded or saved except in the cases provided for by articles L. 221-1 et seq. of the French Heritage Code.

The terms of application of the present article are laid down by decree of the French Council of State.

EXHIBIT 50 - PAGE 1 OF 2



# Code de l'organisation judiciaire

## Article L111-12

### Version en vigueur depuis le 01 août 2011

Partie législative (Articles L111-1 à L563-1)
LIVRE Ier : DISPOSITIONS COMMUNES AUX JURIDICTIONS JUDICIAIRES (Articles L111-1 à L141-3)
TITRE Ier : PRINCIPES GÉNÉRAUX (Articles L111-1 à L111-14)
Chapitre unique (Articles L111-1 à L111-14)

**Article L111-12**                                    **Version en vigueur depuis le 01 août 2011**

**Modifié par LOI n°2011-803 du 5 juillet 2011 - art. 1**

Les audiences devant les juridictions judiciaires, sans préjudice des dispositions particulières du code de la santé publique du code de procédure pénale et du code de l'entrée et du séjour des étrangers et du droit d'asile, peuvent, par décision du président de la formation de jugement, d'office ou à la demande d'une partie, et avec le consentement de l'ensemble des parties, se dérouler dans plusieurs salles d'audience reliées directement par un moyen de télécommunication audiovisuelle garantissant la confidentialité de la transmission.

L'une ou plusieurs de ces salles d'audience peuvent se trouver en dehors du ressort de la juridiction saisie.

Pour la tenue des débats en audience publique, chacune des salles d'audience est ouverte au public. Pour la tenue des débats en chambre du conseil, il est procédé hors la présence du public dans chacune des salles d'audience.

Les prises de vue et les prises de son ne peuvent faire l'objet d'aucun enregistrement ni d'aucune fixation, hors le cas prévu par les articles L. 221-1 et suivants du code du patrimoine.

Les modalités d'application du présent article sont fixées par décret en Conseil d'Etat.