EXHIBIT 51

**Nous sommes là pour vous aider**

N° 11527*03



MINISTÈRE
DE LA JUSTICE

## Attestation de témoin

(Articles 200 à 203 du code de procédure civile, article 441-7 du code pénal)

### Votre identité :

☐ Madame          ☐ Monsieur

Votre nom de famille (nom de naissance) : _____

Votre nom d'usage (exemple : nom d'époux / d'épouse) : _____

Vos prénoms : _____

Vos date et lieu de naissance : |__|__|__|__|__|__|__|__|__|

à _____

Votre profession : _____

Votre adresse : _____

Complément d'adresse : _____

Code postal  |__|__|__|__|__|  Commune : _____

Pays : _____

Lien de parenté, d'alliance, de subordination, de collaboration ou de communauté d'intérêts avec les parties :   Oui ☐        non ☐

Si oui, précisez lequel : _____

Sachant que l'attestation sera utilisée en justice et connaissance prise des dispositions de l'article 441-7 du code pénal réprimant l'établissement d'attestation faisant état de faits matériellement inexacts ci-après rappelés :

**« Est puni d'un an d'emprisonnement et de 15000 euros d'amende le fait d'établir une attestation ou un certificat faisant état de faits matériellement inexacts ».**

*(cette phrase doit être écrite, ci-dessous, entièrement de votre main)* :

_____

_____

_____

Indiquez ci-dessous les faits auxquels vous avez assisté ou que vous avez constatés personnellement :

EXHIBIT 51 - PAGE 2 OF 3

## Pièce à joindre :

● Un original ou une photocopie d'un document officiel justifiant de votre identité et comportant votre signature.

**ATTESTATION SUR L'HONNEUR**

Je soussigné(e) (prénom, nom) : _____

certifie sur l'honneur que les renseignements portés sur ce formulaire sont exacts.

**Fait à :** _____ **Le** I__I__I__I__I__I__I__I__I

**Signature**

---

**La loi n°78-17 du 6 janvier 1978 relative aux fichiers nominatifs garantit un droit d'accès et de rectification des données auprès des organismes destinataires de ce formulaire.**