# EXHIBIT 53

EXHIBIT 53


**Heidi Brown**

Arnaud, I have to be there in person to be able to do it. I leave on Saturday. That was my only option.
03/01/2024    17:53

Separately, what proposal did you send over? Did you send it to Farrugia? She is my lawyer of record.
17:54

Yes Richoux sent a proposal to Farrugia almost 2 months ago    18:11

> **Heidi Brown**
> Arnaud, I have to be there in person to be able to do it. I leave on Saturday. That was my only option.

You could have done it in the US, again that doesn't make sense, why rushing it now while you're with the girls in France?
18:14

Arnaud, I have to have the kids present to renew their passports. I can't do it without them.
19:38

**Vous**
Yes Richoux sent a proposal to Farrugia almost 2 months ago 

She never received it. Could you have him resend it?    19:39

You also can't do it without my permission and I am saying no here clearly    19:39

EXHIBIT 53 - PAGE 1 OF 1