# EXHIBIT 55

EXHIBIT 55



EXHIBIT 55 - PAGE 1 OF 2

 **Terence Richoux**

15/01/2024

bonjour maître vous parlez avec Farrugia à quelle heure?  09:27

je vous ai renvoyé un petit récap par email des points importants, mais ce que vous aviez dit dans notre dernière conversation était très bien, vous devriez vous les noter pour ne rien oublier et avoir un déroulé logique quand vous discuterez avec Farrugia  09:47

**Vous**
bonjour maître vous parlez avec Farrugia à quelle heure?

Je lui ai proposé 14h.
J'attends sa réponse  09:59

**Vous**
je vous ai renvoyé un petit récap par email des points importants, mais ce que vous aviez dit dans notre dernière conversation était très bien, vous devriez vous les noter pour ne rien oublier et avoir un déroulé logique quand vous discuterez avec Farrugia

Ok bien reçu  09:59

Suis au tel avec Farrugia  14:33

EXHIBIT 55 - PAGE 2 OF 2