# EXHIBIT 57

**Subject:** Mediation Paris April 4-5
**From:** Arnaud Paris <aparis@sysmicfilms.com> **Date:** 03/18/2024, 6:18 p.m. **To:** Heidi Paris <heidimparis@gmail.com>

Heidi, since you will be in Paris the week of April 1st and you will not have the girls during the day I think it would be a good opportunity to try to mediate in the presence of our lawyers here in Paris in order to find a quick solution to this conflict in the interest of our children. I therefore asked several mediators here in Paris to offer us one or more meetings.

Good to you,

Arnaud

EXHIBIT 57 - PAGE 1 OF 2

1 of 1

06/20/2024, 03:09

**Subject:** Mediation Paris Avril 4-5
**From:** Arnaud Paris <aparis@sysmicfilms.com>
**Date:** 18/03/2024, 18:18
**To:** Heidi Paris <heidimparis@gmail.com>

Heidi, puisque tu seras présente à Paris la semaine du 1er avril et que tu n'auras pas les filles pendant la journée je pense que ce serait une bonne opportunité pour essayer de faire une médiation en présence de nos avocats ici à Paris afin de trouver une issue rapide à ce conflit dans l'intérêt de nos enfants. J'ai donc demandé à plusieurs médiateurs ici à Paris de nous proposer un ou plusieurs rendez vous.

Bien à toi,

Arnaud