# EXHIBIT 59



EXHIBIT 59 - PAGE 1 OF 1