EXHIBIT 62



# CERTIFICATE ATTESTATION

The undersigned authority has the honor to certify, in conformity with Article 6 of the Convention that the documents have been served

on the date of    **Jul 29 2023**

at the address of **2256 ABBOTT AVE, ASHLAND, OR 97520**

in one of the following methods authorized by Article 5:

[ ]    (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph

of Article 5 of the Convention.

[ ]    (b) in accordance with the following method:

_____

[✗]    (c) by delivery to the addressee, who accepted it voluntarily.

The documents referred to in the request have been delivered to:

**HEIDI BROWN, with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.

Annexes
Documents returned:
In appropriate cases, documents establishing the service:

**SEE ATTACHED DOCUMENTS; NO TRANSLATIONS**

Documents from: **SELARL I.MEYER ET J.DELAMOTTE, Huissiers de Justice**
            **3 rue de Rivoli**
            **75004 PARIS**
            **France**
Done at Seattle, Washington on **Jul 31 2023.**





Christy Bemis
Contracting Agent for the
Office of International Judicial Assistance
ABC Legal Services
633 Yesler Way
Seattle, WA 98104

ABC Legal Services
Hague Certification/Attestation





Tracking #: **0111204881**

EXHIBIT 62 - PAGE 1 OF 2

FRANCE

**MONSIEUR ARNAUD PARIS**

Case No.:    **79 23 07 3881-AD**

Plaintiff/Petitioner

vs.
**MADAME HEIDI BROWN**

Defendant/Respondent

DECLARATION OF SERVICE OF
**SEE ATTACHED DOCUMENTS; NO TRANSLATIONS**

Received by **Jesse Brissette**, on the 29th day of July, 2023 at 10:40 AM to be served upon **HEIDI BROWN** at 2256 **ABBOTT AVE, ASHLAND, Jackson County, OR 97520.**
On the 29th day of July, 2023 at 1:17 PM, I, Jesse Brissette, SERVED HEIDI BROWN at 2256 ABBOTT AVE, **ASHLAND, Jackson County, OR 97520** in the manner indicated below:

**INDIVIDUAL SERVICE,** by personally delivering 1 copy(ies) of the above-listed documents to **HEIDI BROWN.**

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to HEIDI BROWN with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**

Service Fee Total: **$95.00**

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: _____    _____    07/29/2023
    Jesse Brissette                              Server ID #                          Date