# EXHIBIT 63







n° 11527*03

## Attestation de témoin

(Articles 200 à 203 du code de procédure civile, article 441-7 du code pénal)

### Votre identité

☒ Madame ☐ Monsieur

Votre nom (de naissance) : **Chapman**

Votre nom d'usage (ex. nom d'épouse) : _____

Vos prénoms : **Mary Julia**

Votre date et lieu de naissance : **1|3|0|7|1|9|8|4|1** à **Ashland OR USA**

Votre profession : **Property Management**

Votre adresse : **120 Clay St Ashland OR 97520 USA**

Code postal **9|7|5|2|0** Commune : **Ashland OR**

Pays : **USA**

Lien de parenté, d'alliance, de subordination, de collaboration ou de communauté d'intérêts avec les parties : Oui ☐ non ☒

Si oui, précisez lequel : _____

Sachant que l'attestation sera utilisée en justice et connaissance prise des dispositions de l'article 441-7 du code pénal réprimant l'établissement d'attestation faisant état de faits matériellement inexacts ci-après rappelés :

« Est puni d'un an d'emprisonnement et de 15000 euros d'amende le fait d'établir une attestation ou un certificat faisant état de faits matériellement inexacts ».

(cette phrase doit être écrite, ci-dessous, entièrement de votre main)

*I was house-sitting and taking care of Heidi's cat from July 24th 2023 - July 31st 2023 and can attest to the fact that she was not home during those dates.*

1

EXHIBIT 63 - PAGE 1 OF 2

Indiquez ci-dessous les faits auxquels vous avez assisté ou que vous avez constatés personnellement :

_____

**Pièce à joindre :**

- Un original ou une photocopie d'un document officiel justifiant de votre identité et comportant votre signature.

**ATTESTATION SUR L'HONNEUR**

Je soussigné(e) _Julia Chapman_ certifie sur l'honneur que les renseignements portés sur ce formulaire sont exacts.

Fait à: _120 Clay St Ashland OR_ Le _12,10,32,924_

Signature

La loi n°78-17 du 6 janvier 1978 relative aux fichiers nominatifs garantit un droit d'accès et de rectification des données auprès des organismes destinataires de ce formulaire.

2

EXHIBIT 63 - PAGE 2 OF 2