# EXHIBIT 64



Certified True Copy of The Original
ATTEST: 05/02/2024
Jackson County Court
Trial Court Administrator
State of Oregon - Jackson County
By _____

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF JACKSON _____

HEIDI M. BROWN
_____
                    Petitioner

Case No: _____ 24SK01646 _____

_____
        ☐ *Filed by* Guardian ad litem

v.

**TEMPORARY ORDER ON
PETITION/CITATION FOR
STALKING PROTECTIVE
ORDER**

ARNAUD PARIS
_____
                    Respondent

---

### NOTICE TO RESPONDENT
#### Review this order carefully

- You must obey all provisions of this *Protective Order*, even if Petitioner contacts you or gives you permission to contact them

- You must appear personally in this court at the date and time shown on the *Order to Show Cause* or a warrant may be issued for your arrest

- You may be arrested and subject to civil and criminal penalties if you violate this order

- This order is enforceable anywhere in Oregon and in every other state

---

This matter came before the court on *(date):* __May 2, 2024__ by ☒ *Petition* ☐ *Citation*

**THE COURT FINDS:**
☒ Probable cause exists to grant a Temporary Stalking Protective Order. This Order is in effect until further order of the court.

**THE COURT ORDERS:**

**The Petition or Citation for Stalking Protective Order is:**

☐ **DENIED**
    ☐ Petitioner did not appear
    ☐ Petitioner did not establish a claim for relief
    ☐ Other:

☒ **GRANTED.** Respondent is prohibited from contacting Petitioner or Petitioner's immediate family or household members directly or through another person.

"Contact" includes but is not limited to:
  ➤ coming into the visual or physical presence of Petitioner
  ➤ following Petitioner
  ➤ waiting outside the home, property, place of work or school of Petitioner or of a member of Petitioner's family or household *(optional: list specific addresses or locations you want included)*

_____
_____
_____

Temporary Order – Stalking
Page 1 of 2                                                    OJD OFFICIAL

---

EXHIBIT 64 - PAGE 1 OF 13

> sending or making written or electronic communications in any form to Petitioner
> speaking with Petitioner by any means
> communicating with Petitioner through a third person
> committing a crime against Petitioner
> communicating with a third person who has some relationship to Petitioner with the intent of affecting the third person's relationship with Petitioner
> communicating with business entities with the intent of affecting some right or interest of Petitioner
> damaging Petitioner's home, property, place of work or school
> delivering directly or through a third person any object to the home, property, place of work or school of Petitioner
> service of process or other legal documents unless Petitioner is served as provided in ORCP 7 or 9

**NOTE: This Order does not prohibit Respondent from appearing at any scheduled court appearances in this case**

Other orders/exceptions: _____

_____

_____

_____

*Judge Signature:*

Lorenzo A My                           〜A M

                                          May 2, 2024

**Certificate of Readiness**
This proposed order is ready for judicial signature because service is not required under UTCR 5.100 because this order is submitted **ex parte** as allowed by statute or rule

Submitted by [X] Petitioner [ ] Guardian ad litem for Petitioner

5/2/2024
Date

Signature

Heidi M. Brown
Name (printed)

2256 Abbott Ave      Ashland, OR 97520      (541)690-2000
Contact Address        City, State, ZIP           Contact Phone

Temporary Order – Stalking
Page 2 of 2

OJD OFFICIAL

EXHIBIT 64 - PAGE 2 OF 13

## SERVICE INFORMATION

> ***The Respondent will receive a copy of this information***
> If you do not want Respondent to know your residential address or phone number, use a
> contact address in the state where you reside or a contact phone number so the court and
> the sheriff can reach you if necessary. Check for mail at this address frequently. The court
> will assume that you receive all notices sent to your contact address.

