# EXHIBIT 67

## AFFIDAVIT OF NON-SERVICE
### UNITED STATES DISTRICT COURT
District of Oregon

Case Number: 1:24-CV-00648-AA

Plaintiff: **ARNAUD PARIS**
vs.
Defendant: **HEIDI MARIE BROWN**

For:

Received by ACP Investigations on the 16th day of April, 2024 at 3:05 pm to be served on **HEIDI MARIE BROWN, 2256 ABBOTT AVE, ASHLAND, OR 97520**.

I, ACP INVESTIGATIONS (SEAN SOUZA), being duly sworn, depose and say that on the **3rd day of May, 2024 at 8:55 am, I:**

**NON-SERVED the SUMMONS, CIVIL COVER SHEET, PETITION FOR RETURN OF CHILDREN UNDER THE HAGUE CONVENTION ON THE CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION AND REQUEST FOR SHOW CAUSE ORDER (pgs 1- 14), EXHIBIT 1- JUDGMENT rendu le 21 avril 2023 (pgs 1-25), EXHIBIT 2- JUDGMENT ISSUED AUGUST 25, 2023 (pgs 1- 7), EXHIBIT 3- EMAIL, EXHIBIT 4 - REQUEST FOR THE RETURN OF ABDUCTED CHILDREN PURSUANT TO THE HAGUE CONVENTION OF 25 OCTOBER 1980 (pgs 1-6).** After due search, careful inquiry and diligent attempts was unable to serve on **HEIDI MARIE BROWN** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
4/16/2024  6:05 pm  Attempted service at 2256 ABBOTT AVE, ASHLAND, OR 97520
- SPOKE TO WHITE FEMALE, 78 years old, 5'9", 135 lbs, GRAY HAIR WHO STATED THAT NO LONGER LIVES HERE.
4/17/2024  4:47 pm  AFTER TALKING WITH CLIENT AND REVIEWING PHOTO SENT BY CLIENT - THIS WAS IN FACT THE WOMEN SERVER WAS TALKING TO AND WAS IDENTIFIED AS THE MOTHER OF THE PERSON WE ARE TRYING TO SERVE. CLIENT STATED THAT HE FEELS AS THOUGH HEIDI IS STAYING WITH MOM AND IS LIVING AT THAT RESIDENCE.
4/17/2024  5:48 pm  Arrived at 5:45pm. Serve waited til 6:15pm - No vehicle in driveway. No one coming or going.
4/17/2024  6:05 pm  Attempted service at 2256 ABBOTT AVE, ASHLAND, OR 97520
- NOT HOME
4/18/2024  7:30 am  Attempted service at 2256 ABBOTT AVE, ASHLAND, OR 97520
- NOT HOME
4/20/2024  11:15 am  Attempted service at 2256 ABBOTT AVE, ASHLAND, OR 97520
- NOT HOME NO CARS SEEN
4/22/2024  1:00 pm  CLIENT ASKED FOR NON SERVE AFFIDAVIT OF ATTEMPTS TO PROVIDE TO JUDGE
4/26/2024  9:15 am  SERVER SS ATTEMPTED AT MIX BAKERY IN ASHLAND - DID NOT SEE ANYONE THAT MATCH HEIDI DESCRIPTION, NO KIDS SEEN, GRAY JEEP CHEROKEE NOT SEEN ) WAIT FOR 30 MIN -
4/26/2024  10:05 am  Attempted Service on HEIDI MARIE BROWN (PARENTS HOUSE) 358 STRAWBERRY LANE, ASHLAND, OR 97520 - NO CARS SEEN - NOT HOME
4/26/2024  10:15 am  Attempted Service at MARKET OF CHOICE- 1475 SISKIYOU BLVD ASHLAND OR 97520- SERVER SS WENT THRU THE ENTIRE PARKING LOT - NO GRAY JEEP CHEROKEE SEEN -
4/26/2024  11:00 am  WENT BY LITHIA PARK PLAYGROUND - TO SEE IF WE COULD FIND HEIDI AND THE TWINS - DID NOT SEE FEMALE OR TWINS THAT MATCHED DESCRIPTION
4/28/2024  10:50 am  LEFT ACP OFFICE - ARRIVED AT - PARENTS HOME- 385 STRAWBERRY LANE ASHLAND OR 97520 - ARRIVED AT 11: 15 AM - JEEP NO SEEN - WHITE TOYOTA 4RUNNER SEEN CRATER LAKE PLATE 80611- LEFT FOR HEIDI'S HOME AT 2:15PM
4/28/2024  2:30 pm  2:30PM ARRIVED AT 2256 ABBOTT AVE ASHLAND - NO CARS SEEN - NO MOVEMENT - NO ONE HOME - SENT PHOTO TO CLIENT - REQUEST TO TRY 3040 SIGNATURE COURT 97504
4/28/2024  2:45 pm  ATTEMPTED AT 3040 SIGNATURE COURT - WHITE TRUCK IN DRIVEWAY & BLACK NISSAN LEAF- NO JEEP OR WHITE TOYOTA SUV - SENT PHOTOS TO CLIENT
4/29/2024  9:38 am  DMV LOOK UP - TO GET PLATE # DMV VIN LOOKUP 1C4PJMBS8EW212182 OR PLATE 040 MYV

