# EXHIBIT 69

**Subject:** Service Hague Action - Paris/Brown - 1:24-CV-00648-AA
**From:** Arnaud Paris <arnaud@skyvr.com>
**Date:** 17/04/2024 23:57
**To:** Heidi Paris <heidimparis@gmail.com>

Heidi, since you're refusing to disclose your address you're leaving me no other way but by email to serve you this Hague Action that was filed in Medford District court yesterday under case 1:24-CV-00648-AA as a result of your wrongful removal of our children from France during your visitation time where they lived with me under full custody per the French Judgment of April 21st 2023 and that you took illegally violating the French judgment from August 25th 2023 that forbid you to take them outside of France.

I will also ask the Federal court to also have also a cause emergency order issued along with extra service from the US Marshall. I urge you to re-establish a proper and unsupervised channel of communication between me and the children by giving them back their apple watch and their ipad that allowed them to contact me directly.

In the interest of our children I'm willing to continue the mediation we started in France before you abducted them to de-escalate this matter if you agree to return immediately the children to France. As part of this mediation you would still be able to obtain shared parenting time including the right to take the children to Oregon during vacation time as I had previously offered numerous times.

If you decline my offer and want to pursue in these Hague proceedings please provide me with the name of your Hague lawyer in this matter.

Regards,

Arnaud Paris

—Attachments:—

| | |
|---|---|
| Petition for Return April15.pdf | 476 KB |
| EXHIBIT01-CertTranslationFrenchJudgment_April21.pdf | 3.6 MB |
| EXHIBIT02-CertifiedTranslationFrenchJudgmentAugust25.pdf | 473 KB |
| EXHIBIT03-EmailHeidiApril13.pdf | 84.4 KB |
| EXHIBIT04-240415 PARIS Formulaire de retour EN.pdf | 414 KB |