# EXHIBIT 70

FL-105/GC-120

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| PARTY WITHOUT ATTORNEY<br>HEIDI MARIE BROWN<br>385 STRAWBERRY LANE<br>ASHLAND, OR 97520<br>TELEPHONE NO.: 541-944-2066   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: HEIDIMPARIS@GMAIL.COM<br>ATTORNEY FOR *(Name)*: | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

*(This section applies only to family law cases.)*
PETITIONER: HEIDI MARIE BROWN
RESPONDENT: ARNAUD PARIS
OTHER PARTY:

*(This section applies only to guardianship cases.)*
GUARDIANSHIP OF *(Name)*:                                        Minor

CASE NUMBER:

**DECLARATION UNDER UNIFORM CHILD CUSTODY JURISDICTION AND ENFORCEMENT ACT (UCCJEA)**

1. **I am a party** to this proceeding to determine custody of a child.
2. [✓] My present address and the present address of each child residing with me is confidential under Family Code section 3429 as I have indicated in item 3.
3. There are *(specify number)*: 2 minor children who are subject to this proceeding, as follows:
   *(Insert the information requested below. The residence information must be given for the last FIVE years.)*

| a. Child's name<br>EVA LILIE PARIS | | Place of birth<br>ASHLAND, OR | Date of birth<br>01/15/2015 | Sex<br>F |
|---|---|---|---|---|
| Period of residence | Address | Person child lived with *(name and complete current address)* | | Relationship |
| MAY 2023 to present | ASHLAND, OR<br>[✓] Confidential | Heidi M. Brown, 2256 ABBOTT AVE,<br>[✓] Confidential   Ashland, OR 97520 | | MOTHER |
| | Child's residence *(City, State)* | Person child lived with *(name and complete current address)* | | |
| Oct 2022 to Apr 2023 | Ashland, OR | Heidi M. Brown, 665 Leonard Street,<br>Ashland, OR 97520 | | MOTHER |
| | Child's residence *(City, State)* | Person child lived with *(name and complete current address)* | | |
| July 2022 to Oct 2022 | Ashland, OR | Heidi Brown & Arnaud Paris<br>665 Leonard St., Ashland, OR 97520 | | Mother & Father |
| | Child's residence *(City, State)* | Person child lived with *(name and complete current address)* | | |
| Aug 2019 to July 2022 | Paris, France | Heidi Brown & Arnaud Paris<br>4 rue Malher, 75004 Paris, France | | Mother & Father |
| b. Child's name<br>JULIETTE MANON PARIS<br>[✓] Residence information is the same as given above for child a.<br>*(If NOT the same, provide the information below.)* | | Place of birth<br>ASHLAND, OR | Date of birth<br>01/15/2015 | Sex<br>F |
| Period of residence | Address | Person child lived with *(name and complete current address)* | | Relationship |
| to present | [ ] Confidential | [ ] Confidential | | |
| | Child's residence *(City, State)* | Person child lived with *(name and complete current address)* | | |
| to | | | | |
| | Child's residence *(City, State)* | Person child lived with *(name and complete current address)* | | |
| to | | | | |
| | Child's residence *(City, State)* | Person child lived with *(name and complete current address)* | | |
| to | | | | |

c. [ ] Additional residence information for a child listed in item a or b is continued on attachment 3c.
d. [ ] Additional children are listed on form FL-105(A)/GC-120(A). *(Provide all requested information for additional children.)*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
FL-105/GC-120 [Rev. January 1, 2009]

**DECLARATION UNDER UNIFORM CHILD CUSTODY JURISDICTION AND ENFORCEMENT ACT (UCCJEA)**

Family Code, § 3400 et seq.;
Probate Code, §§ 1510(f), 1512
www.courtinfo.ca.gov

EXHIBIT 70 - PAGE 1 OF 3

FL-105/GC-120

| SHORT TITLE: | CASE NUMBER: |
|---|---|
|  |  |

4. Do you have information about, or have you participated as a party or as a witness or in some other capacity in, another court case or custody or visitation proceeding, in California or elsewhere, concerning a child subject to this proceeding?
   [✔] Yes [ ] No *(If yes, attach a copy of the orders (if you have one) and provide the following information):*

