# EXHIBIT 71

PARIS COURT OF APPEAL
## Paris Judicial Tribunal

**Office of Margaux PEGIS**
**Examining Magistrate**

Parquet No.      : 24103000192
Case No.         : JI JI302 24000010
Justice ID       : 2401386847V

The Examining Magistrate of the Paris Judicial Tribunal

to

PARIS Arnaud
13 rue Ferdinand Duval
75004 PARIS



## NOTICE TO VICTIMS TO FILE CIVIL SUIT

Pursuant to the provisions of article 80-3 of the French Code of Criminal Procedure, I have the honor of informing you that following the events of which you were the victim, a judicial investigation has been opened in my office against:

**BROWN Heidi**

for:
- REMOVAL OF A CHILD FROM THE CUSTODY OF THOSE RESPONSIBLE FOR ITS CARE AND RETENTION OUTSIDE FRANCE
Acts committed in PERPIGNAN or in any case within the territory of FRANCE and in SPAIN, MOROCCO, and the UNITED STATES, from April 9, 2024 to May 23, 2024, and since time not covered by the statute of limitations, with regard to Juliette PARIS born on January 15, 2015 and Eva PARIS born on January 15, 2015, to the detriment of Arnaud PARIS, acts envisaged under ART.227-9 2° and ART.227-7 of the French Code of Criminal Procedure and punishable under ART.227-9 AL. 1, ART.227-29 of the French Code of Criminal Procedure.

XX

for:
- COMPLICITY IN THE REMOVAL OF A CHILD FROM THE CUSTODY OF THOSE RESPONSIBLE FOR ITS CARE AND RETENTION OUTSIDE FRANCE
Acts committed in PERPIGNAN or in any case within the territory of FRANCE and in SPAIN, MOROCCO, and the UNITED STATES, from April 9, 2024 to May 23, 2024, and since time not covered by the statute of limitations, with regard to Juliette PARIS born on January 15, 2015 and Eva PARIS born on January 15, 2015, to the detriment of Arnaud PARIS, acts envisaged under ART.227-9 2° and ART.227-7 of the French Code of Criminal Procedure and punishable under ART.227-9 AL. 1, ART.227-29 of the French Code of Criminal Procedure and in regard to ART.121-6 and 121-7 of the ART.121-6 and 121-7 of the Code of Criminal Procedure.

of which you were the victim has been opened in my office at the

Paris Judicial Tribunal
Parvis du Tribunal de Paris 75859 PARIS

- **that you have the possibility of filing a civil suit, either:**

1.   by sending a registered letter to the clerk's office of my firm, mentioning the case references, your first and last name, your date and place of birth, and your current address.
In this case:
    You must declare an address, either personal or with a third party (enclose the latter's agreement).
    You can appoint a lawyer or ask for one to be appointed for you.

Paris Judicial Tribunal
PARVIS DU TRIBUNAL DE PARIS 75859 PARIS CEDEX 17
Phone ☎ : 0144325792

EXHIBIT 71 - PAGE 1 OF 4

2.  by coming to my office to fill out a declaration.
3.  by logging on to www.justice.fr to fill in the online form.

If necessary, you can receive free legal advice from a legal advice center or **victims' assistance office**:

The Victims' Assistance Office is open Monday to Friday from 9 am to 12 pm and from 1 pm to 5 pm, without appointment, and is staffed by the Paris Victims Assistance Association.
- Legal advisors on duty: Every day
- Psychological support: Tuesday – Wednesday morning – Friday
- Social assistance hours : Monday – Wednesday afternoon – Thursday

The BAV [Victims' Assistance Office] is open all year round, and provides in-person and telephone assistance to victims via dedicated telephone lines:
Landline number: 01 44 32 77 08
e-mail address: bav.tj-paris@justice.fr

Signage has been installed around the south atrium of the Paris Judicial Tribunal as well as on the main thoroughfares used by the public.

