# EXHIBIT 72

[Logo: French Republic]

[Logo:] Académie de Paris [Paris Academy]
ACADEMIC REGION OF ÎLE-DE-FRANCE

NATIONAL MINISTRY OF EDUCATION
MINISTRY OF HIGHER EDUCATION,
RESEARCH, AND INNOVATION
[Logo: French Republic]



**École à aires ouvertes** [Open-air school]
**16 rue du Renard**
**75004 Paris**
Phone: 01 48 87 72 93

email: ce.0751005k@ac-paris.fr
(Website: https://ec-16-renard.scola.ac-paris.fr/)

Mr. Luc Richard

in

Paris, May 23, 2024

SCHOOL BOARD OF
THE PARIS ACADEMY

π TEACHING:
12 Bd d'Indochine
75019 Paris
Phone: 01 44 62 40 24
Fax:    01 44 62 40 10

π DISTRICT 1-2-4
Louvre:
11 rue d'Argenteuil
75001 Paris
Phone: 01 44 62 41 23

**Subject:** Departure from School of Eva Paris

I, the undersigned, Luc Richard, principal of the École Renard, do hereby certify that Eva Paris attended the CM1-grade class here at our school from September until the April vacation.

Eva really enjoyed attending school and fit in very well with her class.

She received instruction through the CHAM program in violin and orchestra. CHAM is a 4-year program (from the levels CE1 to CM2) in which students follow a conservatory curriculum during school hours. At the end of each year, they give a concert for the parents, which is a chance to show the results of their efforts.

The school is located in the heart of Paris and the students also benefit from numerous athletic and cultural activities.

On April 22, Mr. Paris explained that Ms. Brown had returned to the United States with her daughter despite the fact that the French court order had granted custody to her father during the school year.

The teaching staff and I had met with Ms. Brown just before the [spring] vacation. She wished to be updated on Eva's progress in school and gave no indication of this departure.

I fear that this departure in the middle of the year will be a detriment to Eva's schooling.

Sincerely yours,

Luc Richard          [Stamp:] 04021 – ELEMENTARY SCHOOL
[Signature]                      16 Rue du Renard
                                 75004 PARIS
                          Phone: 01 48 87 72 93

EXHIBIT 72 - PAGE 1 OF 2

Case 1:24-cv-00648-AA  Document 23-66  Filed 06/20/24  Page 3 of 3



Liberté • Égalité • Fraternité
RÉPUBLIQUE FRANÇAISE



MINISTÈRE
DE L'ÉDUCATION NATIONALE,
MINISTÈRE
DE L'ENSEIGNEMENT SUPÉRIEUR,
DE LA RECHERCHE
ET DE L'INNOVATION

École à aires ouvertes
16 rue du Renard
75004 Paris
Tél : 01 48 87 72 93

Courriel : ce.0751005k@ac-paris.fr
(Site internet : https://ec-16-renard.scola.ac-paris.fr/)

M. Luc Richard

à

Paris, le 23/05/24

**RECTORAT
DE L'ACADÉMIE
DE PARIS**

π ENSEIGNEMENT
SCOLAIRE :
12 Bd d'Indochine
75019 Paris
Tél : 01 44 62 40 24
Fax : 01 44 62 40 10

π CIRCONSCRIPTION 1-2-4
Louvre :
11 rue d'Argenteuil
75001 Paris
Tél : 01 44 62 41 23

**Objet : déscolarisation d'Eva Paris**

Je, soussigné Luc Richard, directeur de l'école Renard atteste qu'Eva Paris a été scolarisée de septembre aux vacances d'avril dans notre école en CM1.

Elle profitait pleinement de sa scolarité et était très bien intégrée dans sa classe.

Elle bénéficiait notamment d'un enseignement musical CHAM en violon et orchestre. La CHAM est un dispositif sur 4 ans (du CE1 au CM2) où les élèves suivent le cursus conservatoire sur le temps scolaire. À la fin de chaque année, ils donnent un concert devant les parents qui est l'occasion de montrer l'aboutissement de leurs efforts.

L'école étant située au centre de Paris, les élèves profitent également de nombreux projets sportifs et culturels.

Le 22 avril, M. Paris m'a expliqué que Mme Brown était repartie aux États-Unis avec sa fille alors que le jugement français accordait le droit de garde au père sur la période scolaire.

L'enseignante et moi-même avions rencontré Mme Brown juste avant les vacances. Elle souhaitait avoir des informations sur la scolarité d'Eva et n'avait nullement évoqué ce départ.

Je crains que ce départ en cours d'année ne soit préjudiciable à la scolarité d'Eva.

Bien cordialement,

Luc Richard

*[Stamp: 04021 - ÉCOLE ÉLÉMENTAIRE, 16 Rue du Renard, 75004 PARIS, Tél : 01.48.87.72.93]*

EXHIBIT 72 - PAGE 2 OF 2