# EXHIBIT 73

[Logo:] Académie de Paris [Paris Academy]

NATIONAL MINISTRY OF EDUCATION
MINISTRY OF HIGHER EDUCATION,
AND RESEARCH
[Logo: French Republic]

[Logo:]
ACADÉMIE DE PARIS
[Paris Academy]

**ECOLE POLYVALANTE**
[Multi-purpose school]
**10 rue des Hospitalières Saint Gerva**
**75004      PARIS**
Phone: 01 48 87 26 85
Fax:    01 47 87 14 64
email: ce.0751121L@ac-paris.fr

Paris, May 22, 2024

## CERTIFICATION

I, the undersigned, Thierry HATOU, principal of the school, do hereby certify that Juliette PARIS had indeed been diligently attending the CM1-grade class here at the École des Hospitalières since September 4 and that her studies were going well despite some comprehension difficulties in mathematics.

Juliette seemed to be thriving in her class with her classmates that she'd reunited with, most of whom she had known since she started kindergarten (2017).

At the request of Ms. Brown, we met with her just before the spring vacation to update her on Juliette's progress in school. Our meeting went well, with discussion of progress targets for the rest of the school year and no indication that Juliette would not finish her year in the class.

It is shocking and very surprising that the commitments made at the time by Ms. Brown were, in the end, totally bogus and did not correspond to the end-of-year timetable discussed.

Juliette was very involved in our annual projects (choir show, commemoration - Olympiads) and her absence is regrettable for the whole class.

All of Juliette's schoolwork and class projects were cancelled by this departure during the year. The students were sad and confused. The teacher's attempts to explain the situation were made quite difficult given the circumstances underlying her sudden departure.

Certification prepared at the request of Mr. PARIS, Juliette's father.    [Signature & stamp:]

| |
|---|
| Ecole Polyvalante |
| 10 rue des Hospitalières Saint-Gervais |
| 75004 PARIS |
| Phone: 01 48 87 72 93 |

EXHIBIT 73 - PAGE 1 OF 2




**ECOLE POLYVALENTE**
**10 rue des Hospitalières Saint Gervais**
**75004     PARIS**
Tél : 01.48.87.26.85
Fax : 01.48.87.14.64
Courrier électronique: ce.0751121L@ac-paris.fr

Paris le 22/05/2024

## ATTESTATION

Je soussigné Thierry HATTU directeur de l'école, atteste que Juliette PARIS était bien présente à l'école Hospitalières en classe de CM1 depuis la rentrée scolaire du 4 septembre 2023 de manière assidue et que sa scolarité se passait bien, malgré quelques difficultés de compréhension en mathématiques.

Juliette semblait épanouie dans sa classe avec ses camarades qu'elle retrouvait et qu'elle connaissait majoritairement depuis son entrée en maternelle (2017).

Nous avons rencontré à sa demande Madame Brown juste avant les vacances de printemps pour faire le point sur la scolarité de Juliette. Notre entretien s'est bien déroulé, avec des objectifs de progrès jusqu'à la fin de l'année scolaire, rien ne laissant présager que Juliette ne terminerait pas son année dans sa classe.

Il est choquant et très surprenant que les engagements pris alors par Madame Brown étaient finalement totalement factices et ne correspondaient pas au calendrier de fin d'année évoqué.

Juliette, était très impliquée dans nos projets annuels (spectacle de chorale, commémoration - Olympiades) et son absence est regrettable pour l'ensemble de la classe.

Tous les efforts scolaires et les projets de la classe de Juliette ont donc été annulés par ce départ en cours d'année. Les élèves étaient tristes et dans l'incompréhension. Les tentatives d'explications de l'enseignante étant rendues assez difficiles en fonction des conditions liées à ce départ soudain.

Attestation délivrée à sa demande à Monsieur PARIS, père de Juliette.

Ecole Polyvalente
10 rue des Hospitalières Saint-Gervais
75004 PARIS
Tél. : 01 48 87 26 85

EXHIBIT 73 - PAGE 2 OF 2