# EXHIBIT 74

## j_paris99@hotmail.com

| | |
|---|---|
| Of: | John Paris |
| Sent to: | Friday June 7, 2024 08:22 |
| | heidimparis@gmail.com |
| Object: | RE: Request Visio conversation with Eva and Juliette |

Hello Heidi, I

repeat the request that I have already sent to you several times via WhatsApp and e-mail.

We haven't seen our granddaughters in over two months. It seems more than reasonable to me that grandparents would aspire to have an (unsupervised) vision conversation with their granddaughters. So I'm waiting for you to offer me at least two possible slots during the next weekend at a time acceptable to everyone.

Jean and Katy

By: Jean Paris
Sent: Sunday June 2, 2024 9:00 a.m. To:
heidimparis@gmail.com Subject:
Request for Video conversation with Eva and Juliette

Hello Heidi, we haven't seen our granddaughters for two months; Impossible to reach you by WhatsApp. We would like to be able to chat on video with Eva and Juliette, we miss talking to them and seeing them. That would suit us Saturday or Sunday morning (for you).
Katy and Jean


Jean Paris
48 rue de la Sourde
77700 MAGNY LE HONGRE

Such. : 06 73 07 55 26
jean-paris@laposte.net

1

EXHIBIT 74 - PAGE 1 OF 2

**j_paris99@hotmail.com**

| | |
|---|---|
| **De:** | Jean Paris |
| **Envoyé:** | vendredi 7 juin 2024 08:22 |
| **À:** | heidimparis@gmail.com |
| **Objet:** | RE: Demande conversation Visio avec Eva et Juliette |

Bonjour Heidi,
Je réitère la demande que je t'ai transmise déjà à plusieurs reprises via WhatsApp et e-mail.
Nous n'avons pas vu nos petites-filles depuis plus de deux mois. Il me paraît plus que raisonnable que des grands-parents aspirent à avoir une conversation (non-supervisée) en vision avec leurs petites-filles. J'attends donc que tu me proposes au moins deux créneaux possibles durant le prochain week-end à un horaire acceptable pour chacun.
Jean et Katy

**De :** Jean Paris
**Envoyé :** dimanche 2 juin 2024 09h00
**À :** heidimparis@gmail.com
**Objet :** Demande conversation Visio avec Eva et Juliette

Bonjour Heidi, nous n'avons pas vu nos petites-filles depuis deux mois ; impossible de te joindre par WhatsApp. Nous aimerions pouvoir échanger en vidéo avec Eva et Juliette, cela nous manque de leur parler et de les voir. Ça nous conviendrait samedi ou dimanche matin (pour toi).
Katy et Jean


Jean Paris
48 rue de la Sourde
77700 MAGNY LE HONGRE

Tél. : 06 73 07 55 26
jean-paris@laposte.net

1

EXHIBIT 74 - PAGE 2 OF 2