# EXHIBIT 76



[Translator's note: The following sworn testimony is taken from the witness statement by David FOUET submitted to the Ministry of Justice]

Indicate below the events you witnessed or observed personally:

*Ms. BROWN had made a reservation from April 5 to 13, 2024. Thursday April 14th [sic] [recte 11th], she called to inform us that she had returned to the USA and was therefore cancelling the end of the week. So she asked us to ship her luggage back to the USA. At the request of the police, I looked at the hotel's surveillance camera footage and saw Ms. BROWN, her mother, and two daughters leaving the hotel on the morning of April 8. Two hours later, Ms. BROWN returned alone to get her own suitcase, but left the children's suitcases, stuffed animals, the girls' clothes, and an Apple watch. The police asked me not to send the suitcases back to the USA as the items were important in the child abduction investigation. The belongings were recovered by Mr. PARIS with police authorization. Dental retainers were also found in the suitcase. From the surveillance videos, I was able to identify the car they left in. But when Ms. BROWN returned to pick up her suitcase, the car was not the same.*

*I attest to all of this in my capacity as the manager of the hotel.*

AFFIDAVIT
I, the undersigned (first name, last name): __David FOUET_____,
do hereby swear on my honor that the information provided on this form is exact.
Executed in: _*Perpignan*_____ on June 3, 2024
[Signature]

EXHIBIT 76 - PAGE 1 OF 5



**Nous sommes là pour vous aider**    N° 11527*03    cerfa

## Attestation de témoin
(Articles 200 à 203 du code de procédure civile, article 441-7 du code pénal)

**Votre identité :**

☐ Madame    ☒ Monsieur

Votre nom de famille (nom de naissance) : FOUET

Votre nom d'usage (exemple : nom d'époux / d'épouse) : /

Vos prénoms : David Roger Raymond

Vos date et lieu de naissance : 30/12/1969

à NIORT

Votre profession : Directeur d'exploitation de l'Holiday Inn Perpignan

Votre adresse : 1 Rue du Castell

Complement d'adresse :

Code postal : 66170    Commune : St Feliu d'Avall

Pays : France

Lien de parenté, d'alliance, de subordination, de collaboration ou de communauté d'intérêts avec les parties    Oui ☐    non ☒

Si oui, précisez lequel :

Sachant que l'attestation sera utilisée en justice et connaissance prise des dispositions de l'article 441-7 du code pénal réprimant l'établissement d'attestation faisant état de faits matériellement inexacts ci-après rappelés :

**« Est puni d'un an d'emprisonnement et de 15000 euros d'amende le fait d'établir une attestation ou un certificat faisant état de faits matériellement inexacts ».**

(cette phrase doit être écrite, ci-dessous, entièrement de votre main) :

Est puni d'un an d'emprisonnement et de 15000 euros d'amende le fait d'établir une attestation ou un certificat faisant état de faits matériellement inexacts

Indiquez ci-dessous les faits auxquels vous avez assisté ou que vous avez constatés personnellement :

Madame Brown avait fait une Réservation du 5 au 13 avril 2024. Le jeudi 11 Avril elle nous a appelé pour nous avertir qu'elle était rentrée aux USA, qu'elle annulait donc la fin de la semaine. Elle nous a donc demandé de renvoyer ses bagages par transporteur aux USA.

A la demande de la police j'ai regardé les enregistrements des caméra de surveillance de l'hôtel et j'ai vu que le 8 Avril au matin, Madame Brown, ainsi que sa mère et ses deux filles, quitter l'établissement. 2h après Madame Brown revenait seule pour chercher sa valise à elle, mais en laissant les valises des enfants ainsi que les doudous, des vêtements des filles et un apple watch. La police m'a demandé de ne pas renvoyer les valises aux USA car les éléments étaient importants dans l'enquête d'enlèvement d'enfants. Les affaires ont été récupérés par PL PARIS avec autorisation de la police. Également trouvés dans la valise des appareils dentaires. Sur les vidéos de surveillance j'ai pu identifier la voiture avec laquelle ils sont partis, en revanche quand Mme BROWN est revenue chercher sa valise la voiture n'était pas la même.

J'atteste tout cela en tant que directeur de l'établissement.

Page 2 sur 3

EXHIBIT 76 - PAGE 3 OF 5

**Pièce à joindre :**

• Un original ou une photocopie d'un document officiel justifiant de votre identité et comportant votre signature.

**ATTESTATION SUR L'HONNEUR**

Je soussigné(e) (prénom, nom) : David FAJET

certifie sur l'honneur que les renseignements portés sur ce formulaire sont exacts.

Fait à : Perpignan                     Le 03/06/2024

Signature

La loi n°78-17 du 6 janvier 1978 relative aux fichiers nominatifs garantit un droit d'accès et de rectification des données auprès des organismes destinataires de ce formulaire.





EXHIBIT 76 - PAGE 5 OF 5