# EXHIBIT 77

**Subject:** Re: De la part du Cabinet d'Orthodontie des Dr Chpindel **From:** dr florence chpindel <ortho@chpindel.com> **Date:** 13/02/2024, 19:16 **To:** Sysmic Aparis <aparis@sysmicfilms.com>

Good day sir,

Thanks for your feedback.

Given the tense situation with the mother, we will do without her signature on the quotes since she has already signed the informed consents with us.

She therefore signified us her agreement to begin the treatments of Juliette and Eva.

Good evening,

Sincerely,

Delilah

01 46 22 66 66

On 02/13/2024 at 2:25 p.m., Sysmic Aparis wrote:

> Hello, yes it is obvious that if Mrs. Brown refused to participate in the orthodental care of our daughters you would not be impacted in any way and we already have a case before the family judge in Paris on this subject.
>
> Having full custody of our daughters it is with me that you will deal for care and payments as we have done from the beginning.
>
> On the other hand, you told me that you could not begin care for our daughters until the documents you had provided me, including the estimate, had not been signed by both parents, which I had relayed to Mrs. Brown who had until now refused to sign anything other than informed consent. This is why I asked you if it was really necessary for her to also sign the quotes.
>
> Now that she has contacted you, have you been able to validate her agreement so that Eva and Juliette's care can begin or do you still need her to sign all the requested documents?
>
> Thank you for your response on this subject because it may impact our appearance before the family judge tomorrow Wednesday morning.
>
> Sincerely,
>
> Arnaud Paris
>
> sent from my Iphone
>
>> Feb. 13 2024 at 11:31, dr florence chpindel <ortho@chpindel.com> wrote :

Case 1:24-cv-00648-AA    Document 23-71    Filed 06/20/24    Page 3 of 3
Re: De la part du Cabinet d'Orthodontie des Dr Chpindel

Case 1:24-cv-00648-AA    Document 23-71    Filed 06/20/24    Page 3 of 3
Re: De la part du Cabinet d'Orthodontie des Dr Chpindel

**Subject:** Re: De la part du Cabinet d'Orthodontie des Dr Chpindel
**From:** dr florence chpindel <ortho@chpindel.com>
**Date:** 13/02/2024, 19:16
**To:** Sysmic Aparis <aparis@sysmicfilms.com>

Bonsoir Monsieur,

Merci pour votre retour.

Au vu de la situation tendu avec la maman, nous nous passerons de sa signature sur les devis puisqu'elle nous a déjà signé les consentements éclairés.

Nous signifiant ainsi son accord pour entamer les traitements de Juliette et Eva.

Bonne soirée,

Cordialement,

Dalila

01 46 22 66 66

Le 13/02/2024 à 14:25, Sysmic Aparis a écrit :

> Bonjour, oui il est évident que si Madame Brown refusait de participer aux soins orthodentaires de nos filles vous ne seriez aucunement impacté et nous avons déjà une affaire devant le juge de la famille à Paris ce sujet.
>
> Ayant la garde complète de nos filles c'est avec moi que vous traiterez pour les soins et les paiements comme nous le faisons depuis le début.
>
> Par contre vous m'aviez indiqué que vous ne pourriez pas commencer les soins pour nos filles tant que les documents que vous m'aviez fournis, comprenant le devis, n'auraient pas été signés par les deux parents, ce que j'avais relayé à Madame Brown qui avait refusé jusqu'à présent de signer autre chose que le consentement éclairé. C'est la raison pour laquelle je vous avais demandé s'il était vraiment nécessaire qu'elle signe aussi les devis.
>
> Maintenant qu'elle vous a contacté avez vous pu valider son accord pour que les soins d'Eva et Juliette puissent commencer ou avez vous toujours besoin qu'elle vous signe tous les documents demandés?
>
> Merci pour votre réponse à ce sujet car cela peut impacter notre passage devant le juge de la famille demain mercredi matin.
>
> Cordialement,
>
> Arnaud Paris
>
>
> Envoyé de mon iPhone
>
>> Le 13 févr. 2024 à 11:31, dr florence chpindel <ortho@chpindel.com> a écrit :