EXHIBIT 78



[Translator's note: The following sworn testimony is taken from the witness statement by David Benamou submitted to the Ministry of Justice]

Indicate below the events you witnessed or personally observed:

Paris, June 17, 2024

With this letter, I would like to affirm the strong friendship between my daughter Anna and her friends Juliette and Eva. Their close friendship developed as early as Petite Section at the Hospitalière school in 2017, and has grown stronger over time. In particular, Anna's bond with Juliette is particularly strong, making Juliette her best friend.

Following Eva and Juliette's return home to Paris after a year without news from the United States, I had the pleasure of observing the girls' great joy at reuniting during the month of August 2023. We spent part of the vacation at my home in the Drôme. It was a very warm reunion after such a long and worrying absence for my daughter Anna, who was afraid of losing her girlfriends forever.

Indeed, the situation of the girls being so far apart had made me worry about how the children's reunion would go. Our children's friendship soon reassured me that the distance had not had the impact I had feared.

In September 2023, the start of the new school year at École Hospitalière, where Juliette and Anna are in the same class, also went smoothly.

As a local neighbor, I often had the opportunity to observe Eva and Juliette outside school. They resumed their many Parisian activities without difficulty. They've reconnected with their close circle and found their bearings and friends again.

Every morning, Anna and I accompany Juliette to school. During this intimate moment, the girls talk about their personal lives, and I've noticed that they're much closer than they were a year ago.

School life is punctuated by school parties, where Eva (who attends a different school) is always present alongside her sister, prolonging the bond with all of their friends from kindergarten. These are simple moments where their happiness is a joy to behold. The girls feel at home here.

Also, this school on a human scale is ideal for preparing in the best conditions for the always complex transition to 6th grade. As our daughters will be going to collège Charlemagne [middle school] together in a year's time, they are preparing together (by visiting the campus, for example) to tackle this turning point as serenely as possible.

Despite these happy moments, I remained sensitive to the balance of the Paris children.

I was surprised by the prolonged absence of Heidi, their mother.

Eva and Juliette are part of my daughter Anna's circle of close friends. To cast doubt on this fact is at best bad faith, at worst a lie.

Their sudden departure for the USA has left us in a state of confusion and dismay.

We haven't heard from them since, and my daughter regularly asks for news of her friends who are no longer there. She feels very sad. I think my initial concern about Heidi's desire to be far away has become a reality.

**AFFIDAVIT**

I, the undersigned (first name, last name): _David Benamou_____,
do hereby swear on my honor that the information provided on this form is exact.
Executed in:_Paris_____ on June 17, 2024
[Signature]

EXHIBIT 78 - PAGE 1 OF 4





Nous sommes là pour vous aider

N° 11527*03

*cerfa*

## Attestation de témoin

(Articles 200 à 203 du code de procédure civile, article 441-7 du code pénal)

### Votre identité :

☐ Madame   ☒ Monsieur

Votre nom de famille (nom de naissance) : **Benamou**

Votre nom d'usage (exemple : nom d'époux / d'épouse) : _____

Vos prénoms : **David**

Vos date et lieu de naissance : |1|8|0|6|1|9|7|0|

à **Paris**

Votre profession : **Artiste**

Votre adresse : **8 rue de rivoli**

Complément d'adresse : _____

Code postal |7|5|0|0|4|   Commune : **Paris**

Pays : **France**

Lien de parenté, d'alliance, de subordination, de collaboration ou de communauté d'intérêts avec les parties :   Oui ☐   non ☒

Si oui, précisez lequel : _____

Sachant que l'attestation sera utilisée en justice et connaissance prise des dispositions de l'article 441-7 du code pénal réprimant l'établissement d'attestation faisant état de faits matériellement inexacts ci-après rappelés :

**« Est puni d'un an d'emprisonnement et de 15000 euros d'amende le fait d'établir une attestation ou un certificat faisant état de faits matériellement inexacts ».**

*(cette phrase doit être écrite, ci-dessous, entièrement de votre main) :*

" Est puni d'un an d'emprisonnement et do 15000 euros d'amende le fait d'établir une attestion au un certificat faisant état do faits materiellents inexacts ".

