# EXHIBIT 79

**MINISTÈRE DE LA JUSTICE**

Nous sommes là pour vous aider

N° 11527*03



## Attestation de témoin

(Articles 200 à 203 du code de procédure civile, article 441-7 du code pénal)

### Votre identité :

☒ Madame      ☐ Monsieur

Votre nom de famille (nom de naissance) : **Sumner**

Votre nom d'usage (exemple : nom d'époux / d'épouse) : _____

Vos prénoms : **Keira**

Vos date et lieu de naissance : 1 2 | 2 1 | 0 2 0 0 3 |
à **Farmington, New Mexico, USA**

Votre profession : **Hotel Front Desk Attendant**

Votre adresse : **2310 E Garfield Street**

Complément d'adresse : **Apt. A10**

Code postal : 8 2 0 7 0 |   Commune : **Laramie, WY**

Pays : **United States of America**

Lien de parenté, d'alliance, de subordination, de collaboration ou de communauté d'intérêts avec les parties : Oui ☒   non ☐
Si oui, précisez lequel : **Au pair**

---

Sachant que l'attestation sera utilisée en justice et connaissance prise des dispositions de l'article 441-7 du code pénal réprimant l'établissement d'attestation faisant état de faits matériellement inexacts ci-après rappelés :

« **Est puni d'un an d'emprisonnement et de 15000 euros d'amende le fait d'établir une attestation ou un certificat faisant état de faits matériellement inexacts** ».

*(cette phrase doit être écrite, ci-dessous, entièrement de votre main)* :

*Est puni d'un an d'imprisonnement et de 15000 euros d'amende le fait d'établir une attestation ou un certificat faisant état de faits matériellement inexacts*

EXHIBIT 79 - PAGE 1 OF 5

Indiquez ci-dessous les faits auxquels vous avez assisté ou que vous avez constatés personnellement :

My name is Keira Summer. I was contacted by M. Paris in the spring of 2023 regarding the possibility that I could join them later that same year in Paris as an Au Pair to help with his daughters, Eva and Juliette, of which he had obtained custody in Paris. Arnaud wanted Eva and Juliette to stay connected to their American culture, so he thought it was important to have an American Au Pair with them during their first school year back to help them retain their abilities to speak English. Arnaud and I had a few important conversations over Facetime before Arnaud suggested that I come to Ashland for a few days to meet his daughters in person and to see if I was a good fit for them. I visited Ashland from June 3rd - June 7th and I stayed in a guest house near the house that Arnaud and his daughters were staying in for the time I was there. Upon arrival, Arnaud explained to me the ongoing situation with Heidi Brown, and that she was fighting the French judgement and was refusing to return to France as she had previously agreed to come the end of the 2022-2023 school year. I spent those days in Ashland developing a great and meaningful relationship with the girls. Naturally, I spoke with them about their return to Paris, and how they were feeling. I could tell that they were excited to return. They told me how they were to go to their favorite water park again, and to see their best friends again too. There was no doubt in their minds that they were returning to Paris. When we spoke of it, they always said "when" not "if". They had known all along that Ashland was temporary. Eva told me all about her music classes in Paris and how she cannot wait to resume them. She told me she was learning to play the violin, and I myself am also a violin player of 8 years. This was something that her and I bonded over. I

EXHIBIT 79 - PAGE 2 OF 5

Indiquez ci-dessous les faits auxquels vous avez assisté ou que vous avez constatés personnellement :

played for her and told her how excited I was to help her with her music studies in France and watch her talent grow. After this, she seemed even more eager to reunite with her classmates who are all on a path to form an orchestra as part of a special 4 year program. Juliette and I also had a great connection with the fact that I also have a long experience with dancing. I told her how much I would love to watch her dance at her conservatory. She expressed that dancing is important to her, much like music is to Eva. She told me how she is also looking forward to resuming her dance classes and become a world class dancer. Not only this, but she shared with me that she has other hobbies such as Judo that she was excited to return to taking lessons in Paris. I never felt any hold back on behalf of the girls regarding their return to Paris, itself. They were obviously obsessed with the idea. The only time I ever felt any negativity surrounding their return was when I was sharing photos of my cat with them, and Eva grew quiet and became visibly upset. She expressed that they have a cat at their mother's house that she is reluctant to leave because her mother had told her that it is unlikely that she will ever see the cat again in it's lifetime. I soon saw firsthand that their mother was creating tremendous amounts of emotional pressure that would result in random bursts of emotion from them. The girls are too young to able to successfully cope with something of the sort, and it truly makes me sad seeing them have to face this at such a young age. It seemed as though their mother did not have their best interest in mind. She wanted to stay in Oregon with her family while it is evident that her daughters were wanting to go back to France, all the while trying to use their emotional attachment to their cat to guilt them. On

EXHIBIT 79 - PAGE 3 OF 5

Indiquez ci-dessous les faits auxquels vous avez assisté ou que vous avez constatés personnellement :

top of that, if the children were to stay in Ashland, it would logistically be difficult for Arnaud to be as involved in his children's lives as his housing and work situations were temporary. This is the last thing he would've wanted. Even after spending only a few days with them, I could easily tell that Arnaud loves them to the ends of the earth. Since my visit, I have stayed in touch with the girls by sending them frequent videos on my life. I have been working with Arnaud to get all my documents in line to apply for a visa. We waited to start this process for a while to see if Heidi was planning to move to France as originally planned. However, after months had passed Arnaud had said that we had no choice but to move forward without her. He said that we would try to keep her as involved as possible and keep her updated, but her lack of cooperation has made it difficult. As she is the mother of these kids that I have grown very fond of, Arnaud tried to arrange a Zoom call for us to be formally introduced, but as of writing this, it has yet to happen.

EXHIBIT 79 - PAGE 4 OF 5

## Pièce à joindre :

• Un original ou une photocopie d'un document officiel justifiant de votre identité et comportant votre signature.

**ATTESTATION SUR L'HONNEUR**
Je soussigné(e) (prénom, nom) : _Keira Summer_
certifie sur l'honneur que les renseignements portés sur ce formulaire sont exacts.

Fait à : _Laramie, WY_     Le _01 10 92 02 31_

Signature _Keira Summer_

La loi n°78-17 du 6 janvier 1978 relative aux fichiers nominatifs garantit un droit d'accès et de rectification des données auprès des organismes destinataires de ce formulaire.

EXHIBIT 79 - PAGE 5 OF 5