# EXHIBIT 80



Special Advisor to the
President of the Republic,
Chief of Staff of
Madame Brigitte Macron

N°PDR/CP/BEAR/BCM/1027468

Mr. Arnaud PARIS 13
RUE FERDINAND DUVAL
75004 PARIS

Paris, May 24, 2024

Sir,

The President of the Republic and Madame Brigitte MACRON have received the letters that you wished to send to them concerning your two daughters, Eva and Juliette, held by their mother since April 6.

Sensitive to the confidence shown by your approach, the Head of State and his wife have entrusted me with the task of thanking you and ensuring that all attention is paid to the concerns you express.

You know the importance that the President of the Republic and Madame MACRON attach to child protection.

In this regard, if the Head of State cannot intervene in a matter falling within the jurisdiction of the judicial authority, I have nevertheless forwarded your letter to Messrs Stéphane SÉJOURNÉ, Minister for Europe and Foreign Affairs, and Éric DUPOND-MORETTI, Keeper of the Seals, Minister of Justice. Their services will keep you directly informed of the outcome of your concerns.

Wishing you to maintain courage, please accept, Sir, the expression of my best feelings.



Tristan BROMET

PALAIS DE L'ÉLYSÉE — 55, RUE DU FAUBOURG-SAINT-HONORÉ, 75008 PARIS

In order to contribute to respecting the environment, the Presidency of the Republic invites you to favor sending your correspondence by email on the site www.elysee.fr, section write to the President.



EXHIBIT 80 - PAGE 1 OF 2



*Le Conseiller spécial auprès
du Président de la République.
Directeur de cabinet
de Madame Brigitte Macron*

N°PDR/CP/BEAR/BCM/l027468

Monsieur Arnaud PARIS
13 RUE FERDINAND DUVAL
75004 PARIS

Paris, le  2 4 MAI 2024

Monsieur,

Le Président de la République et Madame Brigitte MACRON ont bien reçu les courriers que vous avez souhaité leur faire parvenir concernant vos deux filles, Eva et Juliette, retenues par leur mère depuis le 8 avril dernier.

Sensibles à la confiance dont témoigne votre démarche, le Chef de l'État et son épouse m'ont confié le soin de vous en remercier et de vous assurer de toute l'attention portée aux inquiétudes que vous exprimez.

Vous connaissez l'importance que le Président de la République et Madame MACRON accordent à la protection de l'enfance.

A cet égard, si le Chef de l'Etat ne peut intervenir dans une affaire relevant de la compétence de l'autorité judiciaire, j'ai néanmoins transmis votre courrier à Messieurs Stéphane SÉJOURNÉ, ministre de l'Europe et des affaires étrangères, et Éric DUPOND-MORETTI, Garde des Sceaux, ministre de la justice. Leurs services vous tiendront directement informé de la suite réservée à vos préoccupations.

Vous souhaitant de garder courage, je vous prie d'agréer, Monsieur, l'expression de mes sentiments les meilleurs.



Tristan BROMET

PRÉSIDENCE DE LA REPUBLIQUE
PALAIS DE L'ÉLYSÉE — 55, RUE DU FAUBOURG-SAINT-HONORÉ, 75008 PARIS

*Afin de contribuer au respect de l'environnement, la Présidence de la République vous invite à privilégier l'envoi de vos correspondances par courriels sur le site www.elysee.fr, rubrique « écrire au Président ».*

Imprimé sur papier recyclé pour préserver notre planète



EXHIBIT 80 - PAGE 2 OF 2