# EXHIBIT 82

**Subject:** Inappropriate conversations with the kids
**From:** Heidi Brown <heidimparis@gmail.com>
**Date:** 08/06/2024, 20:15
**To:** Arnaud Paris <aparis@sysmicfilms.com>

Arnaud,

I am sad to see that you continued to question the girls about our home address over and over again on the call with them last Saturday. You are well aware that you no longer have the right to know my address per the General Judgment of Default and this puts the girls in a terribly uncomfortable situation. Interrogating the kids like this is entirely inappropriate and raises some serious security concerns. This has to stop.

As I mentioned over the phone, I am going to pause communications for a couple weeks and in the meantime would like some assurance from you that you will cease questioning the girls about our address as well as discussing any legal matters.

Heidi