# EXHIBIT 01

**Subject:** Re: Update on response to respondent's reply and phone conference about communication with children
**From:** Arnaud Paris <arnaud@skyvr.com>
**Date:** 03/07/2024, 21:16
**To:** Katrina Seipel <KAS@buckley-law.com>
**CC:** Katelyn Skinner <kds@buckley-law.com>, Wendy Goodyear <wag@buckley-law.com>

Miss Seipel, I would like to setup a phone conference urgently regarding the abduction that Miss Brown committed and I would like you to explain how Miss Brown took Eva and Juliette outside of France in violation of two French judgments including one forbidding Miss Brown to exit France or Europe with our children that Miss Brown told in person she would never dare violate to the presiding judge of the appeal court of Paris just a few days before.

Please provide me with the detailed itinerary she took to leave France and which exit point of the European border controls she used and at what exact time of passage.

Please provide me with the documents she used to exit Europe.

I would like to know your involvement and the involvement of your law firm in the preparation of this abduction since last August.

I would like to talk also with you about the parental alienation undergoing since Miss Brown abducted our children from France and the fact that neither me nor my family could do a single video call for the last three months with Eva and Juliette.

Please let me know of your availability to discuss these points urgently in the next few days and please provide me with the requested documents right away.

Regards,

Arnaud Paris

> Le 3 juil. 2024 à 19:02, Katrina Seipel <KAS@buckley-law.com> a écrit :
>
> Mr. Paris--
>
> I have an obligation to attempt conferral with you regarding our motion to dismiss. While I doubt we will be able to come to any sort of consensus, please let me know if there is a day/time you are willing to speak with me on the matter.
>
> Thank you,
>
> Katrina Seipel
> Attorney at Law, Associate
>
>
>
> t 503.620.8900 | f 503.620.4878
> 5300 Meadows Road, Suite 200 | Lake Oswego, OR  97035
> KAS@buckley-law.com
> www.buckley-law.com
>
>
>
> Buckley Law emphasizes Business, Employment, Estate Planning, Family, Litigation & Real Estate Law
>
> This e-mail message, including any attachments, may contain attorney privileged and/or confidential information. The review, disclosure, distribution, or copying of this message by or to anyone other than the named addressee(s) is strictly prohibited. If you have received this message in error, please immediately notify me by reply e-mail and destroy the original and all copies of the message.
>
> -----Original Message-----
> From: Arnaud Paris <arnaud@skyvr.com>
> Sent: Wednesday, June 26, 2024 11:55 AM