# EXHIBIT 04

# GHEF Grand

Hôpital de Est Francilien

EMERGENCY Center

[illegible]

N° FINESS 770015012

Head of Pole
Dr R. MOUDOUD

## EMERGENCY REPORT - Jossigny SAU

**KATIA PARIS, born: GARMIGNY**

| N° IPP | Entry Date/Time | N° SDIS-VLSM | Stay N° |
|---|---|---|---|
| 203233190 | 06/28/2024 / 00:12 | | 2400081762U |

Patient Contact Information
Tel: 01-60-04-71-94
46 RUE DE LA SOURDE
(77700) MAGNY THE GELDING

Mode of arrival: Firefighters
Origin: 85
Attending physician(s):

### 01 SPEAKERS

Senior doctor(s): Dr MELLASSI OUMAYMA - Dr ADRAR FAYCAL
Reception and Orientation Nurse: PEREIRA ALEXIA
Sector Nurse: WIERUSZEWSKI VICTORY

### 02 RECEPTION AND ORIENTATION NURSE (IAO)

IAO support time: 06/28/2024 00:46

Reason for consultation on arrival (nurse): Dizziness/vertigo

Reception nurse statement: Around 9 p.m. while watching television feeling of hearing loss, resonant sound, tinnitus. Then dizziness and loss of balance with headache, no speech impediment. A IAO: FAST neg, no DTS, IRS
pupil

**INITIAL CONSTANTS:**

| BP (mmHg) | 159/76 | BP 2 (mmHg) | 145/71 |
|---|---|---|---|
| HR | 72 | EVA | 3 |
| Temperature | 36.4 | Hemoglucose (g/l) | |
| SpO2 (%) | 95 | Capillary (s) | |
| Pain scale | 0 | CO (%) | |
| Resp Rate (mvts/mn) | | Ketonemia mmol/l | |
| Peakflow (l/mn) | | VAT | |



**Grand Hôpital de l'Est Francilien**

Pôle URGENCES

MARNE LA VALLEE

N° FINESS 770015023

Chef de pôle
Dr R. MOUDOUD

# COMPTE-RENDU DES URGENCES - SAU de Jossigny

| KATIA PARIS, né(e) : GARMIGNY | | | | |
|---|---|---|---|---|
| Date de naissance : 03/04/1947 - Age : 77a - Sexe : F | | | | |
| N°IPP | Date / Heure d'entrée | N°SDIS - VLSM | | N°Séquentiel |
| 203233190 | 28/06/2024 / 00:12 | | | 2400081762U |

**Coordonnées du patient**
Tel: 01-60-04-71-84
48 RUE DE LA SOURDE
(77700) MAGNY LE HONGRE

Mode d'arrivée : Pompiers
Provenance : 85
Médecin(s) traitant(s) :

- 
- 

### 01 - INTERVENANTS

Médecin(s) sénior(s): Dr MELLASSI OUMAYMA - Dr ADRAR FAYCAL
Infirmier(e) d'Accueil et d'Orientation : PEREIRA ALEXIA
Infirmier(e)(s) de secteur : WIERUSZEWSKI VICTOIRE

### 02 - INFIRMIER(E) D'ACCUEIL ET D'ORIENTATION (IAO)

*Heure de prise en charge IAO : 28/06/2024 00:46*

Motif de consultation à l'arrivée (infirmier) : Etourdissement / vertiges

Commentaire Infirmière d'accueil : Vers 21h en regardant la télévision sensation de perte d'audition, son en résonnance, acouphène. Puis vertige et perte d'équilibre avec céphalée, pas de trouble de l'élocution.
A l'IAO: FAST neg, pas de DTS, pupille IRS

**CONSTANTES INITIALES:**

| PA gauche (mmHg) | 159 / 76 | PA droite (mmHg) | 145 / 71 |
|---|---|---|---|
| Pouls | 72 | EVA | 3 |
| Température | 36.4 | Hémoglucotest (g/l) | |
| SpO2 (%) | 95 | Hb Capillaire (g/dl) | |
| Débit O2 (l/mn) | 0 | CO (%) | |
| Fréq. Resp (mvt/mn) | | Cétonémie (mg/dl) | |
| PeakFlow (l/mn) | | VAT | |

SITE de MARNE LA VALLEE
2-4 Cours de la Gondoire
77600 Jossigny
01.64.77.64.77

SITE de MEAUX
(Siège social)
6-8 rue Saint-Fiacre
BP 218
77104 Meaux cedex
01.64.77.24.77

SITE de COULOMMIERS
4 Rue Gabriel Péri
77527 Coulommiers cedex
01.64.77.64.77

SITE de JOUARRE
21 Rue du Petit Morin
77640 Jouarre
01.60.24.41.41