# EXHIBIT 05

 **Heidi Brown**

their news.
Because we miss them a lot.
THANKS

18:32

Fri June 28

Hello Heidi My mother was in the emergency room last night because she had a heart problem, high blood pressure.
It's a wake-up call that she's not doing very well. I think she is suffering emotionally and physically from not being able to interact with her little daughters Eva and Juliette. We all miss them but even more so their French grandparents. Could you give them an exchange via Visio with Eva and Juliette?
THANKS

Fabienne

14:39

EXHIBIT 05 - PAGE 1 OF 2

16:41 .ıl 5G 86

<  **Heidi Brown**  

leur nouvelles.
Car elles nous manquent beaucoup.
Merci                                   18:32 ✓✓

**ven. 28 juin**

Bonjour Heidi
Ma mère a été aux urgences cette nuit car elle a eu un problème au cœur, de l'hypertension.
C'est une alerte qu'elle ne va pas très bien.
Je pense qu'elle subit émotionnellement et physiquement de ne pas pouvoir échanger avec ses petites filles Eva et Juliette.
Elles nous manquent à tous mais encore plus cruellement à leurs grands-parents français.
Pourrais-tu leur accorder un échange par Visio avec Eva et Juliette ?
Merci
Fabienne                                14:39 ✓✓

\+     

EXHIBIT 05 - PAGE 2 OF 2