FILED'24 JUL 31 16:10USDC-ORM

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| In re the Matter of J.P. and E.P.:<br><br>ARNAUD PARIS,<br><br>　　　　　　　　Petitioner,<br><br>and<br><br>HEIDI MARIE BROWN,<br><br>　　　　　　　　Respondent. | Civil Action No. 1:24-cv-00648-AA<br><br>PETITIONER'S REQUEST FOR EXPEDITED HEARING UNDER ARTICLE 11 OF THE HAGUE CONVENTION AND LR 7-1(g) ON RESPONDENT'S MOTION TO DISMISS THIS HAGUE ACTION<br><br>*Oral Argument and Evidentiary Hearing Requested Expeditiously under the Hague Convention Article 11 with Remote Appearance of Petitioner living in France* |

Petitioner, Father, would like to ask that Respondent's motion to dismiss filed on May 28th be heard expeditiously under an evidentiary hearing to which Petitioner should be allowed to participate remotely from France as this Hague Action requires these proceedings to be expedited under the Article 11 of the Hague Convention which says:

*The judicial or administrative authorities of Contracting States shall act expeditiously in proceedings for the return of children.*

Case 1:24-cv-00648-AA    Document 29    Filed 07/31/24    Page 2 of 5

> *If the judicial or administrative authority concerned has not reached a decision within six weeks from the date of commencement of the proceedings, the applicant or the Central Authority of the requested State, on its own initiative or if asked by the Central Authority of the requesting State, shall have the right to request a statement of the reasons for the delay. If a reply is received by the Central Authority of the requested State, that Authority shall transmit the reply to the Central Authority of the requesting State, or to the applicant, as the case may be.*

Father filed this Hague Action on April 16th 2024, so more than 14 weeks ago, and LR 7-1(g) also provides authority for a party to request an expedited hearing if they believe that a prompt decision is necessary, which the attached letter from the Oregon psychologist Kathy Marshack supports. **See attached Exhibit 01**, Letter from Kathy Marshack.

Furthermore the French Central Authority has advised Father to communicate this same letter from Kathy Marshack, an Oregon established psychologist, who is concerned about the mental well being of our children and the likely parental alienation on the part of their Mother, Respondent. Therefore Miss Marshack is advising and asking the Federal Court to act promptly to provide a wellfare check on our children as well as a psychological evalutation of both our children and their mother, Respondent. See attached Exhibit 01.

Father would like to also inform the court that to help facilitate the expeditiousness of this matter he recently obtained confirmation from Emmanuel Macron's French presidency office and from the French minister of Justice Éric Dupond-Moretti that France

**PETITIONER'S REQUEST FOR EXPEDITED HEARING ON RESPONDENT'S MOTION**
Page 2 of 5            Case No. 1:24-cv-00648-AA

is ready and willing to provide Honorable Judge Aiken with a letter under the article 15 of the Hague Convention regarding the wrongful nature of the removal of Eva and Juliette from French territory if Honorable Judge Aiken would like to receive that letter promptly from the French authorities as part of these Hague Proceedings.

This letter under Article 15 would refer in part to the previously provided notice from the French criminal judge in charge of the abduction of Eva and Juliette Paris that Respondent, Miss Brown, conducted on French soil lasts April. This document from the Paris French Criminal Judge which had been previously provided to this court on June 21st under Exhibit 71 *"Notice to victim May 31*$^{st}$*"* and that contained an error in its English translation. The corrected title of this notice is the following:

***"NOTICE TO VICTIM TO FILE AS A CIVIL PARTY IN A CRIMINAL ACTION"***

Instead of:

***"NOTICE TO VICTIMS TO FILE CIVIL SUIT"***

**See attached Exhibit 02**, corrected certified translation *"Notice to victim May 31*$^{st}$*"*.

DATED this 31st day of July, 2024, in Paris, France

    Submitted by:
    Arnaud PARIS, Pro Per

    13 rue Ferdinand Duval
    75004 Paris, FRANCE
    +33.6.88.28.36.41

## VERIFICATION

I, Arnaud Paris, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNED AND DATED this 31st day of July, 2024, in Paris, France.

_____
Arnaud Paris

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PETITIONER'S REQUEST FOR EXPEDITED HEARING UNDER ARTICLE 11 OF THE HAGUE CONVENTION AND LR 7-1(g) ON RESPONDENT'S MOTION TO DISMISS THIS HAGUE ACTION** on the following party:

> Katelyn Skinner at kds@buckley-law.com
> Katrina Seipel at kas@buckley-law.com
> Attorneys for Respondent

By the following method or methods:

\_\_\_\_\_ by **mailing** full, true, and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the attorneys(s) as shown above, the last known office address of the attorney(s), and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

__X__ by **emailing** full, true, and correct copies thereof to the attorneys on record for Respondent shown above, which is the last known email address for the respondent's attorneys on the date set forth below.

\_\_\_\_\_ by **faxing** full, true, and correct copies thereof to the attorney(s) at the fax number(s) shown above, which is the last known fax number for the attorney(s) office, on the date set forth below. The receiving fax machines were operating at the time of service and the transmission was properly completed.

\_\_\_\_\_ by selecting the individual(s) listed above as a service contact when preparing this electronic filing submission, thus causing the individual(s) to be served by means of the **court's electronic filing system.**

DATED this 31st day of July, 2024, in Paris, France.

By: _/s/_
ARNAUD PARIS, Petitioner

ARNAUD PARIS
13 rue Ferdinand Duval
75004, PARIS, FRANCE
Telephone: +33688283641
Email: aparis@sysmicfilms.com