FILED'24 AUG 8 15:35USDC-ORM

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| Plaintiff / Petitioner:<br>ARNAUD PARIS | Case No:<br>1:24-cv-00648-AA |
|---|---|
| Defendant / Respondent:<br>HEIDI MARIE BROWN | DECLARATION OF SERVICE |

The undersigned, deposes and says: That she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on Wed, Aug 07 2024 at 11:59 AM, at the address of 5300 MEADOWS ROAD SUITE 200, within LAKE OSWEGO, OR, the undersigned duly served the following document(s): Discovery Order in the above entitled action upon Katelyn Skinner and Katrina Seipel, by then and there, at the usual place of business of said entity, personally delivering 1 true and correct copy(ies) of the above documents into the hands of and leaving same with Wendy Goodyear, paralegal for the serveesuwho stated that she was authorized to accept on behalf of Katelyn Skinner or Katrina Seipel.

Recipient Description: White female; early 50s, 5'10" approx 300 lbs; blond hair

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct:

Date:   08/07/2024

*[signature]*

Tea Godfrey
SOLID SERVE LEGAL LLC
10121 SE SUNNYSIDE RD Suite 300
CLACKAMAS, OR 97015
503-928-6362