IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

In re the Matter of J.P. and E.P:

ARNAUD PARIS,                                                    Civ. No. 1:24-cv-00648-AA

                         Petitioner,                              **JUDGMENT**
              v.

HEIDI MARIE BROWN,

                         Respondent.

---

AIKEN, District Judge.

     For the reasons set forth in the accompanying order, the Petition, ECF No. 1,

is DISMISSED without prejudice based on fugitive disentitlement.

     It is so ORDERED and DATED this ____9th____ day of August 2024.


       /s/Ann Aiken
       ANN AIKEN
       United States District Judge