FILED 24 AUG 12 9:56USDC-ORM

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 1:2024cv00648

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 04/16/2024

Date of judgment or order you are appealing: 08/09/2024

Docket entry number of judgment or order you are appealing: 32 and 31

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Arnaud Paris

Is this a cross-appeal? ○ Yes   ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes   ● No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

13 rue Ferdinand Duval

City: Paris   State: France   Zip Code: 75004

Prisoner Inmate or A Number (if applicable):

Signature: [signature]   Date: 08/12/2024

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Arnaud Paris

Name(s) of counsel (if any):

Address: 13 rue Ferdinand Duval, 75004, Paris, FRANCE

Telephone number(s): +33 6 88 28 36 41

Email(s): aparis@sysmicfilms.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Heidi Marie Brown

Name(s) of counsel (if any):

Katelyn D. Skinner
Katrina Anne Seipel

Address: 5300 Meadows Road, Ste. 200, Lake Oswego, Oregon 97035

Telephone number(s): 503-620-8900

Email(s): kds@Buckley-law.com ; kas@buckley-law.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                        *1*                                        New 12/01/2018