FILED 25 OCT 15 13:31 USDC-ORM

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| In re the Matter of J.P. and E.P.:<br><br>ARNAUD PARIS,<br><br>                  Petitioner,<br><br>and<br><br>HEIDI MARIE BROWN,<br><br>                  Respondent. | Civil Action No. 1:24-cv-00648-AA<br><br>ORDER FOR DISQUALIFICATION OF HONORABLE JUDGE AIKEN ON REMAND |

**ORDER FOR DISQUALIFICATION OF HONORABLE JUDGE AIKEN ON REMAND:**

( ) GRANTED

( ) DENIED

IT IS SO ORDERED.

DATED this ____ day of October, 2025

 

                                                                THE HONORABLE ANN L. AIKEN
                                                UNITED STATES DISTRICT COURT JUDGE

| | |
|---|---|
| 2 | |
| 3 | Submitted by:<br>Arnaud PARIS, Pro Per |
| 4 | |
| 5 | *[signature]* |
| 6 | |
| 7 | 75004 Paris, FRANCE<br>+33.6.88.28.36.41 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **ORDER FOR DISQUALIFICATION OF HONORABLE JUDGE AIKEN ON REMAND** on the following party:

Katelyn Skinner at kds@buckley-law.com
Katrina Seipel at kas@buckley-law.com
Attorneys for Respondent

By the following method or methods:

____ prepaid envelopes, addressed to the attorneys(s) as shown above, the last known office address of the attorney(s), and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

____ shown above, which is the last known email address for the attorney(s) office, on the date set forth below by Oregon process server.

____ shown above, which is the last known fax number for the attorney(s) office, on the date set forth below. The receiving fax machines were operating at the time of service and the transmission was properly completed.

____ filing submission, thus causing the individual(s) to be served by means of the **court's electronic filing system**.

DATED this 15th day of October, 2025, in Paris, France.

By: _[signature]_
ARNAUD PARIS, Petitioner

ARNAUD PARIS
13 rue Ferdinand Duval
75004, PARIS, FRANCE
Telephone: +33688283641
Email: aparis@sysmicfilms.com