UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 9 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ARNAUD PARIS, <br><br> Petitioner - Appellant, <br><br> v. <br><br> HEIDI MARIE BROWN, <br><br> Respondent - Appellee. | No. 24-4950 <br><br> D.C. No. 1:24-cv-00648-AA <br><br> District of Oregon, Medford <br><br> MANDATE |

The judgment of this Court, entered October 03, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT