1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**MEDFORD DIVISION**

| | |
|---|---|
| In re the Matter of J.P. and E.P.: | Civil Action No. 1:24-cv-00648-AA |
| ARNAUD PARIS, | **ORDER FOR DISQUALIFICATION OF HONORABLE JUDGE AIKEN ON REMAND** |
| **Petitioner,** | |
| **and** | |
| HEIDI MARIE BROWN, | |
| **Respondent.** | |

**ORDER FOR DISQUALIFICATION OF HONORABLE JUDGE AIKEN ON**

**REMAND:**

( ) GRANTED

( ) DENIED

IT IS SO ORDERED.

DATED this ___ day of December, 2025

_____
THE HONORABLE ANN L. AIKEN
UNITED STATES DISTRICT COURT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Submitted by:
Arnaud PARIS, Pro Per

13 rue Ferdinand Duval
75004 Paris, FRANCE
+33.6.88.28.36.41

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **ORDER FOR DISQUALIFICATION OF HONORABLE JUDGE AIKEN ON REMAND** on the following party:

Katelyn Skinner at kds@buckley-law.com
Katrina Seipel at kas@buckley-law.com
Attorneys for Respondent

By the following method or methods:

_____
prepaid envelopes, addressed to the attorneys(s) as shown above, the last known office address of the attorney(s), and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

_____
shown above, which is the last known email address for the attorney(s) office, on the date set forth below by Oregon process server.

_____
shown above, which is the last known fax number for the attorney(s) office, on the date set forth below.   The receiving fax machines were operating at the time of service and the transmission was properly completed.

_____
filing submission, thus causing the individual(s) to be served by means of the **court's electronic filing system**.

DATED this 16th day of December, 2025, in Paris, France.

By:_____
ARNAUD PARIS, Petitioner

ARNAUD PARIS
13 rue Ferdinand Duval
75004, PARIS, FRANCE
Telephone: +33688283641
Email: aparis@sysmicfilms.com