UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| **In re the Matter of J.P. and E.P.:**<br><br>ARNAUD PARIS,<br><br>　　　　　　　　　　**Petitioner,**<br>**and**<br><br>HEIDI MARIE BROWN,<br><br>　　　　　　　　　　**Respondent.** | **Civil Action No. 1:24-cv-00648-AA**<br><br>**PETITIONER'S EMERGENCY MOTION FOR PROTECTIVE ORDER QUASHING OR STAYING DEPOSITION PENDING APPOINTMENT OF COUNSEL AND STATUS CONFERENCE**<br><br>*EXPEDITED UNDER ARTICLE 11 OF THE 1980 HAGUE CONVENTION* |

**I. MOTION**

Petitioner Arnaud Paris, appearing *Pro Se*, hereby moves this Court pursuant to Fed. R. Civ. P. 26(c) for a Protective Order staying the deposition of Petitioner currently noticed for January 12, 2026, by Respondent's counsel. Petitioner requests that all discovery, including depositions, be stayed until:

1. The Court rules on Petitioner's pending *Motion for Appointment of Pro Bono Counsel*; and

2. The Status Conference scheduled for January 15, 2026, and such matters regarding discovery be discussed during that Status Conference with the Hague Federal Judge.

**II. CERTIFICATION OF CONFERRAL**

Pursuant to Local Rule 7-1, Petitioner certifies that he conferred with opposing counsel regarding this deposition during a conferral on January 8, 2026 at 1pm PST. Petitioner had previously informed counsel of his unavailability on January 12th and his request to wait for the Status Conference to discuss discovery (see attached **Exhibit 01**), but opposing counsel refused to stay or reschedule the deposition during that conferral.

**III. MEMORANDUM IN SUPPORT**

**A. The Deposition is Premature Given the Pending Motion for Counsel**

Petitioner has filed a *Motion for Appointment of Pro Bono Counsel* (see Dkt 46) due to his indigency and the complexity of this international Hague Convention case. Petitioner is currently unrepresented and is a French resident. Conducting a critical deposition while Petitioner's request for representation is pending before this Court would be highly prejudicial and violate fundamental fairness. Petitioner should not be forced to defend himself in a deposition without the assistance of counsel when a motion for such assistance is active.

**B. Petitioner is Unavailable on the Noticed Date**

Respondent noticed this deposition for January 12, 2026. Petitioner explicitly informed counsel before and during their conferral that he is unavailable on January 12th due to pre-scheduled official duties at the French National Assembly in Paris from January 12–16, 2026, as confirmed by the attached attestation from Member of Parliament Stéphane Hablot dated January 9, 2026 (See attached **Exhibit 02**). Mr. Paris and his NGO "*Protection of European Children against Child Abductions*" is preparing a legislative referendum in France to pass a law inspired by the American Goldman Act to protect children from abductions. Despite this clear notice of unavailability, counsel has refused to reschedule.

**C. The Scheduled Status Conference Should Precede Discovery**

A status conference is already set with Judge Aiken for January 15, 2026. It is inefficient and burdensome to force a contentious deposition just three days prior to a conference where the Court will likely set the case schedule and address discovery parameters.

**IV. CONCLUSION**

For the foregoing reasons, Petitioner respectfully requests that this Court issue a Protective Order quashing or staying the deposition noticed for January 12, 2026, and pausing all discovery until the Court has ruled on the appointment of counsel and conducted the January 15th Status Conference.

## AFFIDAVIT OF ARNAUD PARIS IN SUPPORT OF MOTION
## FOR PROVISIONAL INTERIM CONTACT

I, **Arnaud Paris**, declare under 28 U.S.C. § 1746:

1. I am the Petitioner in this matter, and I submit this declaration in support of my Emergency Motion for Protective Order staying or quashing the deposition noticed for January 12, 2026.

2. On January 8, 2026, I conferred with Respondent's counsel regarding the noticed deposition at approximately 1:00 p.m. Pacific Time. During that conferral, I asked counsel to withdraw, stay, or reschedule the January 12 deposition date.

3. Despite my notice of unavailability and my request to withdraw or reschedule pending the January 15th Conference and my Pro Bono request, Respondent's counsel refused to withdraw, stay or reschedule the January 12 deposition.

4. This affidavit is made in good faith and not for the purpose of delay.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 9th day of January, 2026, in Paris, France

Submitted by:
Arnaud PARIS, Pro Per

13 rue Ferdinand Duval
75004 Paris, FRANCE
+33.6.88.28.36.41

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PETITIONER'S EMERGENCY MOTION FOR PROTECTIVE ORDER QUASHING OR STAYING DEPOSITION PENDING APPOINTMENT OF COUNSEL AND STATUS CONFERENCE** on the following party:

Katelyn Skinner at kds@buckley-law.com
Katrina Seipel at kas@buckley-law.com
Attorneys for Respondent

By the following method or methods:

\_\_\_\_\_   by **mailing** full, true, and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the attorneys(s) as shown above, the last known office address of the attorney(s), and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

  X     by **emailing** full, true, and correct copies thereof to the attorney(s) at the email address shown above, which is the last known email address for the attorney(s) office, on the date set forth below by Oregon process server.

