**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**MEDFORD DIVISION**

| | |
|---|---|
| In re the Matter of J.P. and E.P.:<br><br>ARNAUD PARIS,<br><br>      Petitioner,<br><br>and<br><br>HEIDI MARIE BROWN,<br><br>      Respondent. | Civil Action No. 1:24-cv-00648-AA<br><br>**ORDER FOR QUASHING OR STAYING DEPOSITION PENDING APPOINTMENT OF COUNSEL AND STATUS CONFERENCE** |

**ORDER FOR QUASHING OR STAYING DEPOSITION PENDING APPOINTMENT OF COUNSEL AND STATUS CONFERENCE:**

( ) GRANTED

( ) DENIED

IT IS SO ORDERED.

DATED this ___ day of January, 2026

                _____
                THE HONORABLE ANN L. AIKEN
                UNITED STATES DISTRICT COURT JUDGE

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Submitted by: |
|   | Arnaud PARIS, Pro Per |
| 4 | |
| 5 | |
| 6 | |
| 7 | 13 rue Ferdinand Duval |
|   | 75004 Paris, FRANCE |
| 8 | +33.6.88.28.36.41 |

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **ORDER FOR QUASHING OR STAYING DEPOSITION PENDING APPOINTMENT OF COUNSEL AND STATUS CONFERENCE** on the following party:

Katelyn Skinner at kds@buckley-law.com
Katrina Seipel at kas@buckley-law.com
Attorneys for Respondent

By the following method or methods:

\_\_\_\_\_ by **mailing** full, true, and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the attorneys(s) as shown above, the last known office address of the attorney(s), and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

  X   by **emailing** full, true, and correct copies thereof to the attorney(s) at the email address shown above, which is the last known email address for the attorney(s) office, on the date set forth below by Oregon process server.

\_\_\_\_\_ by **faxing** full, true, and correct copies thereof to the attorney(s) at the fax number(s) shown above, which is the last known fax number for the attorney(s) office, on the date set forth below.  The receiving fax machines were operating at the time of service and the transmission was properly completed.

\_\_\_\_\_ by selecting the individual(s) listed above as a service contact when preparing this electronic filing submission, thus causing the individual(s) to be served by means of the **court's electronic filing system**.

DATED this 9th day of January, 2026, in Paris, France.

By: _[signature]_
ARNAUD PARIS, Petitioner

ARNAUD PARIS
13 rue Ferdinand Duval
75004, PARIS, FRANCE
Telephone: +33688283641
Email: aparis@sysmicfilms.com