UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ARNAUD PARIS**
    Plaintiff(s),

v.

**HEIDI MARIE BROWN**
    Defendant(s).

Case No.: 1:24–cv–00648–AA

**PRO BONO APPOINTMENT RESPONSE FORM**

---

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Arnaud Paris for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

_____
_____

☒ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):
I have no experience in petitions under the Hague Convention. While I am not opposed to learning a new ~~practice area, the amount of time it would take to become competent in the issues presented by this~~ matter in time required to obtain that competence is unavailable to me with my current workload. I am currently litigating several other matters for clients to whom I have preexisting obligations. These matters require immediate work that does not leave me with enough time to handle this appointment competently.

☐ I request a 14–day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

_____
_____

**DATED** this ___20___ day of ___January 2026___

/s/ Cole Enabnit
_____
Signature

Cole Enabnit - OSB143148
_____
Printed Name and Oregon State Bar No.