## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **ARNAUD PARIS** <br>     Plaintiff(s), <br><br> v. <br><br> **HEIDI MARIE BROWN** <br>     Defendant(s). | Case No.: 1:24−cv−00648−AA <br><br> **ORDER CONDITIONALLY APPOINTING PRO BONO COUNSEL FOR ALL PURPOSES** |

    The Court hereby grants Arnaud Paris's Motion to Appoint Counsel [46] and conditionally appoints Timothy S. DeJong as counsel of record for all purposes.

    Within 14 days of the date of this Order, the appointed attorney/law firm must file the Pro Bono Appointment Response Form with the Court with the appropriate option checked.

    If representation is denied due to a conflict of interest or other specified reason, the appointment will be terminated and the Court may appoint substitute counsel.

    Contact the Pro Bono Panel Administrator to be paired with a mentor attorney, to obtain a copy of the Guide for Representing Prisoners, or for more information regarding reimbursement of out−of−pocket expenses, procedures, and forms. Additional information can also be found on the Court's website.

**DATED** this 20th day of January, 2026      /s/Ann L. Aiken

                                                                            Honorable Ann L. Aiken <br>
                                                                            United States Senior District Judge.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ARNAUD PARIS**
    **Plaintiff(s),**

**v.**

**HEIDI MARIE BROWN**
    **Defendant(s).**

Case No.: 1:24–cv–00648–AA

**PRO BONO APPOINTMENT RESPONSE FORM**

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Arnaud Paris for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

☐ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

☐ I request a 14–day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

**DATED** this _____ day of _____ _____ .

_____
Signature

_____
Printed Name and Oregon State Bar No.