**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**ARNAUD PARIS**
    **Plaintiff(s),**

**v.**

**HEIDI MARIE BROWN**
    **Defendant(s).**

**Case No.: 1:24–cv–00648–AA**

**PRO BONO APPOINTMENT
RESPONSE FORM**

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Arnaud Paris for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

_____

_____

☒ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

Due to my current caseload I am unable to accept this appointment. Currently, I and my firm are part of a trial team in a class action case in Multnomah County. There are a total of 57 trials currently scheduled for 2026. My firm is lead counsel in at least 10 of these trials scheduled to begin on the following dates: 2/09; 4/13; 4/13; 4/27; 6/08; 7/13; 8/10; 9/14; and 11/16.

☐ I request a 14–day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

_____

_____

**DATED** this <u>20th</u> day of <u>January</u> <u>2026.</u>

.

*s/Timothy S. DeJong*
_____
Signature
Timothy S. DeJong, OSB No. 940662
_____
Printed Name and Oregon State Bar No.