## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **ARNAUD PARIS** <br>    Plaintiff(s), | Case No.: 1:24−cv−00648−AA |
| v. | **ORDER TERMINATING PRO BONO APPOINTMENT** |
| **HEIDI MARIE BROWN** <br>    Defendant(s). | |

Upon notice to the Court that the appointed attorney/law firm has declined representation,

IT IS HEREBY ORDERED that the Court terminates the appointment of Timothy S. DeJong as *Pro Bono* counsel for Arnaud Paris .

Arnaud Paris is to proceed *pro se* without appointed counsel.

The Clerk is directed to serve a copy of this order upon Arnaud Paris .

**DATED** this 21st day of January, 2026       /s/Ann L. Aiken

                                                                            Honorable Ann L. Aiken
                                                                            United States Senior District Judge.