## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**ARNAUD PARIS**
   **Plaintiff(s),**

**v.**

**HEIDI MARIE BROWN**
   **Defendant(s).**

**Case No.: 1:24–cv–00648–AA**

**ORDER CONDITIONALLY
APPOINTING PRO BONO COUNSEL
FOR ALL PURPOSES**

The Court hereby grants Arnaud Paris's Motion to Appoint Counsel [46] and conditionally appoints Judith A Moman as counsel of record for all purposes.

Within 14 days of the date of this Order, the appointed attorney/law firm must file the Pro Bono Appointment Response Form with the Court with the appropriate option checked.

If representation is denied due to a conflict of interest or other specified reason, the appointment will be terminated and the Court may appoint substitute counsel.

Contact the Pro Bono Panel Administrator to be paired with a mentor attorney, to obtain a copy of the Guide for Representing Prisoners, or for more information regarding reimbursement of out–of–pocket expenses, procedures, and forms. Additional information can also be found on the Court's website.

**DATED** this 21st day of January, 2026    /s/Ann L. Aiken

Honorable Ann L. Aiken
United States Senior District Judge.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**ARNAUD PARIS**
    **Plaintiff(s),**

**v.**

**HEIDI MARIE BROWN**
    **Defendant(s).**

**Case No.: 1:24‑cv‑00648‑AA**

**PRO BONO APPOINTMENT
RESPONSE FORM**

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Arnaud Paris for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

_____

_____

☐ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

_____

_____

☐ I request a 14‑day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

_____

_____

**DATED** this _____ day of _____ _____

.

_____
Signature

_____
Printed Name and Oregon State Bar No.