# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**ARNAUD PARIS**
    **Plaintiff(s),**

Case No.: 1:24-cv-00648-AA

v.

**PRO BONO APPOINTMENT
RESPONSE FORM**

**HEIDI MARIE BROWN**
    **Defendant(s).**

---

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Arnaud Paris for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

_____

_____

☒ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

MY CURRENT, FULL TIME, NON-LEGAL EMPLOYMENT PROHIBITS
ME FROM ACTING IN A LEGAL CAPACITY, AND I CANNOT
REPRESENT CLIENTS. APOLOGIES FOR THE INCONVENIENCE!

☐ I request a 14-day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

_____

_____

DATED this _21_ day of _Janry_ 2026

_Judith Moran_ (signature)

JUDITH MORAN 185750
Printed Name and Oregon State Bar No.