UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ARNAUD PARIS**<br>    **Plaintiff(s),** | Case No.: 1:24–cv–00648–AA |
| v. | ORDER TERMINATING PRO BONO APPOINTMENT |
| **HEIDI MARIE BROWN**<br>    **Defendant(s).** | |

Upon notice to the Court that the appointed attorney/law firm has declined representation,

IT IS HEREBY ORDERED that the Court terminates the appointment of Judith A Moman as *Pro Bono* counsel for Arnaud Paris .

Arnaud Paris is to proceed *pro se* without appointed counsel.

The Clerk is directed to serve a copy of this order upon Arnaud Paris .

**DATED** this 22nd day of January, 2026      /s/Ann L. Aiken

Honorable Ann L. Aiken
United States Senior District Judge.