

**RÉPUBLIQUE FRANÇAISE**
**LIBERTÉ - ÉGALITÉ - FRATERNITÉ**

**Mr. Stéphane HABLOT**
**Member of Parliament for Meurthe-et-Moselle, Commissioner for Foreign Affairs**
French National Assembly, office 3208
101, rue de l'Université – 75007 Paris - FRANCE

**Madam Judge Ann AIKEN**
Wayne L. Morse United States Courthouse
405 East Eighth Avenue, Room 5300
Eugene, OR - USA

Paris, January 22, 2026

<u>Subject:</u> File 24-cv-OO648-AA

Madam Judge,

As a member of parliament and Foreign Affairs Commissioner in the French National Assembly, I met with the president of the association "Protection Against Child Abduction in Europe," Mr. Arnaud Paris, in the context of a referendum law which aims to transpose into French law provisions similar to those of the American *Goldman Act*.

Furthermore, Mr. Paris informed my parliamentary team of his private situation, concerning his two daughters who were allegedly taken from him in April 2024 and his need to be represented by a lawyer in the proceedings that are reportedly underway before your jurisdiction.

Driven by a deep respect for the independence of the judiciary, the principle of sovereignty of the States and the friendly relations between our two countries, please believe that this letter refrains from any consideration of the merits of this private matter. However, in the context of the parliamentary work we are jointly conducting in France on the protection of children who are victims of international abduction, I am able to attest to the support and confidence I have in Mr. Paris.

It is therefore with all due respect that I wish to draw your particular attention to this delicate situation. According to Mr. Paris, several qualified American lawyers are considering taking on his defense *pro bono.* However, the short timeframe allotted would not allow them sufficient time to review and prepare for his case. Thus, in order for Mr. Paris to receive proper legal representation, I respectfully request that you consider his request for a possible extension of the allotted time, under such conditions as you deem appropriate.

Thank you in advance for your consideration of this case and please accept, Madam Judge, the expression of my highest consideration.

Stéphane Hablot

**Monsieur Stéphane HABLOT**
**Député de Meurthe-et-Moselle, Commissaire aux Affaires étrangères**
Assemblée nationale française, bureau 3208
101, rue de l'Université – 75007 Paris - FRANCE

**Madame la Juge Ann AIKEN**
Wayne L. Morse United States Courthouse
405 East Eighth Avenue, Room 5300
Eugene, OR - USA

Paris, le 22 janvier 2026

**Objet** : dossier 24-cv-OO648-AA

Madame la Juge,

En tant que député et commissaire aux Affaires étrangères à l'Assemblée nationale française, j'ai rencontré le président de l'association « Protection enlèvement des enfants de l'Europe », Monsieur Arnaud Paris, dans le cadre d'un projet de loi référendaire qui vise à transposer en droit français des dispositions similaires à celles du *Goldman Act* américain.

Par ailleurs, M. Paris a fait part de sa situation privée à mon équipe parlementaire, concernant ses deux filles qui lui auraient été enlevées en avril 2024 et son besoin d'être représenté par un avocat dans la procédure qui serait en cours devant votre juridiction.

Animé par un profond respect pour l'indépendance de l'autorité judiciaire, le principe de souveraineté des États et les relations d'amitié entre nos deux pays, je vous prie de croire que la présente lettre s'abstient de toute considération sur le fond de cette affaire privée. Pour autant, dans le contexte du travail parlementaire que nous menons conjointement en France sur la protection des enfants victimes d'enlèvements internationaux, je suis en mesure de témoigner du soutien et de la confiance que j'accorde à M. Paris.

C'est donc en toute déférence que je souhaite solliciter votre attention particulière sur cette situation délicate. Selon M. Paris, plusieurs avocats américains habilités seraient prêts à prendre en charge sa défense *Pro Bono*. Néanmoins les brefs délais impartis ne leur laisseraient pas le temps nécessaire à l'étude de son dossier. Ainsi, afin que M. Paris puisse bénéficier d'une défense, je vous prie de bien vouloir considérer sa demande concernant une éventuelle extension du délai accordé, dans les conditions que vous jugerez appropriées.

Je vous remercie par avance de l'examen que vous voudrez bien porter à ce dossier et vous prie d'agréer, Madame la Juge, l'expression de ma très haute considération.

Stéphane Hablot