Katelyn D. Skinner, OSB No. 105055
Katrina Seipel, OSB No. 164793
kds@buckley-law.com
kas@buckley-law.com
Buckley Law, P.C.
5300 Meadows Rd #200
Lake Oswego, OR 97035
Telephone:  503-620-8900
Fax:  503-620-4878
Of Attorneys for Respondent Heidi Brown

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| In re the Application of J.P. and E.P.: | |
| ARNAUD PARIS, | Case No.: 1:24-cv-00648-AA |
| Petitioner, | |
| and | NOTICE OF ASSOCIATION OF COUNSEL FOR RESPONDENT |
| HEIDI MARIE BROWN, | |
| Respondent. | |

The Convention on the Civil Aspects of International Child Abduction,
Done at the Hague on 25 Oct 1980
International Child Abduction Remedies Act, 22 USC § 9001 *et seq.*

TO: The Clerk of the Court and all parties of record

NOTICE is hereby given that I, Gregory M. Wallace with the law firm of Buckley Law, P.C. is admitted or otherwise authorized to practice in this court, and is associating as counsel of record on behalf of Respondent Heidi Brown in this matter.

Attorneys Katelyn D. Skinner and Katrina Seipel will be the trial attorneys for the Respondent in this matter at the trial which has been scheduled for February 4 and 6, 2026.

Copies of all further filings herein shall also be served upon the undersigned. Respectfully submitted this 22nd day of January, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　Gregory M. Wallace, OSB No. 240347
　　　　　　　　　　　　　　　　　　　　Katrina Seipel, OSB No. 164793
　　　　　　　　　　　　　　　　　　　　Katelyn D. Skinner, OSB No. 105055
　　　　　　　　　　　　　　　　　　　　Buckley Law, PC
　　　　　　　　　　　　　　　　　　　　5300 Meadows Road, Ste. 200
　　　　　　　　　　　　　　　　　　　　Lake Oswego, OR  97035
　　　　　　　　　　　　　　　　　　　　Tel: 503-620-8900
　　　　　　　　　　　　　　　　　　　　Email: gmw@buckley-law.com
　　　　　　　　　　　　　　　　　　　　　　　　kas@buckley-law.com
　　　　　　　　　　　　　　　　　　　　　　　　kds@buckley-law.com
　　　　　　　　　　　　　　　　　　　　Of Attorneys for Respondent

## CERTIFICATE OF SERVICE

I certify that this document was served by electronic service and by e-mail upon Arnaud Paris, to aparis@sysmicfilms.com and arnaud@skyvr.com on this 22nd day of January, 2026.

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　Gregory M. Wallace, OSB No. 240347
　　　　　　　　　　　　　　　　　　　　Of Attorneys for Respondent
　　　　　　　　　　　　　　　　　　　　gmw@buckley-law.com