## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**ARNAUD PARIS**                                    Case No.: 1:24–cv–00648–AA
    **Plaintiff(s),**

**v.**                                                              **PRO BONO APPOINTMENT**
                                                                    **RESPONSE FORM**

**HEIDI MARIE BROWN**
    **Defendant(s).**

_____

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☒ Representation of Arnaud Paris for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

_____
_____

☐ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

_____
_____

☐ I request a 14–day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

_____
_____

**DATED** this  _27th_____  day of _January____  _2026.___
.

                    _s/ John C. Clarke_____
                    Signature

                    John C. Clarke, OSB No. 153245
                    Printed Name and Oregon State Bar No.