**Christopher J. Riley**, OSB No. 211614
christopher.riley@millernash.com
**Incainti Sofia McDonald**, OSB No. 233714
sofia.mcdonald@millernash.com
**Jakini Auset S. Ingram**, OSB No. 250302
jakini.ingram@millernash.com
MILLER NASH LLP
1140 SW Washington St, Ste 700
Portland, OR 97205
Phone: 503.224.5858
Fax: 503.224.0155

*Of Attorneys for Petitioner Arnaud Paris*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ARNAUD PARIS,<br><br>              Petitioner,<br>    v.<br><br>HEIDI MARIE BROWN,<br><br>              Respondent. | Case No. 1:24-CV-00648-AA<br><br>NOTICE OF SUBSTITUTION OF COUNSEL FOR PETITIONER |

TO:         THE CLERK OF THE COURT

AND TO:    ALL COUNSEL AND PARTIES OF RECORD

      PLEASE TAKE NOTICE that the attorneys Christopher J. Riley, Incainti Sofia McDonald, and Jakini Auset S. Ingram, who are admitted to practice before this Court, are hereby substituted as counsel of record in the above-captioned case on behalf of Petitioner Arnaud Paris in place of John C. Clarke, OSB No. 153245, who is withdrawing as counsel of record and consents to his signature on this submission.

Page 1 –    Notice of Substitution of Counsel for Petitioner

The parties are advised and requested to serve papers on Christopher J. Riley, Incainti Sofia McDonald, Jakini Auset S. Ingram henceforth at the contact information provided above and to delete John C. Clarke from their service list.

Dated this 28th day of January 2026.

        MILLER NASH LLP

        *s/ Christopher J. Riley*
        Christopher J. Riley, OSB No. 211614
        christopher.riley@millernash.com
        Incainti Sofia McDonald, OSB No. 233714
        sofia.mcdonald@millernash.com
        Jakini Auset S. Ingram, OSB No. 250302
        jakini.ingram@millernash.com
        1140 SW Washington St, Ste 700
        Portland, OR 97205
        Phone: 503.224.5858
        Fax: 503.224.0155

        *Of Attorneys for Petitioner Arnaud Paris*

        MILLER NASH LLP

        *s/ John C. Clarke*

        John C. Clarke, OSB No. 153245
        john.clarke@millernash.com

Page 2 –   Notice of Substitution of Counsel for Petitioner

## CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing Notice of Substitution of Counsel for Petitioner on the attorney or party listed below on the date set forth below by the method(s) indicated:

| | |
|---|---|
| Katrina Anne Seipel, OSB No. 164793<br>Gregory Wallace, OSB No. 240347<br>Katelyn D. Skinner, OSB No. 105055<br>Buckley Law PC<br>5300 Meadows Rd, Ste 200<br>Lake Oswego, OR 97035<br>E-mail: kas@buckley-law.com<br>         gmw@buckley-law.com<br>         kds@buckley-law.com | ☐ First-class mail, postage prepaid<br>☐ Hand-delivery<br>☒ CM/ECF Transmission<br>☒ Email<br>   Other: _____ |

     DATED this 28th day of January 2026.

                                           MILLER NASH LLP

                                           *s/ Christopher J. Riley*
                                           Christopher J. Riley, OSB No. 211614
                                           christopher.riley@millernash.com