Katelyn D. Skinner, OSB No. 105055
Katrina Seipel, OSB No. 164793
Buckley Law, P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR  97035
Telephone:  503-620-8900
Fax:  503-620-4878
Email:  kds@buckley-law.com
Email: kas@buckley-law.com
Of Attorneys for Respondent Heidi Marie Brown

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Medford Division

In re the Matter of J.P. and E.P.:

ARNAUD PARIS,

        Petitioner,

  and

HEIDI MARIE BROWN,

        Respondent.

Case No.: 1:24-cv-00648-AA

RESPONDENT'S EXHIBIT LIST

COMES NOW, Respondent Heidi Marie Brown, by and through her attorneys, Katelyn Skinner, Katrina Seipel, and Buckley law P.C., and submits her list of anticipated exhibits in anticipation of the trial on Father's Petition for Return, scheduled for February 26 – 27, 2026.

Note that all exhibits are dated or created from 2022 to present, unless otherwise indicated, so as not to duplicate the evidence considered in this court's decision in the Hague I case between these parties, Case No. 1:22-cv-01593-MC, decided December 7, 2022.

| EXHIBIT | **RESPONDENT'S EXHIBIT LIST** | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 201. | Various emails, receipts and communications related to activities of parties' minor children, including: specialty camps, soccer, gymnastics, drama/theater, and dance (occurring in Oregon) | | | |
| 202. | Various text messages, photographs, and invitations re: birthday celebrations and gathering for friends of parties' minor children (occurring in Oregon) | | | |
| 203. | Various medical, dental, and orthodontic records for parties' minor children (Oregon) | | | |
| 204. | Oregon school records for parties' minor children | | | |
| 205. | Photographs of parties' minor children with friends and family in the US | | | |
| 206. | Jackson County Circuit Court Case 22DR17285, *Brown v. Paris*, Limited Judgment Regarding Custody, Parenting Time, and Child Support and Money Awards; and General Judgment of Default and Money Awards | | | |
| 207. | Jackson County Circuit Court Case 22DR17285 OECI Docket (as of 2/13/2026) | | | |
| 208. | Jackson County Circuit Court Case 23DR08269, *Paris v. Brown,* Limited Judgment re: Registration | | | |
| 209. | Multnomah County Circuit Court Case 23DR16534, *Paris v. Brown*, Judgment of Dismissal | | | |
| 210. | Jackson County Circuit Court Cases 25DR01689 and 25DR01693 (Consolidated), Paris v. Brown, General Judgment (re: Notices of Registration); and, Ruling Opinion and Order | | | |
| 211. | Printouts of OECI docket reports (as of 2/13/2026) for Registration Action cases: Jackson County Circuit Court Case 23DR08269; Multnomah County Circuit Court Case 23DR16534; | | | |

|   |   |   |   |   |
|---|---|---|---|---|
|   | Jackson County Circuit Court Case 25DR01689; and<br>Jackson County Circuit Court Case 25DR01693 |   |   |   |
| 212. | Printouts of OECI docket reports (as of 2/13/2026) for Contempt cases, invovling Defendant Arnaud Paris:<br>Jackson County Circuit Court Case 23CN05721; and<br>Jackson County Circuit Court Case 24CN03466 |   |   |   |
| 213. | *Curriculum Vitae* for Landon E. Poppleton, PhD, JD |   |   |   |
| 214. | Expert Report, Landon E. Poppleton, PhD, JD, re: minor children's objections to return |   |   |   |
| 215. | Expert Report, Landon E. Poppleton, PhD, JD, re: grave risk of harm or intolerable situation |   |   |   |
| 216 | Volume I of Transcript of Proceedings for hearing March 21, 2025, from Jackson County Circuit Court Case 24CV41829 |   |   |   |
| 217 | Excerpt of Transcript of Proceedings, from the Court Trial held December 7, 2022 before the Hon. Judge Michael McShane, USDC Case No. 1:22-cv-01593-MC |   |   |   |

Dated: February 13, 2026.

_____
Katelyn D. Skinner, OSB No. 105055
Of Attorneys for Respondent
kds@buckley-law.com

CERTIFICATE OF SERVICE

I certify that this document was served by electronic service through the CM/ECF system and by e-mail, upon Christopher J. Riley at christopher.riley@millernash.com, Incainti Sofia McDonald at sofia.mcdonald@millernash.com, and Jakini Auset S. Ingram at Jakini.ingram@millernash.com on this 13th day of February, 2026.

                                                       *Katelyn Skinner* (signature)
                                                       Katelyn D. Skinner, OSB No. 105055
                                                       Of Attorneys for Respondent
                                                       kds@buckley-law.com