Katelyn D. Skinner, OSB No. 105055
Email: kds@buckley-law.com
Katrina Seipel, OSB No. 164793
Email: kas@buckley-law.com
Buckley Law, P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR  97035
Telephone:  503-620-8900
Fax:  503-620-4878
Of Attorneys for Respondent Heidi Brown

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| In re the Matter of J.P. and E.P.: <br><br> ARNAUD PARIS, <br><br>　　　　Petitioner, <br><br> and <br><br> HEIDI MARIE BROWN, <br><br>　　　　Respondent. | Case No.: 1:24-cv-00648-AA <br><br><br> RESPONDENT'S <br> WITNESS LIST |

The Convention on the Civil Aspects of International Child Abduction
Done at the Hague on 25 Oct 1980
International Child Abduction Remedies Act, 22 USC § 9001 *et seq.*

COMES NOW, Respondent Heidi Brown, by and through her attorneys, Katelyn Skinner, Katrina Seipel, and Buckley Law P.C., and submits to the Court her list of anticipated witnesses to testify at the trial on Father's Petition for Return, scheduled for January 26 – 27, 2026.

| RESPONDENT'S WITNESSES | | | | | |
|---|---|---|---|---|---|
| No. | Name & Lay or Expert Witness | Stipulated? | Objection(s) / Response(s) | Estimated Length of Testimony | Court Notes |

|   | Title/Occupation |   |   |   |   |
|---|---|---|---|---|---|
| 1 | **Heidi Brown** Lay witness Respondent | N/A – Witness is a party | N/A – Witness is a party | 2 hours |   |
|   | **Summary of Testimony**: Heidi Brown is the Respondent in this matter. She will provide testimony to the Court regarding all issues relating to matters brought by Petitioner in his Petition for Return, her answers/responses to the same, and her affirmative defenses. |   |   |   |   |
| 2 | **Arnaud Paris** Lay witness Petitioner | N/A – Witness is a party | N/A – Witness is a party | 1.5 hours |   |
|   | **Summary of Testimony**: Arnaud Paris is the Petitioner in this matter. He will be questioned about all issues brought by Petitioner in his Petition for Return, Respondent's answers/responses to the same, and Respondent's counterclaims. |   |   |   |   |
| 3 | **Landon Poppleton** Expert Witness |   |   | 2 hours |   |
|   | **Summary of Testimony**: This expert witness will be an aid to the Court regarding the topics of domestic violence, coercive and controlling behavior, and the effects on a child in such an environment as supported by the science of psychology and psychological literature. He will also provide testimony and an expert opinion on the children being placed at a grave risk of psychological harm or an intolerable situation if returned to France. He will provide testimony and an expert opinion on the children's objection to being returned to France, and providing that they have reached an age and maturity level appropriate to take their views into account. |   |   |   |   |
| 4 | **Jani Rollins, MD** Professional/Lay Witness (non-expert) Doctor, Siskiyou Family Health |   |   | .5 hour |   |
|   | **Summary of Testimony**: This witness will testify about the examination, care and treatment they provide to the children in Oregon, including the consistency of the treatment and continuity of care. |   |   |   |   |
| 5 | **Ellen Gayton** Lay Witness Teacher, Bellview Elementary School |   |   | 30 minutes |   |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | **Summary of Testimony**: This witness will testify about the participation and attendance of J.P. in Ashland public schools for the 2022-2023 school year. |  |  |  |  |
| 6 | **Ingrid Hansen** Lay Witness Teacher, Bellview Elementary School |  |  | .5 hour |  |
|  | **Summary of Testimony**: This witness will testify about the participation and attendance of E.P. in Ashland public schools for the 2022-2023 school year. |  |  |  |  |
| 7 | **Sheri Preskenis** Lay Witness Teacher, Bellview Elementary School |  |  | .5 hour |  |
|  | **Summary of Testimony**: This witness will testify about the participation and attendance of the children in Ashland public schools for the 2024-2025 and 2025-2026 school years. |  |  |  |  |
| 8 | **Ashley Baugh** Lay Witness |  |  | .5 hour |  |
|  | **Summary of Testimony**: This witness will testify about the participation and attendance of J.P. in the local soccer club in 2023. |  |  |  |  |
| 9 | **Sonya Smith** Lay Witness |  |  | .5 hour |  |
|  | **Summary of Testimony**: This witness will testify about the participation and attendance of both children in the local aerial arts program in 2023 and the children's return to the program in 2024 to present. |  |  |  |  |
| 10 | **Eric Olson** Lay Witness |  |  | .5 hour |  |
|  | **Summary of Testimony**: This witness will testify about the children's reintegration into their routine and lives in Oregon after their return in April 2024. |  |  |  |  |
| 11 | **Nicki Leonard** Lay Witness |  |  | .5 hour |  |
|  | **Summary of Testimony**: This witness will testify about the reintegration and resuming of J.P. into her soccer organization after returning in 2024. |  |  |  |  |
| 12 | **Nikki Steidler** Lay Witness |  |  | .5 hour |  |
|  | **Summary of Testimony**: This witness will testify about the relationship the children have with the witnesses own children. |  |  |  |  |

| | **Jess Abry** <br> Lay Witness | | | .5 hour | |
|---|---|---|---|---|---|
| | **Summary of Testimony**: This witness will testify about the relationship the children have with the witnesses own children. | | | | |

Dated: February 13, 2026

_Katelyn S_____
Katelyn D. Skinner, OSB # 105055
Attorney for Respondent

<u>CERTIFICATE OF SERVICE</u>

I certify that this document was served by electronic service through the CM/ECF system and by e-mail, upon Christopher J. Riley at <u>christopher.riley@millernash.com</u>, Incainti Sofia McDonald at <u>sofia.mcdonald@millernash.com</u>, and Jakini Auset S. Ingram at <u>Jakini.ingram@millernash.com</u> on this 13th day of February, 2026.

     *[signature]*
Katelyn D. Skinner, OSB No. 105055
Of Attorneys for Respondent
kds@buckley-law.com