**Christopher J. Riley**, OSB No. 211614
christopher.riley@millernash.com
**Incainti Sofia McDonald**, OSB No. 233714
sofia.mcdonald@millernash.com
**Jakini Auset S. Ingram**
jakini.ingram@millernash.com, OSB No. 250302
MILLER NASH LLP
1140 SW Washington St, Ste 700
Portland, OR 97205
Phone: 503.224.5858
Fax: 503.224.0155

*Of Attorneys for Petitioner Arnaud Paris*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ARNAUD PARIS,<br><br>              Petitioner,<br>    v.<br><br>HEIDI MARIE BROWN,<br><br>              Respondent. | Case No. 1:24-CV-00648-AA<br><br>PETITIONER'S EXHIBIT LIST |

Pursuant to the International Child Abduction Remedies Act, 22 U.S.C. § 9005, the flexible evidentiary standards applicable to proceedings under the Hague Convention, Petitioner Arnaud Paris ("Petitioner") hereby submits the following exhibits in support of his Petition. Congress expressly authorized federal courts hearing Hague matters to receive and consider documentary and other evidentiary materials without being constrained by formal rules of admissibility or

Page 1 –   Petitioner's Exhibit List

authentication ordinarily applicable in civil proceedings. Consistent with this statutory framework, courts routinely recognize that Hague Convention cases do not require a full evidentiary hearing and that the Court may consider affidavits, written submissions, telephonic testimony, and other documentary evidence, and may take judicial notice where appropriate. *See In re Walsh*, 31 F. Supp. 2d 200, 202 n.1 (D. Mass 1998); *Salazar v. Alvarez Salazar*, No. 10-14208-CIV, 2011 WL 13318691 ("There is no requirement for a full evidentiary hearing. A Court may be flexible in regards to document authentication and taking judicial notice. A Court may even rule on the basis of affidavits, telephone depositions or by way of summary judgment). Petitioner organizes the following exhibits by category for the Court's convenience and to facilitate efficient review of the record.

**EXHIBIT LIST**

| Exh. No. | Description |
|---|---|
| 1. | Bowling Green MBA Diploma 2001 |
| 2. | French marriage certificate 2011 |
| 3. | Arnaud Paris Green card |
| 4. | UCLA Producer Program Diploma 2013 |
| 5. | 2013 Lease agreement to home in Topanga, CA |
| 6. | Birth certificate of E.P. |
| 7. | Birth certificate of J.P. |
| 8. | Photo of Arnaud Paris US Citizenship. April 2017 |
| 9. | Arnaud Paris US Passport. May 2017 |
| 10. | Joint Declaration of Joint Exercise of Parental Authority. November 17, 2017 |
| 11. | E.P French Passport 2017 |
| 12. | J. P. French passport 2017 |
| 13. | French apartment lease August 2019 |
| 14. | Translated Paris Apartment Purchase Certificate. May 2011 |
| 15. | Translated Police Report Child Abduction Heidi Threat 2019 |

Page 2 –   Petitioner's Exhibit List

| 16. | Translated France School History E.P. and J.P |
|---|---|
| 17. | Pediatrician History. December 2022 |
| 18. | Musical Conservatory Program Description for 2022 – 2023 |
| 19. | E.P Acceptance into Musical Conservatory. June 14, 2021 |
| 20. | Heidi's Brown French Employment Contract. January 05, 2022 |
| 21. | Diagnosis of Biermer's Disease and Certified Translation Geoffroy Saint Hilaire Report May 16, 2022 |
| 22. | Plane Tickets for Heidi Brown and Children. July 13, 2022 |
| 23. | Opposition to Exit Territory. July 13, 2022 |
| 24. | Certified Translation French Police Report Passports. July 13th |
| 25. | Video of E.P. July 14, 2022 |
| 26. | Video of J.P. July 14, 2022 |
| 27. | Certified Translation French Mediation Attempt 1 |
| 28. | Certified Translation French Mediation Attempt 2 |
| 29. | Certified Translation French Mediation Attempt 3 |
| 30. | Translated July19th Agreement Brown-Paris |
| 31. | Compromising Emails of July 19 Agreement |
| 32. | Signed Lease for Ashland, OR Rental. July 25, 2022 |
| 33. | Medical Insurance re Long Term Illness. August 10, 2022 |
| 34. | Letter from Paris Health and Security Office re Losing Medical Insurance. August 16, 2022 |
| 35. | Email from Heidi Brown to Arnaud Paris re Questions for the Children. August 11, 2022 |
| 36. | Letter from French Pediatrician Dr. Goldberg re Fellous re Separation of Children. August 16, 2022 |
| 37. | Letter from French Labor Lawyer Florence Monteille re Heidi Brown's Employment. August 16, 2022 |
| 38. | Letter from Heidi's Employer. July 19, 2022 |
| 39. | Proof of Residency in Paris and Utility Bill. August 18, 2022 |
| 40. | Registration of Children in Remote Program. September 3, 2022 |
| 41. | Police Report Heidi Searching Arnaud Belongings |
| 42. | Police Report re Custody and Children's Passports |
| 43. | Reserved |

