**Christopher J. Riley**, OSB No. 211614
christopher.riley@millernash.com
**Incainti Sofia McDonald**, OSB No. 233714
sofia.mcdonald@millernash.com
**Jakini Auset S. Ingram**
jakini.ingram@millernash.com, OSB No. 250302
MILLER NASH LLP
1140 SW Washington St, Ste 700
Portland, OR 97205
Phone: 503.224.5858
Fax: 503.224.0155

*Of Attorneys for Petitioner Arnaud Paris*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ARNAUD PARIS,<br><br>    Petitioner,<br><br> v.<br><br>HEIDI MARIE BROWN,<br><br>    Respondent. | Case No. 1:24-CV-00648-AA<br><br>PETITIONER'S FACT WITNESS AND EXPERT WITNESS LIST |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and 26(a)(2), Petitioner Arnaud Paris ("Petitioner"), by and through counsel, hereby discloses the following fact witnesses and expert and fact witnesses expected to testify at trial. The list does not include the names of any rebuttal witnesses. To the extent required under Rule 26(a)(2)(B), each retained expert's written report contains a complete statement of all opinions to be expressed and the basis and reasons for

Page 1 –   Petitioner's Fact Witness and Expert Witness List

them, the facts or data considered, any exhibits that will be used to summarize or support the opinions and the witness's qualifications (including publications authored within the previous ten years). For the Court's convenience, the witnesses and experts are identified and organized as follows:

1. **Arnaud Paris**
   c/o Miller Nash LLP
   1140 SW Washington St, Ste 700
   Portland, OR 97205

Mr. Arnaud Paris is the Petitioner in this matter. He can testify to his personal experience.

2. **Jean Paris**
   48 Rue de la Sourde
   Magny le Hongre, 77700
   France
   +33 6 73 07 55 26

Mr. Jean Paris is Petitioner's father. He can testify to his personal experience.

3. **Katia Paris**
   48 Rue de la Sourde
   Magny le Hongre, 77700
   France
   + 33 6 79 16 80 88

Mrs. Katia Paris is Petitioner's mother. She can testify to her personal experience.

4. **Olivia Bourne**
   Little Orchard Swallowcliffe
   SP3SPA
   Wilshire, England
   +44 7500 335133

Ms. Bourne is a former Au Pair for Juliette and Eva. She can testify to her personal experience in this matter.

5. **Keira Sumner**
   2310 E Garfield Street, Apt A10
   Laramie, WY 82070
   France
   +1 (505) 860-9339

Ms. Sumner is a former Au Pair for Juliette and Eva. She can testify to her personal experience.

6. **David Benamou**
   8 Rue de Rivoli
   Paris, 75004
   France
   +33 6 85 06 34 94

Mr. Benamou is a father to Anna, who was Juliette's best friend at the time of her wrongful removal. He can testify to his personal experience.

7. **Victoria Sofitel**
   1567 Siskiyou Blvd. #73
   Ashland, OR 97520
   +1 (541) 625-9358

Ms. Sofitel is a former soccer coach to Juliette. She can testify to her personal experience.

8. **Camille Morillo**
   24 rue de Rivoli
   Paris, 75004
   France
   +33 6 87 41 40 85

Mrs. Morillon is a mother to Philomène, who was Juliette and Eva's longtime friend at the time of their wrongful removal. She can testify to her personal experience.

9. **Youssef El Mabsout**
   15 Rue Marie Laurencin
   Paris, 75012
   France
   +33 6 14 81 78 00

Mr. El Mabsout is a father to Alma, who was Juliette and Eva's friend at the time of their wrongful removal. He can testify to his personal experience.

10. **Thierry Hattu**
    10 rue des des Hospitalières Saint-Gervais
    Paris, 75004
    France
    +33 6 67 75 73 18

Mr. Hattu is a school principal at Juliette's former school at the time of her wrongful removal. He can testify to his personal experience.

11. **Anne-Marie Champart**
    10 rue des des Hospitalières Saint-Gervais
    Paris, 75004
    France
    +33 7 87 75 91 13

Mrs. Anne-Marie Champart is a school teacher and a former teacher to Juliette at the time of her wrongful removal. She can testify to her personal experience.

