Katelyn D. Skinner, OSB No. 105055
Katrina Seipel, OSB No. 164793
kds@buckley-law.com
kas@buckley-law.com
Buckley Law, P.C.
5300 Meadows Rd #200
Lake Oswego, OR 97035
Telephone: 503-620-8900
Fax: 503-620-4878
Of Attorneys for Respondent Heidi Brown

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

Medford Division

In re the Application of J.P. and E.P.:

ARNAUD PARIS,

            Petitioner,

and

HEIDI MARIE BROWN,

            Respondent.

Case No.: 1:24-cv-00648-AA

RESPONDENT'S OBJECTIONS TO PETITIONER'S EXHIBITS

COMES NOW, Respondent Heidi Marie Brown, by and through her attorneys, Katelyn Skinner, Katrina Seipel, and Buckley Law P.C., and submits her objections to Petitioner's exhibits, in anticipation of the trial on Father's Petition for Return, scheduled for February 26 – 27, 2026.

| PETITIONER'S EXHIBITS / RESPONDENT'S OBJECTIONS | | | | |
|---|---|---|---|---|
| Exh. No. | Title | Legal Objection | Argument | Response to Objection |
| 1 | Bowling Green MBA Diploma 2001 | No objection | | |
| 2 | French Marriage Certificate 2011 with Kendal, Witney Brenneman | Objection | Foundation; not relevant. | |

Page 1 – Respondent's Objections to Petitioner's Exhibits

| 3 | Arnaud Paris Green Card | No objection | | |
|---|---|---|---|---|
| 4 | UCLA Producer Program Diploma 2013 | Objection | Foundation; not relevant. | |
| 5 | 2013 Lease agreement to home in Topanga, CA | Objection | Decided in first Hague, not relevant to second Hague. | |
| 6 | Birth Certificate E.P | No objection | | |
| 7 | Birth Certificate J.P | No objection | | |
| 8 | Photo of Arnaud Paris US Citizenship. April 2017 | No objection | | |
| 9 | Arnaud Paris US Passport. May 2017 | No objection | | |
| 10 | Joint Declaration of Joint Exercise of Parental Authority | Objection | Decided in first Hague, not relevant to second Hague. | |
| 11 | E.P. French Passport | Objection | Decided in first Hague, not relevant to second Hague. | |
| 12 | J.P. French Passport | Objection | Decided in first Hague, not relevant to second Hague. | |
| 13 | French apartment lease August 2019 | Objection | Decided in first Hague, not relevant to second Hague. | |
| 14 | Translated Paris Apartment Purchase Certificate. May 2011 | Objection | Decided in first Hague, not relevant to second Hague. | |
| 15 | Translated Police Report Child Abduction Heidi Threat 2019 | Objection | Decided in first Hague, not relevant to second Hague. | |
| 16 | Translated France School History E.P. and J.P | Objection | Document covers only through 2022; Decided in first Hague, not relevant to second Hague. | |

| 17 | Pediatrician History. December 2022 | Objection | Decided in first Hague, not relevant to second Hague. | |
| --- | --- | --- | --- | --- |
| 18 | Musical Conservatory Program Description for 2022 – 2023 | Objection | Decided in first Hague, not relevant to second Hague. | |
| 19 | E.P. Acceptance into Musical Conservatory | Objection | Decided in first Hague, not relevant to second Hague. | |
| 20 | Heidi's Brown French Employment Contract | Objection | Decided in first Hague, not relevant to second Hague. | |
| 21 | Diagnosis of Biermer's Disease and Certified Translation Geoffroy Saint Hilaire Report May 16, 2022 | Objection | Decided in first Hague, not relevant to second Hague. | |
| 22 | Plane Tickets for Heidi Brown and Children. July 13, 2022 | Objection | Decided in first Hague, not relevant to second Hague. | |
| 23 | Opposition to Exit Territory. July 13, 2022 | Objection | Decided in first Hague, not relevant to second Hague. | |
| 24 | Certified Translation French Police Report Passports. July 13th | Objection | Decided in first Hague, not relevant to second Hague. | |
| 25 | Video of E.P. July 14, 2022 | Objection | Decided in first Hague, not relevant to second Hague. | |
| 26 | Video of J.P. July 14, 2022 | Objection | Decided in first Hague, not relevant to second Hague. | |
| 27 | Certified Translation French Mediation Attempt 01 | Objection; Hearsay | Decided in first Hague, not relevant to second Hague; Opposing party's statements are hearsay. | |
| 28 | Certified Translation French Mediation Attempt 02 | Objection; Hearsay | Decided in first Hague, not relevant to second Hague; Opposing party's statements are hearsay. | |

