IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

In re the Matter of J.P. and E.P:

ARNAUD PARIS,    Civ. No. 1:24-cv-00648-AA

        Petitioner,    **ORDER**

  v.

HEIDI MARIE BROWN,

        Respondent.

_____

AIKEN, District Judge.

    A pretrial conference was held in this case on February 18, 2026, in Eugene, Oregon, at which the Court addressed the witness and evidence lists submitted by the parties.

    Petitioner had no objections to Respondent's exhibits and all of Respondent's exhibits are deemed admitted.

    Respondent objected to a number of exhibits submitted by Petitioner. The Court resolved those objections as follows.

    Exhibits 59, 61, 76, 77, and 80 will not be admitted. Exhibits 81 through 91, and 97 through 99 are Declarations from individuals who either are or could have been called as witnesses. The Court does not require Declarations from individuals who will be offering testimony and concludes that it would be improper to accept

Declarations from individuals who will not be testifying as it would deprive Respondent of the opportunity to cross examine those witnesses. Accordingly, the Court declines to admit those Declarations into evidence.

The Court withheld ruling on Exhibits 43, 62, 66, 68, 70, 72, 73, 74, 75, 78, and 79. Exhibits 93 through 96 concern Petitioner's expert witnesses and the parties indicated to the Court that expert witness discussions were ongoing. The Court therefore defers ruling on Exhibits 93 through 96.

Excepted as otherwise noted above, Petitioner's exhibits are received.

It is so ORDERED and DATED this ___20th___ day of February 2026.

       /s/Ann Aiken
       ANN AIKEN
       United States District Judge