**Christopher J. Riley**, OSB No. 211614
christopher.riley@millernash.com
**Incainti Sofia McDonald**, OSB No. 233714
sofia.mcdonald@millernash.com
**Jakini Auset S. Ingram**, OSB No. 250302
jakini.ingram@millernash.com
**Thomas C. Sand**, OSB No. 773322
tom.sand@millernash.com
MILLER NASH LLP
1140 SW Washington St, Ste 700
Portland, OR 97205
Phone: 503.224.5858
Fax: 503.224.0155

*Of Attorneys for Petitioner Arnaud Paris*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ARNAUD PARIS,<br><br>              Petitioner,<br>   v.<br><br>HEIDI MARIE BROWN,<br><br>              Respondent. | Case No. 1:24-CV-00648-AA<br><br>PETITIONER'S EXPERT DISCLOSURES PURSUANT TO FRCP 26(a)(2) |

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Petitioner Arnaud Paris ("Petitioner"), by and through counsel, hereby discloses the following expert witnesses expected to testify at trial and the potential subject areas about which the expert may testify. To the extent required under Rule 26(a)(2)(B), each retained expert's written report contains a complete

Page 1 – Petitioner's Expert Disclosures Pursuant to FRCP 26(a)(2)

statement of all opinions to be expressed and the basis and reasons for them, the facts or data

considered, any exhibits that will be used to summarize or support the opinions and the witness's

qualifications (including publications authored within the previous ten years). For the Court's

convenience, the witnesses and experts are identified and organized as follows:

1.     **Greg Cox, Ph.D.**

      Address: 1750 SW Skyline Boulevard, Ste. 201, Portland, OR 97221
      Telephone: (770) 363-6378
      Email: dr.greg.cox@bdtxpdx.com

      Dr. Cox is a behavioral neuropsychology expert who is expected to offer expert testimony

consistent with the opinions set forth in his written report. Dr. Cox is expected to testify that a

determination that the Children's habitual residence is France, and a return consistent with such a

ruling, would not place the Children at a grave risk of physical or psychological harm, or an

otherwise intolerable situation.

      Dr. Cox's testimony will be based on his education, training, experience, evaluation of

Petitioner, and the materials he reviewed in connection with this matter. His report and curriculum

vitae are being produced contemporaneously with this disclosure pursuant to Federal Rule of Civil

Procedure 26(a)(2)(B).

2.     **Jorge Guerra González, Dr. iur., B.Sc. Psych., Dipl. Socio-Econ.**

      Address: Salzstr. 1 D-21335 Lüneburg Germany
      Telephone: +49 4131 2213052
      Email: kontakt@jorgeguerra.de

      Dr. Guerra González is a psychologist specializing in family law matters who will offer

expert testimony consistent with the opinions set forth in his written report. Dr. Guerra González

is expected to testify regarding the psychological effects of parental alienation on children and the

Page 2 –   Petitioner's Expert Disclosures Pursuant to FRCP 26(a)(2)

impact of undue influence within a parent-child relationship. He is further expected to testify that,

based on his evaluation and review of the relevant materials available to him, the Children's current

negative perceptions of Petitioner are consistent with the effects of undue influence and are not

supported by independent or legitimate justification.

Dr. Guerra González's testimony will be based on his education, training, experience, and

the materials he reviewed in connection with this matter. His report and curriculum vitae are being

produced contemporaneously with this disclosure pursuant to Federal Rule of Civil Procedure

26(a)(2)(B).

DATED this 24th day of February 2026.

                                        MILLER NASH LLP

                                        */s/ Jakini Auset S. Ingram*
                                        Jakini Auset S. Ingram, OSB N0. 250302
                                        jakini.ingram@millernash.com
                                        Christopher J. Riley, OSB No. 211614
                                        christopher.riley@millernash.com
                                        Incainti Sofia McDonald, OSB No. 233714
                                        sofia.mcdonald@millernash.com
                                        Thomas C. Sand, OSB No. 773322
                                        tom.sand@millernash.com
                                        1140 SW Washington St, Ste 700
                                        Portland, OR 97205
                                        Phone: 503.224.5858
                                        Fax: 503.224.0155

                                        *Of Attorneys for Petitioner Arnaud Paris*

Page 3 –   Petitioner's Expert Disclosures Pursuant to FRCP 26(a)(2)

4915-8414-0689.1

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **Petitioner's Expert Disclosures Pursuant to**

**FRCP 26(a)(2)** on the attorney or party listed below on the date set forth below by the method(s)

indicated:

Katrina Anne Seipel, OSB No. 164793
Gregory Wallace, OSB No. 240347
Katelyn D. Skinner, OSB No. 105055
Buckley Law PC
5300 Meadows Rd, Ste 200
Lake Oswego, OR 97035
E-mail:  kas@buckley-law.com
       gmw@buckley-law.com
       kds@buckley-law.com

☐  First-class mail, postage prepaid
☐  Hand-delivery
☐  CM/ECF Transmission
☒  Email
    Other: _____

DATED this 24th day of February 2026.

MILLER NASH LLP


*s/ Lindsay Post*_____
Lindsay Post, Paralegal
Lindsay.post@millernash.com

*Attorneys for Petitioner Arnaud Paris*

Page 1 –  Certificate of Service

4915-8414-0689.1