IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ARNAUD PARIS,<br><br>        Petitioner,<br><br>v.<br><br>HEIDI MARIE BROWN,<br><br>        Respondent. | 1:24-cv-00648-AA<br>**ORDER TO RETAIN**<br>**CUSTODY OF EXHIBITS** |

AIKEN, District Judge.

    IT IS ORDERED that at the conclusion of the trial, counsel for the parties retain custody of their respective exhibits until such time as all need for the exhibits has terminated.

    DATED this 3rd day of March, 2026.

                                      _/s/ Ann Aiken_
                                      Ann Aiken
                                  Senior United States District Judge

**SO STIPULATED.**

| _/s/_ | _/s/_ |
|---|---|
| Attorney for the Petitioner | Attorney for the Respondent |

Page 1 – ORDER