IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | | |
|---|---|---|
| ARNAUD PARIS, | | CLERK'S LIST OF EXHIBITS AND WITNESSES |
| | Petitioner, | |
| v. | | Case No. 1:24-cv-00648-AA |
| HEIDI MARIE BROWN, | | |
| | Respondent. | |

| | |
|---|---|
| Judge: | Senior District Judge Ann Aiken |
| Counsel for Petitioner: | Jakini Ingram, Christopher Riley, Incainti McDonald |
| Counsel for Respondent: | Katelyn Skinner, Gregory Wallace |
| Courtroom Deputy: | Cathy Kramer |
| Court Reporter: | Shellene Iverson (2/26 & 2/27), Kellie Humiston (3/2), Lindsey Weresch (3/3) |
| Dates of Trial: | February 26-27 and March 2-3, 2026 |

A = Admitted
NA = Not Admitted
W = Withdrawn

| EXH # | Pet | Res | Ct. Act. | EXHIBIT DESCRIPTION | WITNESS | BY |
|---|---|---|---|---|---|---|
|  |  |  |  | **PETITIONER'S EXHIBITS** |  |  |
| 1 |  |  | A | Bowling Green MBA Diploma 2001 |  |  |
| 2 |  |  | A | French marriage certificate 2011 |  |  |
| 3 |  |  | A | Arnaud Paris Green card |  |  |
| 4 |  |  | A | UCLA Producer Program Diploma 2013 |  |  |
| 5 |  |  | A | 2013 Lease agreement to home in Topanga, CA |  |  |
| 6 |  |  | A | Birth certificate of E.P. |  |  |
| 7 |  |  | A | Birth certificate of J.P. |  |  |
| 8 |  |  | A | Photo of Arnaud Paris US Citizenship. April 2017 |  |  |
| 9 |  |  | A | Arnaud Paris US Passport. May 2017 |  |  |
| 10 | X |  | A | Joint Declaration of Joint Exercise of Parental Authority. November 17, 2017 | Arnaud Paris |  |
| 11 |  |  | A | E.P French Passport 2017 |  |  |
| 12 |  |  | A | J. P. French passport 2017 |  |  |
| 13 |  |  | A | French apartment lease August 2019 |  |  |
| 14 |  |  | A | Translated Paris Apartment Purchase Certificate. May 2011 |  |  |
| 15 |  |  | A | Translated Police Report Child Abduction Heidi Threat 2019 |  |  |
| 16 |  |  | A | Translated France School History E.P. and J.P. |  |  |
| 17 |  |  | A | Pediatrician History. December 2022 |  |  |
| 18 |  |  | A | Musical Conservatory Program Description for 2022 – 2023 |  |  |
| 19 |  |  | A | E.P. Acceptance into Musical Conservatory. June 14, 2021 |  |  |
| 20 |  |  | A | Heidi's Brown French Employment Contract. January 05, 2022 |  |  |
| 21 |  |  | A | Diagnosis of Biermer's Disease and Certified Translation Geoffroy Saint Hilaire Report May 16, 2022 |  |  |
| 22 |  |  | A | Plane Tickets for Heidi Brown and Children. July 13, 2022 |  |  |

