Katelyn D. Skinner, OSB No. 105055
Email: kds@buckley-law.com
Katrina Seipel, OSB No. 164793
Email: kas@buckley-law.com
Buckley Law, P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR  97035
Telephone:  503-620-8900
Fax:  503-620-4878
Of Attorneys for Respondent Heidi Brown

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Medford Division

In re the Matter of J.P. and E.P.:

ARNAUD PARIS,

       Petitioner,

  and

HEIDI MARIE BROWN,

       Respondent.

Case No.: 1:24-cv-00648-AA

STIPULATED ORDER REGARDING TEMPORARY OUT-OF-STATE TRAVEL

The Convention on the Civil Aspects of International Child Abduction,
Done at the Hague on 25 Oct 1980
International Child Abduction Remedies Act, 22 USC § 9001 *et seq.*

**THIS MATTER** is before the Court on the stipulation of the parties Petitioner Arnaud Paris ("Petitioner") and Respondent Heidi Brown ("Respondent"), with the approval of their respective attorneys, for an order allowing Respondent and the minor children EP and JP to travel outside of the state of Oregon for temporary stay in Florida.

**NOW, THEREFORE, IT IS HEREBY ORDERED** and adjudged that:

1. The Court previously ordered that the minor children, EP and JP ("the Children"), shall not leave the State of Oregon pending further order of the Court. *See* ECF Docket No. 91.

2. Respondent is authorized to temporarily travel with EP and JP to the State of Florida from May 23, 2026, through June 1, 2026.

3. Respondent shall notify Petitioner promptly upon the return of EP and JP to the State of Oregon.

4. Pending further order of the Court and/or the Court's decision in this matter, the parties agree and the Court orders that EP and JP shall not leave the United States.

5. Except as expressly modified herein, all prior orders of the Court shall remain in full force and effect.

**IT IS SO ORDERED**

_____
ANN L. AIKEN
United States District Judge

DocuSigned by:

*Jakini Auset S. Ingram*

Christopher J. Riley, OSB No. 211614
Email: christopher.riley@millernash.com
Incainti Sofia McDonald, OSB No. 233714
Email: sofia.mcdonald@millernash.com
Jakini Auset S. Ingram OSB No. 250302
Email: jakini.ingram@millernash.com
1140 SW Washington St, Ste 700
Portland, OR 97205
Phone: 503.224.5858
Fax: 503.224.0155
*Of Attorneys for Petitioner*

DocuSigned by:

*Katelyn Skinner*

Katelyn D. Skinner, OSB No. 105055
Email: kds@buckley-law.com
Katrina Seipel, OSB No. 164793
Email: kas@buckley-law.com
Buckley Law, PC
5300 Meadows Road, Ste. 200
Lake Oswego, OR  97035
Tel: 503-620-8900
*Of Attorneys for Respondent*