IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

In re the Matter of J.P. and E.P.:

ARNAUD PARIS,                                                    Civ. No. 1:24-cv-00648-AA

     Petitioner,                      **JUDGMENT**

  v.

HEIDI MARIE BROWN,

     Respondent.

_____

AIKEN, District Judge.

  For the reasons set forth in the Findings of Fact and Conclusions of Law, the Petition is DENIED.

  It is so ORDERED and DATED this ___3rd___ day of June 2026.


     _/s/Ann Aiken_____
     ANN AIKEN
     United States District Judge


Page 1 –JUDGMENT