**Christopher J. Riley**, OSB No. 211614
christopher.riley@millernash.com
**Incainti Sofia McDonald**, OSB No. 233714
sofia.mcdonald@millernash.com
**Jakini Auset S. Ingram,** OSB No. 250302
jakini.ingram@millernash.com
**Thomas C. Sand**, OSB No. 773322
tom.sand@millernash.com
MILLER NASH LLP
1140 SW Washington St, Ste 700
Portland, OR 97205
Phone: 503.224.5858
Fax: 503.224.0155

*Of Attorneys for Petitioner Arnaud Paris*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ARNAUD PARIS,<br><br>           Petitioner,<br>    v.<br><br>HEIDI MARIE BROWN,<br><br>           Respondent. | Case No. 1:24-CV-00648-AA<br><br>MILLER NASH LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD |

TO:            THE CLERK OF THE COURT

AND TO:        ALL COUNSEL AND PARTIES OF RECORD

Page 1 –    MILLER NASH LLP'S MOTION TO
            WITHDRAW AS COUNSEL OF RECORD

4915-3106-7570.2

**PETITIONER'S COUNSEL MOTION TO**

**WITHDRAW AS ATTORNEY OF RECORD**

Pursuant to Local Rule 83-11 of the United States District Court for the District Court of Oregon and Rule 1.16 of the Oregon Rules of Professional Conduct, adopted by this Court pursuant to Local Rule 83-7, Miller Nash LLP ("Counsel"), by and through the undersigned attorneys, respectfully move this Court for leave to withdraw as counsel of record for Petitioner Arnaud Paris ("Petitioner") in the above-captioned matter. In support of this Motion, Counsel states as follows:

**BACKGROUND**

1. Pursuant to The Convention on the Civil Aspects of International Child Abduction (the "Hague Convention"), this action was commenced by Petitioner on April 16, 2024, seeking the return of his minor children, E.P. and J.P., to their country of habitual residence.

2. Counsel appeared on behalf of Petitioner and represented by Petitioner through the conclusion of the trial court proceedings, including the bench trial held in this matter from February 26, 2026 through March 3, 2026.

3. On June 3, 2026, this Court issued its Findings of Fact & Conclusions of Law (ECF No. 104), denying the Verified Petition for Return of Child to Habitual Residence (the "Petition").

4. Counsel's pro bono engagement was expressly limited to representation at the trial court level in connection with the Petition filed before this Court. The trial court proceedings have concluded and the purpose for which Counsel was retained has since been fulfilled. Counsel's scope of representation does not extend beyond the trial court level and Counsel does not intend to undertake any further proceedings on Petitioner's behalf.

**GROUNDS FOR WITHDRAWAL**

Local Rule 83-11(a) of the United States District Court for the District of Oregon provides that an attorney of record may not withdraw from a case except by leave of the Court. Counsel respectfully submits that good cause supports the granting of such leave here, for the reasons set forth below:

Page 2 –   MILLER NASH LLP'S MOTION TO
        WITHDRAW AS COUNSEL OF RECORD

4915-3106-7570.2

1. **Fulfillment of Limited-Scope Engagement.** Counsel was retained for the express and limited purpose of representing Petitioner in the trial court proceedings arising from the Hague Convention Petition filed in this Court. The parties' engagement agreement did not contemplate, and Counsel did not agree to undertake, representation of Petitioner in any proceedings beyond the trial court level. The trial court proceedings have concluded with the Court's issuance of its Findings of Fact and Conclusions of Law, denying the Petition. Counsel's engagement has therefore been fulfilled in its entirety, and continued appearance as counsel of record would be inconsistent with the terms and scope of that engagement.

2. **Good Cause for Withdrawal.** Good cause exists for the Court to grant Miller Nash LLP leave to withdraw as counsel of record. Counsel's pro bono representation was limited in scope at the outset and was not intended to extend to any subsequent proceedings. Where the purpose for which counsel was retained has been accomplished, withdrawal does not prejudice the client and is consistent with the orderly administration of the case. Counsel is not aware of any pending motions, hearing dates, or imminent filing deadlines before this Court that would be disrupted by the granting of this Motion.

3. **Consistency with Professional Responsibility Obligations.** Withdrawal is further consistent with the Oregon Rules of Professional Conduct 1.16, as adopted by this Court, which recognizes that withdrawal is appropriate where good cause for withdrawal exists. Good causes exists here, where, consistent with Counsel's professional obligations, Counsel has provided Petitioner with written notice of this Motion, advised Petitioner of the pendency of the requested withdrawal, and of Petitioner's right to object, and informed Petitioner that if this Motion is granted, Petitioner will be responsible for all further proceedings.

## **CONCLUSION**

For the foregoing reasons, and pursuant to Local Rule 83-11(a), Counsel respectfully requests that this Court grant leave to withdraw as counsel of record for Petitioner Arnaud Paris. Counsel's engagement was limited in scope to the trial court proceedings in this matter, and that engagement has now concluded. Withdrawal is appropriate, warranted, and consistent with Counsel's professional obligations under the rules governing practice before this Court. Counsel further requests that the Court direct all future notices, filings, and correspondence to Petitioner directly at the address on file with Counsel.

DATED this 8th day of June 2026.

MILLER NASH LLP

/s/ *Jakini Auset S. Ingram*

Jakini Auset S. Ingram, OSB No. 250302
jakini.ingram@millernash.com
Christopher J. Riley, OSB No. 211614
christopher.riley@millernash.com
Incainti Sofia McDonald, OSB No. 233714
sofia.mcdonald@millernash.com
Thomas C. Sand, OSB 773322
tom.sand@millernash.com
1140 SW Washington St, Ste 700
Portland, OR 97205
Phone: 503.224.5858
Fax: 503.224.0155

*Of Attorneys for Petitioner Arnaud Paris*

4915-3106-7570.2

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Miller Nash LLP's Motion to Withdraw as Counsel of Record** on the attorney or party listed below on the date set forth below by the method(s) indicated:

Katrina Anne Seipel, OSB No. 164793
Gregory Wallace, OSB No. 240347
Katelyn D. Skinner, OSB No. 105055
Buckley Law PC
5300 Meadows Rd, Ste 200
Lake Oswego, OR 97035
E-mail:  kas@buckley-law.com
       gmw@buckley-law.com
       kds@buckley-law.com

☐ First-class mail, postage prepaid
☐ Hand-delivery
☒ CM/ECF Transmission
☒ Email
  Other: _____

Arnaud Paris
13 rue Ferdinand Duval
75004
Paris, France
E-mail:  arnaud@skyvr.com

☐ First-class mail, postage prepaid
☐ Hand-delivery
☒ CM/ECF Transmission
☒ Email
  Other: _____

DATED this 8th day of June 2026.

MILLER NASH LLP

*s/ Jakini Auset S. Ingram*
Jakini Auset S. Ingram, OSB No. 250302
Jakini.ingram@millernash.com

*Attorneys for Petitioner Arnaud Paris*

Page 1 –    Certificate of Service

4915-3106-7570.2