PETITIONER:*(Name)*  HEIDI M. BROWN                         [X] Female  [ ] Male  [ ] Nonbinary

2256 ABBOTT AVE., ASHLAND, OR 97520
***Residence/Contact Address (Use a safe address):***        *Street, City, State, ZIP*

Contact Phone Number  541-690-2000                        *(Use safe contact number)*

Age  42      Race/Ethnicity  WHITE          Height  5'9"    Weight  155lbs

Eye Color  BLUE          Hair Color  BLONDE

RESPONDENT: *(Name)*  ARNAUD PARIS                         [ ] Female  [X] Male  [ ] Nonbinary

Residence Address  13 RUE FERDINAND DUVAL, 75004 PARIS, FRANCE
                                                                    *County*
Phone Number  (323) 404-7855, +33 6 88 28 36 41

Age  46      Race/Ethnicity  White          Height  6'0"    Weight  175lbs

Eye Color  Blue          Hair Color  Brown

---

### PLEASE FILL OUT THIS INFORMATION
### TO HELP WITH SERVICE OF THE RESTRAINING ORDER

Where is Respondent most likely to be found?
[X] Residence      Hours  8am - 10pm    *Address above*
[ ] Employment    Hours _____ *Address on CIF form*
[ ] Other:        Hours _____ *Address* _____

**Description of Vehicle**  unknown

Is there anything about the Respondent's character, past behavior, or the present situation that
indicates that Respondent may be a **danger** to self or others? *(Explain):* _____
Respondent has recently increased unwanted contacts, including contacts not allows per the court order in 22DR17285.

Does Respondent have any **weapons**, or access to weapons? *(Explain):* _____
Respondent is an American citizen and would be able to purchase a weapon

Has Respondent ever been **arrested** for or convicted of a violent crime? *(Explain):* _____
Unknown

Civil Stalking – Service Information
Page 1 of 1                                         OJD OFFICIAL

EXHIBIT 64 - PAGE 3 OF 13

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF JACKSON
100 S. Oakdale Ave, Medford Oregon, 97501

Heidi M. Brown
_____
                    Petitioner

Case No:    24SK01646

v.

Arnaud Paris
_____
                    Respondent

ORDER TO SHOW CAUSE re:
STALKING PROTECTIVE
ORDER

A temporary Stalking Protective Order has been issued against the above-listed Respondent and is currently in effect.

Both parties are ordered to appear IN PERSON in this court at the date and time below to explain whether the temporary order should be made permanent.

RESPONDENT: If you do not appear at the hearing, a permanent Stalking Protective Order may be entered against you.

PETITIONER: If you do not appear at the hearing, the court may dismiss your case and terminate (end) your temporary Stalking Protective Order.

Date: June 10, 2024

Time: 1:30

Location:    100 S. Oakdale, Medford, OR, 97501

Additional Information:

_____        Lorenzo A. Mij
Lorenzo A. Mija  5/2/24

EXHIBIT 64 - PAGE 4 OF 13

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF JACKSON

_Heidi M. Brown_
[X] Petitioner

and

_Arnaud Paris_
☐ Respondent

)
)
)
)
)
)
)
)
)
)

Case No.: __24SK01646__

NOTICE OF FILING OF
☐ CONFIDENTIAL INFORMATION FORM (CIF)
☐ AMENDED CIF
(Stalking)

---

**NOTICE: Confidential Information Form Has Been Filed**
- Uniform Trial Court Rule (UTCR) 2.130 requires that parties to stalking cases place certain information about themselves and other parties in a CIF when such information is required in a document filed with the court.
- The CIF is not available for public inspection except as authorized by law.
- Parties are allowed to see a CIF that contains information about them.
- A party who wants to see a CIF that contains information about another party must ask for permission from the court or the other party by following the procedures set out in UTCR 2.130.

---

I am the (check one box):
[X] Petitioner  ☐ Respondent _____

I filed Confidential Information Forms with the court about the following parties to this case (*complete a section for each party for whom you have filled out a CIF*):

1)  Name (Last, First, Middle): __Brown, Heidi, Marie__
    [X] Petitioner  ☐ Respondent

    Confidential Personal Information contained in CIF (check all that apply):

    [X] party's date of birth
    [X] children's date of birth,  ☐ employer's name, address, and telephone number

NOTICE RE: FILING OF CONFIDENTIAL INFORMATION FORM – STALKING Page 1 of 2
(Stalking 8/2016)

EXHIBIT 64 - PAGE 5 OF 13

2)    Name (Last, First, Middle): ___Paris, Arnaud___
      ☐ Petitioner ☒ Respondent

Confidential Personal Information contained in CIF (check all that apply):

☒ party's date of birth
☐ children's date of birth, ☒ employer's name, address, and telephone number