EXHIBIT 67 - PAGE 1 OF 3

## AFFIDAVIT OF NON-SERVICE For 1:24-CV-00648-AA

4/29/2024 11:29 am  SENT EMAIL, WITH ORDER AND OPTION TO EMPLOYER. IN HOPES THEY WOULD NOTIFY HER THAT SHE HAS DOCS TO BE SERVED ON HER
4/29/2024  4:23 pm  Attempted service at 2256 ABBOTT AVE, ASHLAND, OR 97520
NOT HOME DROPPED CARD
4/29/2024  4:36 pm  Attempted service at PARENTS HOME 358 STRAWBERRY LANE, ASHLAND, OR 97520
NOT HOME DROPPED CARD
4/30/2024  9:29 am  SPOKE TO MALE ON THE PHONE (PHONE # 541-200-5509) WHO STATED THAT HE WOULD NOT DISCLOSE INFORMATION ON HEIDI WHERE ABOUT'S- ACP JM EXPLAINED TO HIM THAT WE ARE A THIRD PARTY AND PROCESS SERVING COMPANY WHO HAS BEEN HIRED TO SERVE LEGAL DOCUMENTS - ARE JOB IS TO DO THAT. MALE THREATENED COMPANY AND STATED THAT IF WE WERE TO LOCATE HEIDI AND DISCLOSED HER WEARABOUTS. ACP JM EXPLAINED TO HIM THAT WE COULD MEET IN A NEUTRAL PLACE AND NO ONE WHOULD HAVE TO KNOW WHERE SHE WAS AND THAT THE JUDGE ULTIMATELY DESICED WHAT HAPPENS IN COURT
5/1/2024  7:00 am  Attempted Service on HEIDI MARIE BROWN, 2256 ABBOTT AVE, ASHLAND, OR 97520 - NOT HOME
5/2/2024  6:15 pm  Attempted Service on HEIDI MARIE BROWN, 2256 ABBOTT AVE, ASHLAND, OR 97520 - NOT HOME
5/3/2024  9:36 am  TRIED CALLING # 541-944-2066- WENT TO VOICE MAIL- PHONE DID NOT RING - THEN CLICKED OVER AND WAS UNABLE TO LEAVE VOICE MAIL
5/3/2024  10:07 am  TRIED CALLING # 541-690-2000 - DID NOT RING WENT STRAIGHT TO VOICEMAIL - VOICEMAIL FOR MEG - DID NOT LEAVE MESSAGE UNSURE WAS MOTHER #

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury that the above statement is true and correct.

Subscribed and Sworn to before me on the 3rd day of May, 2024 by the affiant who is personally known to me,

NOTARY PUBLIC

OFFICIAL STAMP
JESSICA ANNE-MARIE MORTON
NOTARY PUBLIC-OREGON
COMMISSION NO. 1008617
MY COMMISSION EXPIRES FEBRUARY 09, 2025

ACP INVESTIGATIONS (SEAN SOUZA)
Process Server

ACP Investigations
P.O. Box 1624
1616 W. Main Street
Medford, OR 97501
(541) 772-3107

Our Job Serial Number: ANV-2024000562

EXHIBIT 67 - PAGE 2 OF 3

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| ARNAUD PARIS<br><br>*Plaintiff(s)*<br>v.<br>HEIDI MARIE BROWN<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:24-CV-00648-AA<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HEIDI MARIE BROWN
2256 ABBOTT AVENUE
ASHLAND, OR 97520

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ARNAUD PARIS
13 RUE FERDINAND DUVAL
75004 PARIS, FRANCE

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4-16-2024

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

EXHIBIT 67 - PAGE 3 OF 3