| Proceeding | Case number | Court *(name, state, location)* | Court order or judgment *(date)* | Name of each child | Your connection to the case | Case status |
|---|---|---|---|---|---|---|
| a. [✔] Family | 23DR08269 | Jackson County Circuit Court, OR | 8/18/2023 | Eva & Juliette Paris | Party | Closed |
| b. [ ] Guardianship |  |  |  |  |  |  |
| c. [✔] Other | 23FL04174 | William R. Ridgeway Court, CA | 9/01/2023 | Eva & Juliette Paris | Party | Closed |

| Proceeding | Case Number | Court *(name, state, location)* |
|---|---|---|
| d. [ ] Juvenile Delinquency/ Juvenile Dependency |  |  |
| e. [ ] Adoption |  |  |

5. [✔] One or more domestic violence restraining/protective orders are now in effect. *(Attach a copy of the orders if you have one and provide the following information):*

| Court | County | State | Case number *(if known)* | Orders expire *(date)* |
|---|---|---|---|---|
| a. [ ] Criminal |  |  |  |  |
| b. [✔] Family | Jackson | Oregon | 24SK01646 | No Date Set |
| c. [ ] Juvenile Delinquency/ Juvenile Dependency |  |  |  |  |
| d. [ ] Other |  |  |  |  |

6. Do you know of any person who is not a party to this proceeding who has physical custody or claims to have custody of or visitation rights with any child in this case? [ ] Yes [✔] No *(If yes, provide the following information):*

| a. Name and address of person | b. Name and address of person | c. Name and address of person |
|---|---|---|
| [ ] Has physical custody<br>[ ] Claims custody rights<br>[ ] Claims visitation rights | [ ] Has physical custody<br>[ ] Claims custody rights<br>[ ] Claims visitation rights | [ ] Has physical custody<br>[ ] Claims custody rights<br>[ ] Claims visitation rights |
| Name of each child | Name of each child | Name of each child |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 20, 2024

Heidi Marie Brown
(TYPE OR PRINT NAME)                                    ▶ *(signature)* (SIGNATURE OF DECLARANT)

7. [✔] Number of pages attached: 44

**NOTICE TO DECLARANT: You have a continuing duty to inform this court if you obtain any information about a custody proceeding in a California court or any other court concerning a child subject to this proceeding.**

FL-105/GC-120 [Rev. January 1, 2009]      **DECLARATION UNDER UNIFORM CHILD CUSTODY JURISDICTION AND ENFORCEMENT ACT (UCCJEA)**      Page 2 of 2

EXHIBIT 70 - PAGE 2 OF 3

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF JACKSON

Family Law Department

In the Matter of:

Arnaud Paris,

    Petitioner,

and

Heidi Brown,

    Respondent.

Case No.: 23DR08269
*Related Case No.: 22DR17285*

**LIMITED JUDGMENT RE: REGISTRATION**

**THIS MATTER** came before the Court for hearing on July 12, 13, and 18, and August 3 and 4, 2023. Respondent Heidi Brown, hereinafter Mother, appeared in person with Taylor L. M. Murdoch, of her attorneys Buckley Law P.C. Petitioner Arnaud Paris, hereinafter Father, appeared in person on July 12, 13 and 18, and failed to appear on August 3 and 4, 2023. By the stipulation of the parties, the evidentiary hearing occurred simultaneously with the evidentiary hearing on Father's *Motion to Dismiss for Lack of Subject Matter Jurisdiction* in Jackson County Circuit Court case no. 22DR17285, until said motion was granted by the Court on August 3, 2023. Father was represented by counsel, Thomas A. Bittner, of his attorneys, Schulte Anderson, in that matter, and had his French counsel Terrence Richoux, available by phone during these proceedings on July 12, 13 and 18.

Page 1 – **LIMITED JUDGMENT RE: REGISTRATION**

Buckley Law PC
5300 SW Meadows Rd., Ste. 200
Lake Oswego, OR 97035
Tel: 503-620-8900 Fax: 503-620-4878
tlm@buckley-law.com

EXHIBIT 70 - PAGE 3 OF 3