    Signed in our offices on May 31, 2024
    The Examining Magistrate
    [Signature]
    Margaux PEGIS
    [Seal of the Paris Judicial Tribunal]

This notice was sent by e-mail to Mr. PARIS on May 31, 2024
The Clerk
[Signature]

COUR D'APPEL DE PARIS
## Tribunal judiciaire de Paris

**Cabinet de Margaux PEGIS**
**juge d'instruction**

Le juge d'instruction du Tribunal judiciaire de Paris

à

N° Parquet      : 24103000192
N° dossier      : JI JI302 24000010
Identifiant justice : 2401386847V

PARIS Arnaud
13 rue ferdinand Duval
75004 PARIS

# AVIS À VICTIME DE SE CONSTITUER PARTIE CIVILE

En application des dispositions de l'article 80-3 du code de procédure pénale, j'ai l'honneur de vous faire connaître qu'à la suite des faits dont vous avez été victime, a été ouverte à mon cabinet une information judiciaire contre :

**BROWN Heidi**

du chef de :

- SOUSTRACTION D'ENFANT DES MAINS DE CEUX CHARGES DE SA GARDE ET RETENTION HORS DE FRANCE
Faits commis à PERPIGNAN en tout cas sur le territoire national et en ESPAGNE, au MAROC, aux ETATS UNIS, du 9 avril 2024 au 23 mai 2024, et depuis temps non couvert par la prescription, à l'égard de Juliette PARIS née le 15 janvier 2015 et Eva PARIS née le 15 janvier 2015, au préjudice d'Arnaud PARIS faits prévus par ART.227-9 2°, ART.227-7 C.PENAL. et réprimés par ART.227-9 AL.1, ART.227-29 C.PENAL.

**X X**

du chef de :

- COMPLICITE DE SSOUSTRACTION D'ENFANT DES MAINS DE CEUX CHARGES DE SA GARDE ET RETENTION HORS DE FRANCE
Faits commis à PERPIGNAN en tout cas sur le territoire national et en ESPAGNE, au MAROC, aux ETATS UNIS, du 9 avril 2024 au 23 mai 2024, et depuis temps non couvert par la prescription, à l'égard de Juliette PARIS née le 15 janvier 2015 et Eva PARIS née le 15 janvier 2015, au préjudice d'Arnaud PARIS faits prévus par ART.227-9 2°, ART.227-7 C.PENAL. et réprimés par ART.227-9 AL.1, ART.227-29 C.PENAL. et vu les articles 121-6 et 121-7 du code pénal

dans laquelle vous êtes victime, a été ouverte à mon cabinet au

Tribunal judiciaire de Paris
Parvis du Tribunal de Paris 75859 PARIS

- **que vous avez la possibilité de vous constituer partie civile, soit :**

1. par l'envoi d'une lettre recommandée adressée au greffe de mon cabinet, mentionnant les références de l'affaire, vos nom et prénom, vos date et lieu de naissance, votre adresse actuelle.
Dans ce cas :
Vous devez déclarer une adresse, soit personnelle, soit chez un tiers (joindre l'accord de ce dernier).
Vous pouvez désigner un avocat ou demander à ce qu'un avocat d'office vous soit désigné.

2. en vous déplaçant pour venir remplir une déclaration au greffe de mon cabinet.
3. En vous connectant sur www.justice.fr pour remplir le formulaire de constitution dématérialisée

Vous pouvez bénéficier, le cas échéant, gratuitement de conseils juridiques dans une structure d'accès au droit ou au sein du **bureau d'aide aux victimes :**

Les permanences du Bureau d'Aide aux Victimes sont sans rendez-vous et assurées en continu, du lundi au vendredi de 9h à 12h et de 13h à 17h00 par l'association Paris Aide aux Victimes.
• Permanence des juristes : tous les jours
• Permanence psychologique : mardi - mercredi matin - vendredi
• Permanence assistance sociale : lundi - mercredi après midi - jeudi

Le BAV est ainsi ouvert toute l'année, il assure l'accueil physique et téléphonique des victimes via la mise en place de lignes téléphoniques dédiées :
Un numéro fixe: 01 44 32 77 08
Son adresse électronique est : bav.tj-paris@justice.fr

Une signalétique est disposée aux abords de l'atrium sud du Tribunal de Paris, ainsi que dans les principales voies de circulation du Palais et empruntées par le public.

Fait en notre cabinet, le 31 mai 2024
Le juge d'instruction

Margaux PEGIS

Le présent avis a été transmis par mail à M.PARIS le 31.05.24
Le greffier