Indiquez ci-dessous les faits auxquels vous avez assisté ou que vous avez constatés personnellement :

Fait à Paris le 17 juin 2024

Par cette lettre, je tiens à affirmer la forte amitié qui lie ma fille Anna à ses amies Juliette et Eva. Leur complicité s'est développée dès la Petite Section à l'école Hospitalière en 2017, et s'est renforcée au fil du temps. En particulier, le lien qui unit Anna à Juliette est particulièrement fort, faisant de cette dernière sa meilleure amie.

Après le retour d'Eva et Juliette chez elle à Paris, après une année passée sans nouvelles aux États-Unis, j'ai eu le plaisir d'observer la grande joie qu'ont eu les filles de se retrouver durant le mois d'août 2023. Nous avons partagé une partie de ces vacances dans ma maison dans la Drôme. Ces retrouvailles ont été empreintes de moment très chaleureux après une absence aussi longue et inquiétante pour ma fille Anna qui avait peur de perdre ses copines pour toujours.

Effectivement, la situation liée à la grande distance des filles avait suscité en moi une certaine inquiétude quant à la façon dont les enfants allaient se retrouver. Très vite, l'amitié de nos enfants ma rassuré sur ce point, l'éloignement n'avait pas eu l'impact que je redoutais.

En septembre 2023, la rentrée scolaire à l'école Hospitalière, où Juliette et Anna sont dans la même classe, s'est également déroulée de manière harmonieuse.
En tant que voisin de quartier, j'ai souvent eu l'occasion d'observer Eva et Juliette, hors de l'école. Elles ont repris leurs nombreuses activités parisiennes sans difficulté. Elles ont renoué avec leur cercle proche et retrouvé leurs marques et amis.
Tous les matins, c'est Anna et moi qui accompagnant Juliette à l'école. Les filles peuvent lors de ce moment intime échangé sur leur vie personnelle et je constate qu'elles sont bien plus complices qu'il y a un an.
La vie scolaire est rythmée par les fêtes de l'école, où Eva (qui est scolarisée dans un autre établissement) est toujours présente aux côtés de sa sœur, prolongeant un lien avec tous leurs amis de la maternelle. Ce sont des moments simples où la joie fait plaisir à voir. Les filles se sentent chez elles dans cet établissement.
Aussi, cette école de taille humaine est idéale pour préparer dans les meilleures conditions le passage toujours complexe vers la 6e. Comme nos filles iront ensemble au collège Charlemagne dans un an, elles se préparent conjointement (en effectuant la visite du collège par exemple) pour aborder ce virage le plus sereinement possible.
En dépit de ces moments de bonheur, je demeurait sensible à l'équilibre des enfants Paris.
Je restait surpris de l'absence prolongée d'Heidi, leur mère.
Eva et Juliette font partie du cercle d'amis proches de ma fille Anna. Mettre en doute cette réalité est au mieux de mauvaise foi, au pire un mensonge.

Leur départ soudain aux USA nous a plongé dans l'incompréhension et le desarrois.
Nous n'avons plus aucunes nouvelles et ma fille réclame régulièrement des nouvelles de ses amies qui ne sont plus là. Elle ressent une grande tristesse. Je pense que mon inquiétude initiale sur l'éloignement souhaité par Heidi soit devenu une réalité.

EXHIBIT 74 - PAGE 3 OF 4

## Pièce à joindre :

• Un original ou une photocopie d'un document officiel justifiant de votre identité et comportant votre signature.

**ATTESTATION SUR L'HONNEUR**

Je soussigné(e) (prénom, nom) : David Benamou

certifie sur l'honneur que les renseignements portés sur ce formulaire sont exacts.

**Fait à :** Paris                                          **Le** 17 06 2024

**Signature**

La loi n°78-17 du 6 janvier 1978 relative aux fichiers nominatifs garantit un droit d'accès et de rectification des données auprès des organismes destinataires de ce formulaire.

EXHIBIT 74 - PAGE 4 OF 4