\_\_\_\_\_   by **faxing** full, true, and correct copies thereof to the attorney(s) at the fax number(s) shown above, which is the last known fax number for the attorney(s) office, on the date set forth below. The receiving fax machines were operating at the time of service and the transmission was properly completed.

\_\_\_\_\_   by selecting the individual(s) listed above as a service contact when preparing this electronic filing submission, thus causing the individual(s) to be served by means of the **court's electronic filing system**.

DATED this 9th day of January 2026, in Paris, France.

By: /s/
ARNAUD PARIS, Petitioner

ARNAUD PARIS
13 rue Ferdinand Duval
75004, PARIS, FRANCE
Telephone: +33688283641
Email: aparis@sysmicfilms.com

# EXHIBIT 01

**Subject:** Re: Paris v. Brown - Notice of Deposition
**From:** Arnaud Paris <arnaud@skyvr.com>
**Date:** 05/01/2026, 20:18
**To:** Claire Russo <cmr@buckley-law.com>
**CC:** Katelyn Skinner <kds@buckley-law.com>, TeamKDS <TeamKDS@buckley-law.com>

Hello Miss Russo, I'm planning on filing a motion for protective order against that deposition and in any case I won't be available on January 12th.

Also there is a conference set by Judge Aiken on January 15th and it makes no sense to have any deposition take place before we have talked with the judge about the discovery process in this matter.

Regards,

Arnaud Paris

On 30/12/2025 02:04, Claire Russo wrote:

> Mr. Paris,
>
> Please see the attached Notice of Deposition.
>
> Sincerely,
>
> **Claire Russo**
> *Legal Assistant*
> cmr@buckley-law.com
>
> 
>
> **BUCKLEY LAW P.C.**
> 5300 Meadows Road, Suite 200
> Lake Oswego, OR 97035
>
> 503-620-8900
> www.buckley-law.com
>
> *Buckley Law P.C. is an Oregon's Most Admired Company (2021-2024), a Top Workplace in Oregon (2019-2024), and a 100 Best Companies to Work for in Oregon (2025).*
>
> Buckley Law provides comprehensive legal services in: Business Law, Intellectual Property, Employment Law, Estate Planning, Family Law, Litigation & Real Estate Law.
>
> This e-mail message, including any attachments, may contain attorney privileged and/or confidential information. The review, disclosure, distribution, or copying of this message by or to anyone other than the named addressee(s) is strictly prohibited. If you have received this message in error, please immediately notify me by reply e-mail and destroy the original and all copies of the message.

# EXHIBIT 02



**RÉPUBLIQUE FRANÇAISE**
**LIBERTÉ - ÉGALITÉ - FRATERNITÉ**

**Mr. Stéphane HABLOT**
**Member of Parliament for the 2nd constituency of Meurthe-et-Moselle**
**Commissioner for Foreign Affairs**
4, Place de Paris - 54500 Vandœuvre-lès-Nancy

Paris, January 9, 2026

**Subject :** Acknowledgment of attendance at the French National Assembly of Mr. Arnaud PARIS

Madam, Sir,

I, the undersigned Stéphane HABLOT, French deputy and member of the Foreign Affairs Committee, hereby attest on my honour that Mr. Arnaud PARIS will be present at the National Assembly in Paris from January 12 to 16.

Indeed, several of my colleagues and I are currently collaborating with Mr. PARIS to convince all political groups in parliament to establish a shared initiative referendum concerning the international abduction of children.

Therefore, please believe that the presence of Mr. PARIS, president of the association (NGO) "Protection against the Abduction of European Children", is required by our side to develop the French legislative process aimed at protecting children, inspired by the American Goldman Act.

Please accept, Madam/Sir, the expression of my highest consideration.

Stéphane HABLOT



EXHIBIT 02 - PAGE 1 OF 2

**Monsieur Stéphane HABLOT**
**Député de la 2ème circonscription de Meurthe-et-Moselle**
**Commissaire aux Affaires étrangères**
4, Place de Paris - 54500 Vandœuvre-lès-Nancy

Paris, le 9 janvier 2026

**Objet** : Attestation de présence à l'Assemblée nationale française de M. Arnaud PARIS

Madame, Monsieur,

Je, soussigné Stéphane HABLOT, député français et membre de la commission des affaires étrangères, atteste sur l'honneur que M. Arnaud PARIS sera présent à l'Assemblée nationale à Paris du 12 au 16 janvier.

En effet, avec plusieurs de mes confrères nous collaborons actuellement avec M. PARIS afin de convaincre l'ensemble des groupes politiques du parlement d'établir un référendum d'initiative partagée concernant l'enlèvement d'enfants internationaux.

Ains, veuillez croire que la présence M. PARIS, président de l'association « Protection Enlèvements des Enfants de l'Europe », est requise à nos côtés pour faire évoluer le processus législatif français visant à protéger les enfants, en s'inspirant du Goldman Act américain.

Veuillez recevoir, Madame, Monsieur, l'expression de ma très haute considération.

Stéphane HABLOT



EXHIBIT 02 - PAGE 2 OF 2