Page 3 –   Petitioner's Exhibit List

| 44. | Petition for Return of Children. October 20, 2022 |
|---|---|
| 45. | Email from Arnaud to Heidi re Hague Action. October 6, 2022 |
| 46. | Custody Filing in France and Acceptance of Filing. October 2022 |
| 47. | Day 3 of Transcript of Proceedings. December 7, 2022 |
| 48. | French court custody determination. April 21, 2023 |
| 49. | Email to Consular noting legal return to France |
| 50. | Declaration from Air France manager. |
| 51. | Certified Translation French Judgment. August 25, 2023 |
| 52. | Certificates of Extracurricular |
| 53. | French School Registration and Certificates 2023-2024 |
| 54. | Certified Translation French Dentist Email. November 28, 2022 |
| 55. | Orthodontist Treatment Approved by Heidi |
| 56. | Email re Heidi Approving French Orthodontist |
| 57. | Psychologist records of E.P. and J.P. |
| 58. | Notes of the girls in France |
| 59. | Photos of E.P., J.P., and Arnaud Paris in France |
| 60. | Au pair contract. November 2023 |
| 61. | Writing to US embassy to Arnaud's objection to passport. January 2024 |
| 62. | E.P.'s nightmare. March 2024 |
| 63. | Heidi's Spring visitation emails |
| 64. | Flight reservation to Perpignan to Paris |
| 65. | Email from Heidi saying that she came back to the US. April 13, 2024 |
| 66. | Police report. April 12, 2024 |
| 67. | Notice to Victim to File as a Civil Party in a Criminal Action. May 31, 2024 |
| 68. | Letter from therapist. February 2025 |
| 69. | Warrant against Heidi Brown. July 2024 |
| 70. | Letter from French president. May 2024 |
| 71. | Certified Translation French Judgment. November 26, 2024 |
| 72. | Letter from Dr. Kathy Marshack. August 2024 - January 2025 |

Page 4 –   Petitioner's Exhibit List

4925-8147-3934.2

| | |
|---|---|
| 73. | Translation Request for French Return Order Filed. April 2025 |
| 74. | Lack of Appeal Notice. February 2025. |
| 75. | Certified Translation French Judgment. November 27, 2025 |
| 76. | Translated Email from International Mediator |
| 77. | Creation of NGO. January 2025 |
| 78. | Report from Dr. Jorge Guerra Gonzalez. September 2025. |
| 79. | Email to PDF from April 2024 - present. |
| 80. | Mediation effort to Heidi. December 2025 |
| 81. | Declaration of Victoria Sofitel, dated May 15, 2023 |
| 82. | Declaration of Olivia Bourne, dated October 31, 2023 |
| 83. | Declaration of Keira Sumner, dated April 24, 2024 |
| 84. | Declaration of David Fouet, dated June 3, 2024 |
| 85. | Declaration of Emilie Tertian, dated June 17, 2024 |
| 86. | Declaration of David Benamou, dated June 17, 2024 |
| 87. | Declaration of Corentin Le Magueresse, dated July 17, 2024 |
| 88. | Declaration of Camille Morillon Pinet, dated August 18, 2024 |
| 89. | Declaration of Youssef El Mabsout, dated July 31, 2024 |
| 90. | Declaration of Jean Paris, dated January 11, 2026 |
| 91. | Declaration of Katia Paris, dated January 11, 2026 |
| 92. | Letter from Stéphane Hablot dated January 22, 2026 |
| 93. | Dr. Jorge Guerra Gonzalez Curriculum Vitae |
| 94. | Dr. Guerra Main Report Final with Addendums and Exhibits |
| 95. | Dr. Greg Cox Curriculum Vitae |
| 96. | Dr. Greg Cox Psychological Evaluation |
| 97. | Declaration of Nathalie Mauffrey, dated January 9, 2026 |
| 98. | Declaration of Emilie Druart, dated January 9, 2026 |
| 99. | Declaration of Alison Van de Graaf, dated March 28, 2023 |

Page 5 –    Petitioner's Exhibit List

DATED this 13th day of February 2026.

        MILLER NASH LLP

        *s/ Jakini Auset S. Ingram*
        Jakini Auset S. Ingram
        jakini.ingram@millernash.com, OSB No. 250302
        Christopher J. Riley, OSB No. 211614
        christopher.riley@millernash.com
        Incainti Sofia McDonald, OSB No. 233714
        sofia.mcdonald@millernash.com
        1140 SW Washington St, Ste 700
        Portland, OR 97205
        Phone: 503.224.5858
        Fax: 503.224.0155

        *Of Attorneys for Petitioner Arnaud Paris*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Petitioner's Exhibit List** on the attorney or party listed below on the date set forth below by the method(s) indicated:

| | |
|---|---|
| Katrina Anne Seipel, OSB No. 164793<br>Gregory Wallace, OSB No. 240347<br>Katelyn D. Skinner, OSB No. 105055<br>Buckley Law PC<br>5300 Meadows Rd, Ste 200<br>Lake Oswego, OR 97035<br>E-mail: kas@buckley-law.com<br>gmw@buckley-law.com<br>kds@buckley-law.com | ☐ First-class mail, postage prepaid<br>☐ Hand-delivery<br>☐ CM/ECF Transmission<br>☒ Email<br>☐ Other: _____ |

DATED this 13th day of February 2026.

MILLER NASH LLP

*s/ Jakini Auset S. Ingram*
Jakini Auset S. Ingram, OSB No. 250302
jakini.ingaram@millernash.com

*Attorneys for Petitioner Arnaud Paris*

Page 1 –   Certificate of Service

4925-8147-3934.2