12. **Terence Richoux**
    23 Rue Henri Barbusse
    Paris, 75005
    France
    +33 6 86 01 40 30

Mr. Richoux is an attorney who formerly served as legal counsel to Petitioner in the French custody proceedings. He can testify to his personal experience.

13. **David Fouet**
    1 Rue de Castell
    St. Feliv d'Avall, 66170
    France
    +33 6 22 09 30 94

Mr. Fouet is a hotel manager at the Perpignan hotel where the Children stayed immediately prior to their wrongful removal. He can testify to his personal experience.

14. **Emilie Tertian**
    25 Rue Renault
    Bordeaux, 33200
    France
    +33 6 70 19 17 39

Mrs. Tertian is a long term family friend. She can testify to her personal experience.

15. **Alison Van de Graaf**
    1509 Woodlan Drive
    Ashland, OR 97520
    +1 (602) 317-9485

Ms. Van de Graaf is the mother a Natalie, Eva and Juliette's friend in Ashland, Oregon. She can testify to her personal experience.

16. **Corentin Le MaGueuresse**
    42 rue vielle du temple
    Paris, 75004
    France
    +33 6 52 84 26 43

Mr. MaGueuresse is a father to Leonore, who was Eva's best friend at the time of her wrongful removal. He can testify to his personal experience.

17. **Emilie Druart**
    2 Place Richard Brunel
    Res Le Terriu Bat.
    B Ap 20
    34270 Saint Mathieu de Tréviers
    +33 6 63 11 69 77

Ms. Druart is a former romantic partner to Petitioner. She can testify to her personal experience.

18. **Natahlie Mauffrey**
    82 rue de Chenôve
    21000, Dijon
    France
    +33 6 63 49 75 02

Ms. Mauffrey is a former romantic partner to Petitioner. She can testify to her personal experience.

19. **Dr. Greg Cox**
    1750 SW Skyline Blvd, Suite 201
    Portland, OR 97221-2545
    +1 (503) 915-3600

Dr. Greg Cox is a psychological expert who performed psychological testing on Petitioner. He can testify to his professional opinion.

20. **Dr. Jorge Guerra-González**
    Salzstr. 1
    D-21335 Lüneburg
    Germany
    +49 4131 2213052

Dr. Jorge Guerra-González is a psychological expert on undue influence in parenting. He can testify to his professional opinion.

DATED this 13th day of February 2026.

          MILLER NASH LLP

          */s/ Jakini Auset S. Ingram*
          Jakini Auset S. Ingram
          jakini.ingram@millernash.com, OSB No. 250302
          Christopher J. Riley, OSB No. 211614
          christopher.riley@millernash.com
          Incainti Sofia McDonald, OSB No. 233714
          sofia.mcdonald@millernash.com
          1140 SW Washington St, Ste 700
          Portland, OR 97205
          Phone: 503.224.5858
          Fax: 503.224.0155

          *Of Attorneys for Petitioner Arnaud Paris*

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Petitioner's Fact Witness and Expert Witness List** on the attorney or party listed below on the date set forth below by the method(s) indicated:

| | |
|---|---|
| Katrina Anne Seipel, OSB No. 164793<br>Gregory Wallace, OSB No. 240347<br>Katelyn D. Skinner, OSB No. 105055<br>Buckley Law PC<br>5300 Meadows Rd, Ste 200<br>Lake Oswego, OR 97035<br>E-mail: kas@buckley-law.com<br>gmw@buckley-law.com<br>kds@buckley-law.com | ☐ First-class mail, postage prepaid<br>☐ Hand-delivery<br>☐ CM/ECF Transmission<br>☒ Email<br>☐ Other: _____ |

DATED this 13th day of February 2026.

MILLER NASH LLP

*s/ Jakini Auset S. Ingram*
Jakini Auset S. Ingram, OSB No. 250302
jakini.ingram@millernash.com

*Attorneys for Petitioner Arnaud Paris*

Page 1 –   Certificate of Service

4913-2147-8798.1