| 29 | Certified Translation French Mediation Attempt 03 | Objection; Hearsay | Decided in first Hague, not relevant to second Hague; Opposing party's statements are hearsay. | |
| --- | --- | --- | --- | --- |
| 30 | Translated July19th Agreement Brown-Paris | Objection | Decided in first Hague, not relevant to second Hague. | |
| 31 | Compromising Emails of July 19 Agreement | Objection | Decided in first Hague, not relevant to second Hague. | |
| 32 | Signed Lease for Ashland, OR Rental. July 25, 2022 | Objection | Decided in first Hague, not relevant to second Hague. | |
| 33 | Medical Insurance re Long Term Illness. August 10, 2022 | Objection | Decided in first Hague, not relevant to second Hague. | |
| 34 | Letter from Paris Health and Security Office re Losing Medical Insurance. August 16, 2022 | Objection | Decided in first Hague, not relevant to second Hague. | |
| 35 | Email from Heidi Brown to Arnaud Paris re: Questions for the Children. August 11, 2022 | Objection | Decided in first Hague, not relevant to second Hague. | |
| 36 | Letter from French Pediatrician Dr. Goldberg re: Fellous re: Separation of Children. August 16, 2022 | Objection | Decided in first Hague, not relevant to second Hague. | |
| 37 | Letter from French Labor Lawyer Florence Monteille re: Heidi Brown's Employment. August 16, 2022 | Objection | Decided in first Hague, not relevant to second Hague. | |

| # | Exhibit | Objection | Basis | |
|---|---|---|---|---|
| 38 | Letter from Heidi's Employer. July 19, 2022 | Objection | Decided in first Hague, not relevant to second Hague. | |
| 39 | Proof of Residency in Paris and Utility Bill. August 18, 2022 | Objection | Decided in first Hague, not relevant to second Hague. | |
| 40 | Registration of Children in Remote Program. September 3, 2022 | Objection | Decided in first Hague, not relevant to second Hague. | |
| 41 | Police Report Heidi Searching Arnaud Belongings | Objection | Decided in first Hague, not relevant to second Hague. | |
| 42 | Police Report re Custody and Children's Passports | Objection | Decided in first Hague, not relevant to second Hague. | |
| 43 | Reserved | | | |
| 44 | Petition for Return of Children. October 20, 2022 | Objection | Admissible as judicial notice, but not as evidence. | |
| 45 | Email from Arnaud to Heidi re Hague Action. October 6, 2022 | Objection | Hearsay | |
| 46 | Custody Filing in France and Acceptance of Filing. October 2022. | No objection to pages 1 – 5, 7-8 (custody application). Objection to 9 – 70 (exhibit to custody application) | Hearsay; relevance | |
| 47 | Day 3 of Transcript of Proceedings. December 7, 2022 | No objection | | |
| 48 | French court custody determination. April 21, 2023 | Upon proper foundation being laid by witness, no objection. | | |
| 49 | Email to Consular noting legal return to France. | Objection | Hearsay | |

| 50 | Declaration of Air France Manager | Objection | Hearsay | |
|---|---|---|---|---|
| 51 | Certified Translation French Judgment. August 25 2023 | Upon proper foundation being laid by witness, no objection | | |
| 52 | Certificates of Extracurricular | Objection | Hearsay | |
| 53 | French School Registration and Certificates 2023-2024 | Objection | Hearsay | |
| 54 | Certified Translation French Dentist Email. November 28, 2022 | Objection | Hearsay | |
| 55 | Orthodontist Treatment Approved by Heidi | Objection | Hearsay | |
| 56 | Email re Heidi Approving French Orthodontist | Objection | Hearsay | |
| 57 | Psychologist records of E.P. and J.P. | Objection | Hearsay | |
| 58 | Notes of the girls in France | Objection | Hearsay | |
| 59 | Photos of E.P., J.P., and Arnaud Paris in France | No objection | | |
| 60 | Au pair contract. November 2023 | No objection | | |
| 61 | Writing to US embassy to Arnaud's Objection to passport. January 2024 | Objection | Hearsay | |
| 62 | E.P.'s nightmare. March 2024 | Objection | Hearsay | |
| 63 | Heidi Spring Visitation Email | No objection | | |