| | | | | | |
|---|---|---|---|---|---|
| 23 | | | A | Opposition to Exit Territory. July 13, 2022 | |
| 24 | | | A | Certified Translation French Police Report Passports. July 13th | |
| 25 | X | | A | Video of E.P. July 14, 2022 | Arnaud Paris |
| 26 | X | | A | Video of J.P. July 14, 2022 | Arnaud Paris |
| 27 | X | | A | Certified Translation French Mediation Attempt 1 | Arnaud Paris |
| 28 | | | A | Certified Translation French Mediation Attempt 2 | |
| 29 | | | A | Certified Translation French Mediation Attempt 3 | |
| 30 | X | | A | Translated July19th Agreement Brown-Paris | Arnaud Paris |
| 31 | X | | A | Compromising Emails of July 19 Agreement | Arnaud Paris |
| 32 | | | A | Signed Lease for Ashland, OR Rental. July 25, 2022 | |
| 33 | X | | A | Medical Insurance re Long Term Illness. August 10, 2022 | Arnaud Paris |
| 34 | | | A | Letter from Paris Health and Security Office re Losing Medical Insurance. August 16, 2022 | |
| 35 | X | | A | Email from Heidi Brown to Arnaud Paris re Questions for the Children. August 11, 2022 | Arnaud Paris |
| 36 | X | | A | Letter from French Pediatrician Dr. Goldberg re Fellous re Separation of Children. August 16, 2022 | Arnaud Paris |
| 37 | | | A | Letter from French Labor Lawyer Florence Monteille re Heidi Brown's Employment. August 16, 2022 | |
| 38 | | | A | Letter from Heidi's Employer. July 19, 2022 | |
| 39 | | | A | Proof of Residency in Paris and Utility Bill. August 18, 2022 | |
| 40 | | | A | Registration of Children in Remote Program. September 3, 2022 | |
| 41 | | | A | Police Report Heidi Searching Arnaud Belongings | |
| 42 | | | A | Police Report re Custody and Children's Passports | |
| 43 | | | NA | Reserved | |
| 44 | | | A | Petition for Return of Children. October 20, 2022 | |

| | | | | | |
|---|---|---|---|---|---|
| 45 | | | A | Email from Arnaud to Heidi re Hague Action. October 6, 2022 | |
| 46 | | | A | Custody Filing in France and Acceptance of Filing. October 2022 | |
| 47 | X | | A | Day 3 of Transcript of Proceedings. December 7, 2022 | Arnaud Paris |
| 48 | X | X | A | French court custody determination. April 21, 2023 | Arnaud Paris |
| 49 | | | A | Email to Consular noting legal return to France | |
| 50 | | | A | Declaration from Air France manager. | |
| 51 | | | A | Certified Translation French Judgment. August 25, 2023 | |
| 52 | | | A | Certificates of Extracurricular | |
| 53 | | | A | French School Registration and Certificates 2023-2024 | |
| 54 | | | A | Certified Translation French Dentist Email. November 28, 2022 | |
| 55 | | | A | Orthodontist Treatment Approved by Heidi | |
| 56 | | X | A | Email re Heidi Approving French Orthodontist | Arnaud Paris |
| 57 | | | A | Psychologist records of E.P. and J.P. | |
| 58 | | | A | Notes of the girls in France | |
| 59 | | | NA | Photos of E.P., J.P., and Arnaud Paris in France | |
| 60 | | | A | Au pair contract. November 2023 | |
| 61 | | | NA | Writing to US embassy to Arnaud's objection to passport. January 2024 | |
| 62 | | | NA | E.P.'s nightmare. March 2024 | |
| 63 | | | A | Heidi's Spring visitation emails | |
| 64 | | | A | Flight reservation to Perpignan to Paris | |
| 65 | X | | A | Email from Heidi saying that she came back to the US. April 13, 2024 | Arnaud Paris |
| 66 | | | NA | Police report. April 12, 2024 | |
| 67 | | | A | Notice to Victim to File as a Civil Party in a Criminal Action. May 31, 2024 | |
| 68 | | | NA | Letter from therapist. February 2025 | |