Dated this __2__ day of ___May___, 20__24__

Signature _____          Print Name ___Heidi M. Brown___

___2256 Abbott Ave.___    ___Ashland, OR 97520___    ___(541) 690-2000___
Contact Address          City, State, Zip          Contact Telephone

NOTICE RE: FILING OF CONFIDENTIAL INFORMATION FORM – STALKING Page 2 of 2
(Stalking 8/2016)

EXHIBIT 64 - PAGE 6 OF 13

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF __JACKSON__

| | |
|---|---|
| _____HEIDI M. BROWN_____ | Case No: __24SK01646__ |
| Petitioner | |
| | |
| _____ | **PETITION FOR STALKING** |
| ☐ *Filed by* Guardian ad litem | **PROTECTIVE ORDER** |
| v. | |
| | *Ex parte* |
| _____ARNAUD PARIS_____ | |
| Respondent | |

➢ *I need an interpreter:* ☐ *Spanish* ☐ *ASL* ☐ *other:*_____

---

**NOTICE TO PETITIONER**
➢ **Contact Address and Telephone Number:** If you don't want the Respondent to know your residential address or phone number, use a contact address and telephone number so the court and the sheriff can reach you if necessary.

---

I am the Petitioner. I declare that the following information is true:

**1. Residency**
I live in the county of _____JACKSON_____, state of __OREGON__

Respondent lives in the county of _____PARIS_____, ~~state~~ of __FRANCE__

**2. Age of Parties**
　　Petitioner:__42__　　　　　Respondent: __46__

**3. Contact** – Within the past 2 years the Respondent has engaged in repeated and unwanted contact with me or a member of my immediate family or household[1] by *(describe the incidents of contact beginning with the most recent. Include who was contacted.)*:

　　a. Date and approximate time: __Monday, April 22, 2024 at__ __5:10pm EST__

　　　　Location: ___Phone___

　　　　Description: _Mr. Paris contacted Celeste Starchild, my direct supervisor at the company where I_

　　　　_am employed. Contacting my employer has been strictly prohibited per the general judgment in case_

　　　　_number: 22DR17285. Additionally, Mr. Paris was stripped of the rights provided in ORS 107.154_

　　　　_including the right to know my address and as the custodial parent, the address of the children._ Exhibit 1

　　b. Date and approximate time: __Monday, April 22, 2024 at 1:16pm__

　　　　Location: __Phone__

---

[1] Your parents, children, siblings, spouse or Registered Domestic Partner, grandparents, stepparents, and stepchildren, or anyone living in the same residence as you

Civil Stalking Petition　　　　　　　　　　　　　　　　　OJD OFFICIAL
Page 1 of 4

EXHIBIT 64 - PAGE 7 OF 13

Description: _Mr. Paris has repeatedly attempted to contact the children's grandmother, Margaret_ _BrownOlson._ Exhibit 2

_____

_____

_____

c.  Date and approximate time: ___Tue, Apr 23, 2024 at 8:05 AM___

Location: _Phone, Bellview Elementary School, Ashland, OR_

Description: _Mr. Paris contacted Bellview Elementary School to learn if the children are_ in attendance there. Per the general judgment in case number: 22DR17285, Mr. Paris no longer has the rights provided in ORS 107.154, which includes the right to "To inspect and receive school records and to consult with school staff concerning the child's welfare and education". Exhibit 3

d.  Date and approximate time: _August/September of 2022_

Location: _Ashland, OR_

Description: _Mr. Paris hacked my personal computer, my personal email and my confidential legal_ emails and placed a tracker on my car illegally. See case number: 22CR59524

_____

_____

☐ Additional page attached

4. Respondent knew or should have known that the contact was unwanted because:
_There is a court order in place prohibiting his contact with the children's school as well as with my employer._ _The general judgment case number is 22DR17285.    Regarding the tracker on my car and the hacking of my_ _personal computer, Mr. Paris lied about both incidents after the fact, and had multiple personal computers of_ _his own at our family home._

5. Respondent's contacts made me afraid for my physical safety, or the safety of my immediate family or a member of my household, because:
_Mr. Paris has a history of violating court orders and criminally removing my children from Oregon and the US_ _(see case number 22DR17285). His attempts at learning my location as well as the children's location_ _have made me afraid for my physical safety as well as that of my children, whether though violence or a new_ _attempt at child abduction._

_____

6. ☒ Respondent made spoken or written threats directed at me that made me afraid of physical harm
(explain why you believe the threats would result in physical harm, including any acts that support your belief or show that Respondent is likely and able to carry out the threat)

Civil Stalking Petition                                    OJD OFFICIAL
Page 2 of 4                                                (Feb 2019)

EXHIBIT 64 - PAGE 8 OF 13

Mr. Paris has attempted to know my whereabouts and the children's location through different contacts.