| 64 | Flight reservation to Perpignan to Paris | No objection | | |
|---|---|---|---|---|
| 65 | Email from Heidi saying that she came back to the US. April 13, 2024 | No objection | | |
| 66 | Police report. April 12, 2024 (Untranslated) | Objection | Hearsay | |
| 67 | Notice to Victim to File as a Civil Party in a Criminal Action. May 31, 2024 | Objection | Hearsay | |
| 68 | Letter from therapist. February 2025 | Objection | Hearsay | |
| 69 | Warrant against Heidi Brown. July 2024 (Redacted) | Objection | Hearsay | |
| 70 | Letter from French Presidency. May 2024 | Objection | Hearsay | |
| 71 | Certified Translation French Judgment. November 26, 2024 | Upon proper foundation being laid by witness, no objection | | |
| 72 | Letter from Dr. Kathy Marshack. August 2024 - January 2025 | Objection | Hearsay; relevance; documents not provided in discovery despite RFP request. | |
| 73 | Translation Request for French Return Order Filed. April 2025 | Objection | Relevance | |
| 74 | Lack of Appeal Notice. February 2025 | Objection | Relevance | |
| 75 | Certified Translation French Judgment. November 27 2025 | Objection | Relevance; hearsay | |

| 76 | Translated Email from International Mediator | Objection | Hearsay | |
| 77 | Creation of NGO. January 2025 | Objection | Relevance | |
| 78 | Report from Dr. Jorge Guerra Gonzalez. September 2025 | Objection | Foundation; relevance; hearsay; expert file not produced; FRCP 26 disclosure not provided; expert not qualified | |
| 79 | Email to PDF from April 2024 - present | Objection | Hearsay (Petitioner's own statements); relevance; foundation | |
| 80 | Mediation effort to Heidi. December 2025 | Objection | Hearsay; relevance | |
| 81 | Declaration of Victoria Sofitel, dated. May 15, 2023 | Objection | Hearsay; relevance; authentication | |
| 82 | Declaration of Olivia Bourne, dated October 31, 2023 | Objection | Hearsay; relevance; authentication | |
| 83 | Declaration of Keira Sumner, dated April 24, 2024 | Objection | Hearsay; relevance; authentication | |
| 84 | Declaration of David Fouet, dated June 3, 2024 | Objection | Hearsay; relevance; authentication | |
| 85 | Declaration of Emilie Tertian, dated June 17, 2024 | Objection | Hearsay; relevance; authentication | |
| 86 | Declaration of David Benamou, dated June 17, 2024 | Objection | Hearsay; relevance; authentication | |
| 87 | Declaration of Corentin Le Magueresse, dated July 17, 2024 | Objection | Hearsay; relevance; authentication | |

| | | | | |
|---|---|---|---|---|
| 88 | Declaration of Camille Morillon Pinet, dated August 18, 2024 | Objection | Hearsay; relevance; authentication | |
| 89 | Declaration of Youssef El Mabsout, dated July 31, 2024 | Objection | Hearsay; relevance; authentication | |
| 90 | Declaration of Jean Paris, dated January 11, 2026 | Objection | Hearsay; relevance; authentication | |
| 91 | Declaration of Katia Paris, dated January 11, 2026 | Objection | Hearsay; relevance; authentication | |
| 92 | Letter from Stéphane Hablot, dated January 22, 2026 | Objection | Hearsay; relevance; authentication | |
| 93 | Dr. Jorge Guerra Gonzalez Curriculum Vitae | Objection | If he is allowed to testify, then no objection. Otherwise, objection: foundation; hearsay | |
| 94 | Dr. Jorge Guerra Gonzalez First and Second Addendum Final | Objection | Foundation; relevance; hearsay; expert file not produced; FRCP 26 disclosure not provided; expert not qualified | |
| 95 | Dr. Greg Cox Curriculum Vitae | Objection | If he is allowed to testify, then no objection. Otherwise, objection: foundation; hearsay | |
| 96 | Dr. Greg Cox Psychological Evaluation | Objection | Foundation; relevance; hearsay expert file not produced; FRCP 26 disclosure not provided; expert not qualified | |
| 97 | Declaration of Nathalie Mauffrey, dated January 9, 2026 | Objection | Hearsay; relevance; authentication | |
| 98 | Declaration of Emilie Druart, dated January 9, 2026 | Objection | Hearsay; relevance; authentication | |

| 99 | Declaration of Alison Van de Graaf, dated March 28, 2023 | Objection | Hearsay; relevance; authentication | |

Dated: February 17, 2026

                                    Katelyn D. Skinner, OSB No. 105055
                                    Of Attorneys for Respondent
                                    kds@buckley-law.com

## CERTIFICATE OF SERVICE

I certify that this document was served by electronic service through the CM/ECF system and by e-mail, upon Christopher J. Riley at christopher.riley@millernash.com, Incainti Sofia McDonald at sofia.mcdonald@millernash.com, and Jakini Auset S. Ingram at Jakini.ingram@millernash.com on this 17th day of February, 2026.

                                    Katelyn D. Skinner, OSB No. 105055
                                    Of Attorneys for Respondent