| | | | | | |
|---|---|---|---|---|---|
| 69 | | A | Warrant against Heidi Brown. July 2024 | | |
| 70 | | NA | Letter from French president. May 2024 | | |
| 71 | | A | Certified Translation French Judgment. November 26, 2024 | | |
| 72 | | NA | Letter from Dr. Kathy Marshack. August 2024 - January 2025 | | |
| 73 | | NA | Translation Request for French Return Order Filed. April 2025 | | |
| 74 | | NA | Lack of Appeal Notice. February 2025. | | |
| 75 | | NA | Certified Translation French Judgment. November 27, 2025 | | |
| 76 | | NA | Translated Email from International Mediator | | |
| 77 | | NA | Creation of NGO. January 2025 | | |
| 78 | | NA | Report from Dr. Jorge Guerra Gonzalez. September 2025. | | |
| 79 | | NA | Email to PDF from April 2024 - present. | | |
| 80 | | NA | Mediation effort to Heidi. December 2025 | | |
| 81 | | NA | Declaration of Victoria Sofitel, dated May 15, 2023 | | |
| 82 | | NA | Declaration of Olivia Bourne, dated October 31, 2023 | | |
| 83 | | NA | Declaration of Keira Sumner, dated April 24, 2024 | | |
| 84 | | NA | Declaration of David Fouet, dated June 3, 2024 | | |
| 85 | | NA | Declaration of Emilie Tertian, dated June 17, 2024 | | |
| 86 | | NA | Declaration of David Benamou, dated June 17, 2024 | | |
| 87 | | NA | Declaration of Corentin Le Magueresse, dated July 17, 2024 | | |
| 88 | | NA | Declaration of Camille Morillon Pinet, dated August 18, 2024 | | |
| 89 | | NA | Declaration of Youssef El Mabsout, dated July 31, 2024 | | |
| 90 | | NA | Declaration of Jean Paris, dated January 11, 2026 | | |
| 91 | | NA | Declaration of Katia Paris, dated January 11, 2026 | | |
| 92 | | A | Letter from Stéphane Hablot dated January 22, 2026 | | |

| | | | | | |
|---|---|---|---|---|---|
| 93 | | | NA | Dr. Jorge Guerra Gonzalez Curriculum Vitae | |
| 94 | | | NA | Dr. Guerra Main Report Final with Addendums and Exhibits | |
| 95 | | | A | Dr. Greg Cox Curriculum Vitae | |
| 96 | | | A | Dr. Greg Cox Psychological Evaluation | |
| 97 | | | NA | Declaration of Nathalie Mauffrey, dated January 9, 2026 | |
| 98 | | | NA | Declaration of Emilie Druart, dated January 9, 2026 | |
| 99 | | | NA | Declaration of Alison Van de Graaf, dated March 28, 2023 | |
| | | | | **RESPONDENT'S EXHIBITS** | |
| 201 | | X | A | Various emails, receipts and communications related to activities of parties' minor children, including: specialty camps, soccer, gymnastics, drama/theater, and dance (occurring in Oregon) | Heidi Brown |
| 202 | | X | A | Various text messages, photographs, and invitations re: birthday celebrations and gathering for friends of parties' minor children (occurring in Oregon) | Heidi Brown |
| 203 | | X | A | Various medical, dental, and orthodontic records for parties' minor children (Oregon) | Heidi Brown |
| 204 | | X X | A | Oregon school records for parties' minor children | Heidi Brown Ellen Gayton |
| 205 | | X | A | Photographs of parties' minor children with friends and family in the US | Heidi Brown |
| 206 | | | A | Jackson County Circuit Court Case 22DR17285, *Brown v. Paris*, Limited Judgment Regarding Custody, Parenting Time, and Child Support and Money Awards; and General Judgment of Default and Money Awards | |
| 207 | | X | A | Jackson County Circuit Court Case 22DR17285 OECI Docket (as of 2/13/2026) | Heidi Brown |
| 208 | | X | A | Jackson County Circuit Court Case 23DR08269, *Paris v. Brown,* Limited Judgment re: Registration | Heidi Brown |
| 209 | | | A | Multnomah County Circuit Court Case 23DR16534, *Paris v. Brown*, Judgment of Dismissal | |