Mr. Paris has been ordered by the Jackson County District Court to submit to several psychological evaluations

He continues to demand the children and has abducted them in the past.

_____

_____

## 7. Firearms
I have the following relationship with Respondent *(check all that apply)*:
- ☐ spouses or Registered Domestic Partners *(current or former)*
- ☐ cohabitants *(current or former)*
- ☒ unmarried parents of a minor child
- ☐ sexually intimate relationship *(current or former)*
- ☐ adults related by blood or marriage

☐ The Respondent has firearms (or has easy access to firearms)
☐ The Respondent is already prohibited from possession or purchase of firearms or ammunition

## 8. Additional Relationship Information *(This information is optional. You do not have to tell the court what your relationship to Respondent is. Your restraining order will not be denied if you choose not to provide relationship information.)*
Respondent is my:
☐ family member ☐ roommate/cohabitant ☐ landlord ☐ neighbor

☐ other: _____

## 9. Existing Restraining and Stalking Orders
☐ There is a current restraining order or stalking order between Respondent and me

County and state: _____ Case #:_____

County and state: _____ Case #:_____

**I ask the court to grant a Stalking Protective Order**

**I hereby declare that the above statements are true to the best of my knowledge and belief. I understand they are made for use as evidence in court and I am subject to penalty for perjury.**

Submitted by ☒ Petitioner ☐ Guardian ad litem for Petitioner ☐ Attorney for Petitioner

_____May 1, 2024_____          _____
Date                                Signature

                                    Heidi M. Brown
                                    _____
                                    Name (printed)

2256 Abbott Ave.          Ashland, OR 97520          (541) 690-2000
Contact Address *(use a SAFE address)*    City, State, ZIP    Contact Phone *(use a SAFE number)*

Civil Stalking Petition                             OJD OFFICIAL
Page 3 of 4                                         

EXHIBIT 64 - PAGE 9 OF 13

*Attorney for Petitioner:*

| | |
|---|---|
| Date | Signature |
| OSB# | Name (printed) |
| Address | City, State, ZIP     Phone |

Civil Stalking Petition
Page 4 of 4

OJD OFFICIAL

EXHIBIT 64 - PAGE 10 OF 13

4/29/24, 9 45 AM                                    InspectionGo Mail    Call from Arnaud Paris    Exhibit 1

 Gmail                                         Heidi Brown <h.brown@inspectiongo.com>

## Call from Arnaud Paris

Celeste Starchild <celeste@inspectiongo com>                      Mon, Apr 29, 2024 at 9 35 AM
To: Heidi Brown <h.brown@inspectiongo.com>

Heidi,

I received a call from Arnaud Paris on April 22 at 5:10pm EST  My understanding is that he is not allowed
to contact me as your supervisor or anyone else associated with InspectionGo, the company where you
are currently employed.

He proceeded to ask me questions about you, and your whereabouts. Per employee confidentiality
concerns, I did not respond, but given the court order you shared with me, I thought you should be aware.

Best, .
Celeste

---

    **Celeste Starchild**
                        **President & COO**

                        celeste@inspectiongo com
                        301-233-1336


inspectiongo.com

EXHIBIT 64 - PAGE 11 OF 13

Exhibit 2



EXHIBIT 64 - PAGE 12 OF 13

 Gmail                                              Exhibit 3

Heidi Brown <heidimparis@gmail.com>

## Bellview School

Meg Wright <Meg.Wright@ashland k12 or us>                          Tue, Apr 23, 2024 at 8 05 AM
To  "heidimparis@gmail com" <heidimparis@gmail.com>

Heidi,

I wanted to let you know that Arnaud called yesterday, asking if the girls are registered. I told him I couldn't give him that information, and he wasn't very happy, but that's fine with me.

He did leave Christine a voice mail. Even though the girls aren't registered, Christine would like a copy of the legal documents, just so we are covered

Thank you

Meg

EXHIBIT 64 - PAGE 13 OF 13