| 210 | | | A | Jackson County Circuit Court Cases 25DR01689 and 25DR01693 (Consolidated), Paris v. Brown, General Judgment (re: Notices of Registration); and, Ruling Opinion and Order | | |
|---|---|---|---|---|---|---|
| 211 | | X | A | Printouts of OECI docket reports (as of 2/13/2026) for Registration Action cases: Jackson County Circuit Court Case 23DR08269; Multnomah County Circuit Court Case 23DR16534; Jackson County Circuit Court Case 25DR01689; and Jackson County Circuit Court Case 25DR01693 | Heidi Brown | |
| 212 | | | A | Printouts of OECI docket reports (as of 2/13/2026) for Contempt cases, invovling Defendant Arnaud Paris: Jackson County Circuit Court Case 23CN05721; and Jackson County Circuit Court Case 24CN03466 | | |
| 213 | | | A | *Curriculum Vitae* for Landon E. Poppleton, PhD, JD | | |
| 214 | | X | A | Expert Report, Landon E. Poppleton, PhD, JD, re: minor children's objections to return | Landon E. Poppleton, PhD, JD | |
| 215 | | | A | Expert Report, Landon E. Poppleton, PhD, JD, re: grave risk of harm or intolerable situation | | |
| 216 | | | A | Volume I of Transcript of Proceedings for hearing March 21, 2025, from Jackson County Circuit Court Case 24CV41829 | | |
| 217 | | X X | A | Excerpt of Transcript of Proceedings, from the Court Trial held December 7, 2022 before the Hon. Judge Michael McShane, USDC Case No. 1:22-cv-01593-MC | Arnaud Paris Heidi Brown | |
| 218 | | | | | | |
| 219 | | | | | | |
| 220 | | X X | A | What's App messages | Arnaud Paris Keira Sumner | |
| 221 | | X X | A | Keira Sumner messages | Arnaud Paris Keira Sumner | |
| | | | | **<u>PETITIONER'S WITNESSES</u>** | | |
| 1 | X | | | Arnaud Paris | 2/26/2026 | |

| 2 |   |   | Jean Paris |   |   |
|---|---|---|---|---|---|
| 3 | X |   | Katia Paris | 2/27/2026 |   |
| 4 | X |   | Olivia Bourne | 2/27/2026 |   |
| 5 | X |   | Keira Sumner | 2/27/2026 |   |
| 6 | X |   | David Benamou | 2/27/2026 |   |
| 7 | X |   | Victoria Sofitel | 2/27/2026 |   |
| 8 |   |   | Camille Morillo |   |   |
| 9 |   |   | Youssef El Mabsout |   |   |
| 10 |   |   | Thierry Hattu |   |   |
| 11 | X |   | Anne-Marie Champart | 2/27/2026 |   |
| 12 |   |   | Terence Richoux |   |   |
| 13 | X |   | David Fouet | 2/27/2026 |   |
| 14 |   |   | Emilie Tertian |   |   |
| 15 |   |   | Alison Van de Graaf |   |   |
| 16 |   |   | Corentin Le MaGueuresse |   |   |
| 17 |   |   | Emilie Druart |   |   |
| 18 |   |   | Natahlie Mauffrey |   |   |
| 19 | X |   | Dr. Greg Cox | 3/3/2026 |   |
| 20 |   |   | Dr. Jorge Guerra-González |   |   |
|   |   |   |   |   |   |
|   |   |   | **RESPONDENT'S WITNESSES** |   |   |
| 1 |   | X | Heidi Brown | 3/2/2026 |   |
| 2 |   | X | Arnaud Paris | 3/2/2026 |   |
| 3 |   | X | Landon E. Poppleton, PhD, JD | 3/3/2026 |   |

| 4 | | | | Jani Rollins, MD | | |
|---|---|---|---|---|---|---|
| 5 | | X | | Ellen Gayton | 3/2/2026 | |
| 6 | | | | Ingrid Hansen | | |
| 7 | | | | Sheri Preskenis | | |
| 8 | | X | | Ashley Baugh | 3/3/2026 | |
| 9 | | X | | Sonya Smith | 3/3/2026 | |
| 10 | | X | | Eric Olson | 2/27/2026 & 3/2/2026 | |
| 11 | | X | | Nicki Leonard | 3/2/2026 | |
| 12 | | X | | Nichole Steidler | 3/3/2026 | |
| 13 | | X | | Jessica Bereszczak | 3/2/2026 | |
| 14 | | X | | Megan Rea | 3/2/2026 | |